# Exhibit B



U.S. Department of State

## CERTIFICATE TO BE ATTACHED TO DOCUMENTARY
## EVIDENCE ACCOMPANYING REQUISITIONS IN
## THE UNITED STATES FOR EXTRADITION
## AMERICAN FOREIGN SERVICE

| | |
|---|---|
| Ankara, Türkiye | 03-26-2024 |

Place and Date *(mm-dd-yyyy)*

| | |
|---|---|
| Jeffry L. Flake | Ambassador |
| Name | Title |

of ___ ted States of America at _____ Ankara, Turkiye

he ___ tify that the annexed papers, being  extradition request, evidence and

i ___ translation

pr ___ be used upon an application for the extradition from the United States of America

of ___

cha ___ d v ___ the crime of  protecting an offender

and ___ tro ___ concealing and altering evidence

alle ___ to ___ been committed in _____ Istanbul, Turkiye

are ___ erly ___ legally authenticated so as to entitle them to be received in evidence for similar purposes by

the t ___ nals ___ the Republic of Turkiye

as re ___ ed b ___ le 18, United States Code, Section 3190.

___ itnes ___ hereof I hereunto sign my name and cause my seal of office to be affixed

| | | |
|---|---|---|
| 26th | day of | March 2024 |
| | | Month and Year |

_____
Signature

Jeffry L. Flake, Ambassador
Type Name and Title of Certifying Officer
of the United States of America.

DS-36
04-2014



EXT-TOK-00044

**T.C.**

**İSTANBUL CUMHURİYET BAŞSAVCILIĞI**

19/03/2024

**AMERİKA BİRLEŞİK DEVLETLERİ YETKİLİ ADLİ MAKAMINA**

### İADESİ İSTENİLEN ŞÜPHELİ:

**Adı / Soyadı** : Eylem Tok

**T.C. Kimlik No** : ███████

**Anne / Baba Adı** : Samiye/ Yaşar

**Doğum tarihi / yeri** : ███ 1979/ Akçaabat

**Uyruğu** : Türk Vatandaşı

**Cinsiyeti** : Kadın

**Bilinen en son adresi:** New York/Amerika Birleşik Devletleri

### SUÇLARA İLİŞKİN BİLGİLER:

**Suçlar** : 1-Suçluyu Kayırma

           2-Suç Delillerini Yok Etme, Gizleme veya Değiştirme

**Suç Tarihi** : 01/03/2024

**Suçun İşlendiği Yer** : İstanbul

**İlgili Ceza Hükümleri** : 5237 Sayılı Türk Ceza Kanunu Madde 281/1-3, 283/1, 53

*Suç delillerini yok etme, gizleme veya değiştirme*

*__Madde 281-__ (1) Gerçeğin meydana çıkmasını engellemek amacıyla, bir suçun delillerini yok eden, silen, gizleyen, değiştiren veya bozan kişi, altı aydan beş yıla kadar hapis cezası ile cezalandırılır. Kendi işlediği veya işlenişine iştirak ettiği suçla ilgili olarak kişiye bu fıkra hükmüne göre ceza verilmez.*

*(2) Bu suçun kamu görevlisi tarafından göreviyle bağlantılı olarak işlenmesi halinde, verilecek ceza yarı oranında artırılır.*

*(3) İlişkin olduğu suç nedeniyle hüküm verilmeden önce gizlenen delilleri mahkemeye teslim eden kişi hakkında bu maddede tanımlanan suç nedeniyle verilecek cezanın beşte dördü indirilir.*

*__Suçluyu kayırma__*

*__Madde 283-__ (1) Suç işleyen bir kişiye araştırma, yakalanma, tutuklanma veya hükmün infazından kurtulması için imkan sağlayan kimse, altı aydan beş yıla kadar hapis cezası ile cezalandırılır.*

*__Belli hakları kullanmaktan yoksun bırakılma__*

*__Madde 53-__ (1) Kişi, kasten işlemiş olduğu suçtan dolayı hapis cezasına mahkûmiyetin kanuni sonucu olarak;*

*a) Sürekli, süreli veya geçici bir kamu görevinin üstlenilmesinden; bu kapsamda, Türkiye Büyük Millet Meclisi üyeliğinden veya Devlet, il, belediye, köy veya bunların denetim ve gözetimi altında*

*bulunan kurum ve kuruluşlarca verilen, atamaya veya seçime tabi bütün memuriyet ve hizmetlerde istihdam edilmekten,*

*b) Seçme ve seçilme ehliyetinden,*

*c) Velayet hakkından; vesayet veya kayyımlığa ait bir hizmette bulunmaktan,*

*d) Vakıf, dernek, sendika, şirket, kooperatif ve siyasi parti tüzel kişiliklerinin yöneticisi veya denetçisi olmaktan,*

*e) Bir kamu kurumunun veya kamu kurumu niteliğindeki meslek kuruluşunun iznine tabi bir meslek veya sanatı, kendi sorumluluğu altında serbest meslek erbabı veya tacir olarak icra etmekten,*

*yoksun bırakılır.*

*(2) Kişi, işlemiş bulunduğu suç dolayısıyla mahkûm olduğu hapis cezasının infazı tamamlanıncaya kadar bu hakları kullanamaz.*

*(3) Mahkûm olduğu hapis cezası ertelenen veya denetimli serbestlik tedbiri uygulanarak cezası infaz edilen ya da koşullu salıverilen hükümlünün kendi altsoyu üzerindeki velayet, vesayet ve kayyımlık yetkileri açısından yukarıdaki fıkralar hükümleri uygulanmaz. Mahkûm olduğu hapis cezası ertelenen veya denetimli serbestlik tedbiri uygulanarak cezası infaz edilen ya da koşullu salıverilen hükümlü hakkında birinci fıkranın (e) bendinde söz konusu edilen hak yoksunluğunun uygulanmamasına karar verilebilir.*

*(4) Kısa süreli hapis cezası ertelenmiş veya fiili işlediği sırada onsekiz yaşını doldurmamış olan kişiler hakkında birinci fıkra hükmü uygulanmaz.*

*(5) Birinci fıkrada sayılan hak ve yetkilerden birinin kötüye kullanılması suretiyle işlenen suçlar dolayısıyla hapis cezasına mahkûmiyet halinde, ayrıca, cezanın infazından sonra işlemek üzere, hükmolunan cezanın yarısından bir katına kadar bu hak ve yetkinin kullanılmasının yasaklanmasına karar verilir. Bu hak ve yetkilerden birinin kötüye kullanılması suretiyle işlenen suçlar dolayısıyla sadece adlî para cezasına mahkûmiyet halinde, hükümde belirtilen gün sayısının yarısından bir katına kadar bu hak ve yetkinin kullanılmasının yasaklanmasına karar verilir. Hükmün kesinleşmesiyle icraya konan yasaklama ile ilgili süre, adlî para cezasının tamamen infazından itibaren işlemeye başlar.*

*(6) Belli bir meslek veya sanatın ya da trafik düzeninin gerektirdiği dikkat ve özen yükümlülüğüne aykırılık dolayısıyla işlenen taksirli suçtan mahkûmiyet halinde, üç aydan az ve üç yıldan fazla olmamak üzere, bu meslek veya sanatın icrasının yasaklanmasına ya da sürücü belgesinin geri alınmasına karar verilebilir. Yasaklama ve geri alma hükmün kesinleşmesiyle yürürlüğe girer ve süre, cezanın tümüyle infazından itibaren işlemeye başlar.*

## <u>SUÇUN İŞLENİŞİNE İLİŞKİN OLGULAR:</u>

Kişiler:

1- **T.C.**      01.03.2024 tarihinde 1 kişinin ölümüne ve 4 kişinin yaralanmasına sebep olan kazanın faili olup, hakkında Taksirle Ölüme veya Yaralamaya Neden Olma suçundan soruşturma yapılmaktadır.

2-Eylem Tok: ʹ   **T.C.**   un annesidir.

3-Bülent Cihantimur:      **T.C.**      un babası, Eylem Tok'un da eski eşidir.

4-  O.M.A.    : Trafik kazasında vefat etmiştir.

5-  S.K.    : Trafik kazasında yaralanan mağdurlardan biridir.

6-  I.G.    : Trafik kazasında yaralanan mağdurlardan biridir.

7-  H.T.   : : Trafik kazasında yaralanan mağdurlardan biridir.

8-  T.A.   : : Trafik kazasında yaralanan mağdurlardan biridir.

9-Adem Kızıltepe:    T.C.    'un özel şoförüdür.

10-Ayşe Ceren Saltoğlu:    T.C.    ın babası olan Bülent Cihantimur'un çalışanıdır. Olay anında da anne Eylem Tok ile birliktedir.

11-  A.K.    : Olay anında    T.C.    'un aracında yolcu olarak bulunmaktadır.

12-  D.O.O.    :    T.C.    ın arkadaşıdır. Olay günü  T.C.  un kullandığı aracın arkasında seyir halinde bulunan 34 BOD 377 plakalı aracın sürücüsüdür.

13-  Z.H.D.    :    T.C.    un arkadaşıdır. Olay anında    D.O.O.    'ın aracında yolcu olarak bulunmaktadır.

14-  K.A.    :    T.C.    ın arkadaşıdır. Olay anında    D.O.O.    'ın aracında yolcu olarak bulunmaktadır.

15-Berna Öcalgiray:    D.O.O.    'ın annesidir.

16-Selim Abra:    D.O.O.    'ın dayısıdır.

17-İbrahim Boz:    D.O.O.    'ın özel şoförüdür.

18-Samet Korkmaz: Kaza sonrası ambulansı arayan kişilerden ve o esnada yoldan geçen kişilerden biridir.


Eylem Tok'un oğlu olan    T.C.    01.03.2024 tarihinde, saat 23.20 sıralarında, sevk ve idaresindeki 34 EGG 06 plakalı Porsche Taycan 4S model araç ile seyir halindeyken aşırı hızlı şekilde girdiği virajda aracı kaydırmış; bu sırada araçlarının bozulmuş olması nedeniyle yol kenarında duraklama yapan  O.M.A.    ,    S.K.    ,    I.G.    ,    H.T.    ve  T.A.    isimli şahıslara çarpmış ve trafik kazası meydana gelmiştir. Kaza yoldan geçen vatandaşlar tarafından ambülans ve polise bildirilmiştir. Kaza nedeniyle    O.M.A.    ölmüş, diğer 4 şahıs yaralanmışlardır.

Bahse konu trafik kazasında asli kusurlu olduğu belirlenen    T.C.    hakkında Başsavcılığımız tarafından "taksirle ölüme ve yaralanmaya neden olma" suçundan soruşturma başlatılmış,    T.C.    un ülkenizden iadesi talep edilmiş ve şahsın sebep olduğu kazaya ilişkin bilirkişi raporları, adli muayene raporları, kolluk tutanakları, tanık beyanları bahse konu talep evrakında izah edilmiştir.

5395 Sayılı Çocuk Koruma Kanununun 17'nci maddesi uyarınca, çocukların yetişkinlerle birlikte suç işlemesi hâlinde, soruşturma ve kovuşturmanın ayrı yürütülmesi gerektiğinden,  T.C.    T.C.    ıakkındaki soruşturma ile Eylem Tok hakkındaki soruşturma farklı dosyalar üzerinden ve farklı Cumhuriyet savcıları tarafından yürütülmektedir.

T.C. ın şoförü Adem Kızıltepe tarafından olay tarihinden sonra, Eylem Tok ile T.C. T.C. yurt dışına kaçtıktan sonra kolluk görevlilerine teslim edilmiştir.

Akabinde, Ayşe Ceren Saltoğlu'nun ifadelerinden anlaşıldığı üzere de, Eylem Tok, evlerinden T.C. ı da alarak havaalanına doğru yola çıkmıştır. Eylem Tok'un ikametinde ayrıca baba Bülent Cihantimur da gelmiştir. Bülent Cihantimur, Ayşe Ceren Saltoğlu ve Adem Kızıltepe'nin ifadelerine göre evden Bülent Cihantimur, Eylem Tok ve T.C. birlikte çıktığı anlaşılmıştır. Başlangıçta Bülent Cihantimur ile T.C. , Bülent Cihantimur'un kullandığı arabada, Eylem Tok ise Ayşe Ceren Saltoğlu'nun kullandığı arabadadır ve bu kişiler bu şekilde iki araba ile yola çıkmıştır.Kısa bir süre sonra Bülent Cihantimur elektrikli arabasının şarjının bitmesi nedeniyle yola devam edememiştir. Bülent Cihantimur şoför Adem Kızıltepe'yi aracının yanında beklemiş, T.C. ise Ayşe Ceren Saltoğlu'nun kullandığı araca geçmiştir. Bülent Cihantimur bu aşamadan sonra Eylem Tok ve T.C. eşlik etmemiştir. Bülent Cihantimur ifadesinde havaalanına gitme gibi bir planları olmadığını, T.C. T.C. u kaza nedeniyle kontrol ettirmek için hastaneye götürüp sonra da eve dönmek üzere anlaştıklarını, evden çıkarken bunu konuştuklarını, Eylem Tok'un yurt dışına gitme fikrinden haberdar olmadığını ve ona yardım etmediğini belirtmiştir. Bülent Cihantimur, Eylem Tok ile T.C. 'un yurt dışına kaçma planını bilmediğini, yurt dışına kaçma eylemine iştirak ya da yardımı olmadığını belirtmiştir. Ayşe Ceren Saltoğlu'nun kullandığı araç ile Eylem Tok ve T.C. havaalanına gitmiştir. Üçünün birlikte havaalanına gittiklerine dair site güvenlik kamerası görüntüleri, havaalanı kamera görüntüleri ile Bülent Cihantimur, D.O.O. , A.K. Berna Öcalgiray, Adem Kızıltepe ve Ayşe Ceren Saltoğlu'nun ifadeleri mevcuttur.

Havalimanına ait kamera kayıtlarına göre, Eylem Tok ve T.C. 2 Mart gecesi saat 02.35 sıralarında (olay gerçekleştikten yaklaşık 3 saat sonra) havaalanında bulunan "Egyptair" isimli firmaya ait bilet satış ofisine gelmiştir. Buradan kendisi ve oğlu T.C. için bilet almış ve saat 02.52 sıralarında bilet satış ofisinden ayrılarak "check ın" alanına geçmiştir. Saat 02.55 sıralarında ise check in işlemlerini tamamlayarak bu bölgeden ayrılmışlardır. Eylem Tok, uçak biletini kendisi ve oğlu T.C. için almıştır. Kahire'ye alınan uçak biletleri tek yönlüdür.

Eylem Tok, fail T.C. 'u, hakkında soruşturma ve kovuşturma yürütülmesini engellemek için olaydan yaklaşık 3 saat sonra hava yolu ile Mısır'ın Kahire şehrine kaçırmıştır. Eylem Tok ile T.C. sonrasına Amerika Birleşik Devletleri'ne gitmişlerdir. Sosyal medya platformlarında yayılan fotoğraflara göre en son New York şehrinde görülmüşlerdir.

Eylem Tok, fail T.C. kazadan sonra kendisini aradığı andan itibaren hızlı şekilde T.C. hakkında soruşturma ve kovuşturma yapılmasını engellemeye, fail T.C. T.C. u kaçırmaya yönelik davranışlarda bulunmuştur. Olay yerine gittiği halde, yaralılara yardım etmediği ve yalnızca fail ile arkadaşlarını alarak olay yerinden ayrıldığı tanık D.O.O. , tanık A.K. , şüpheli Ayşe Ceren Saltaoğlu, şüpheli Adem Kızıltepe'nin beyanları ile sabittir. Bunun yanı sıra, kazaya sebebiyet vermesi nedeniyle bir kişinin ölümüne ve dört kişinin yaralanmasına sebep olan faili kolluk görevlilerinden kaçırarak ülkeden çıkardığı belirlenmiştir. Ayrıca mağdur I.G. 'e ait cep telefonunu, içerisinde kazaya ilişkin bir delil olabileceği kanaatiyle ve delilleri gizlemek maksadıyla uhdesinde aldığı tanık beyanlarıyla ispatlanmıştır. Zira, şahsın ülkeyi terk etmesinin akabinde, cep telefonunu onun aldığına yönelik tanık beyanlarıyla bu durumun ortaya çıkması üzerine, olaydan birkaç gün sonra cep telefonu Adem Kızıltepe aracılığıyla kolluk görevlilerine teslim edilmiştir.

## ŞÜPHELİ ALEYHİNDEKİ DELİLLER:

1- Adem Kızıltepe'nin şüpheli ifade tutanağı **(EK:1)**

2- Ayşe Ceren Saltoğlu'nun şüpheli ifade tutanağı **(EK:2)**

3-Bülent Cihantimur'un şüpheli ifadesi **(EK:3)**

4-Tanık    **D.O.O.**    'ın bilgi alma ifade tutanağı **(EK:4)**

5-Tanık    **Z.H.D.**    'un bilgi alma ifade tutanağı **(EK:5)**

6-Tanık    **K.A.**    'ın bilgi alma ifade tutanağı **(EK:6)**

7-Berna Öcalgiray'ın  bilgi alma ifade tutanağı **(EK:7)**

8-Selim Abra'nın bilgi alma ifade tutanağı **(EK:8)**

9- İbrahim Boz'un bilgi alma ifade tutanağı **(EK:9)**

10-    **A.K.**    'in bilgi alma ifade tutanağı **(EK:10)**

11- Samet Korkmaz'ın bilgi alma ifade tutanağı **(EK:11)**

12- Eylem Tok'un    **T.C.**    ile 2 Mart gecesi saat 02.35 sıralarında (olay gerçekleştikten yaklaşık 3 saat sonra) havaalanında bulunan "Egyptair" isimli firmaya ait bilet satış ofisine gelerek tek yönlü bilet aldığı ve uçağa binerek Mısır'ın Kahire şehrine gittiğine dair satış ofisinin gönderdiği bilgi ve belgeler, bilet bilgileri ile havaalanı kamera görüntüleri. **(EK:12)**

13- Eylem Tok'un    **T.C.**    ile birlikte en son Amerika Birleşik Devletleri'nin New York şehrinde görüldükleri ve burada bulunduklarına dair yapılan haberlerdeki şahıslara ait fotoğraflar **(EK:13)**

14- Fotoğraf Teşhis Tutanağı **(EK:14)**

## SORUŞTURMA SÜRECİNDE YAPILAN İŞLEMLER:

1- İstanbul 7.Sulh Ceza Hakimliği 06/03/2024 tarihinde şüpheli Eylem Tok hakkında Suçluyu Kayırma suçundan 2024/1952 Değişik iş sayılı karar ile tutuklamaya yönelik yakalama emri çıkarmıştır. **(EK:15)**

2-İstanbul 10.Sulh Ceza Hakimliği 13.03.2024 tarihinde şüpheli Eylem Tok hakkında "Suç Delillerini Yok Etme, Gizleme veya Değiştirme" suçundan 2024/2766 Değişik iş sayılı karar ile tutuklamaya yönelik yakalama emri çıkarmıştır. **(EK:16)**

## ZAMANAŞIMI:

5237 Sayılı Türk Ceza Kanunu'nun 66. Maddesinin 5'inci fıkrası gereğince şüphelinin  üzerine her iki suç için öngörülen dava zamanaşımı süresi 8 yıldır.

Suç tarihi ve zamanaşımını kesen mevcut nedenler dikkate alındığında şüpheli hakkındaki davanın 01/03/2036 tarihinde zamanaşımına uğrayacağı anlaşılmaktadır.

*Dava zamanaşımı*

*Madde 66- (1) Kanunda başka türlü yazılmış olan haller dışında kamu davası;*

*a) Ağırlaştırılmış müebbet hapis cezasını gerektiren suçlarda otuz yıl,*

*b) Müebbet hapis cezasını gerektiren suçlarda yirmibeş yıl,*

*c) Yirmi yıldan aşağı olmamak üzere hapis cezasını gerektiren suçlarda yirmi yıl,*

*d) Beş yıldan fazla ve yirmi yıldan az hapis cezasını gerektiren suçlarda onbeş yıl,*

*e) Beş yıldan fazla olmamak üzere hapis veya adlî para cezasını gerektiren suçlarda sekiz yıl,*

*geçmesiyle düşer.*

*(2) Fiili işlediği sırada oniki yaşını doldurmuş olup da onbeş yaşını doldurmamış olanlar hakkında, bu sürelerin yarısının; onbeş yaşını doldurmuş olup da onsekiz yaşını doldurmamış olan kişiler hakkında ise, üçte ikisinin geçmesiyle kamu davası düşer.*

*(3) Dava zamanaşımı süresinin belirlenmesinde dosyadaki mevcut deliller itibarıyla suçun daha ağır cezayı gerektiren nitelikli halleri de göz önünde bulundurulur.*

*(4) Yukarıdaki fıkralarda yer alan sürelerin belirlenmesinde suçun kanunda yer alan cezasının yukarı sınırı göz önünde bulundurulur; seçimlik cezaları gerektiren suçlarda zamanaşımı bakımından hapis cezası esas alınır.*

*(5) Aynı fiilden dolayı tekrar yargılamayı gerektiren hallerde, mahkemece bu husustaki talebin kabul edildi8ği tarihten itibaren fiile ilişkin zamanaşımı süresi yeni baştan işlemeye başlar.*

*(6) Zamanaşımı, tamamlanmış suçlarda suçun işlendiği günden, teşebbüs halinde kalan suçlarda son hareketin yapıldığı günden, kesintisiz suçlarda kesintinin gerçekleştiği ve zincirleme suçlarda son suçun işlendiği günden, çocuklara karşı üstsoy veya bunlar üzerinde hüküm ve nüfuzu olan kimseler tarafından işlenen suçlarda çocuğun onsekiz yaşını bitirdiği günden itibaren işlemeye başlar.*

*(7) Bu Kanunun İkinci Kitabının Dördüncü Kısmında yazılı ağırlaştırılmış müebbet veya müebbet veya on yıldan fazla hapis cezalarını gerektiren suçların yurt dışında işlenmesi halinde dava zamanaşımı uygulanmaz.*

## ADLİ YARDIMLAŞMA TALEBİNİN DAYANAĞI OLAN SÖZLEŞME:

Türkiye Cumhuriyeti ile Amerika Birleşik Devletleri Arasında Suçluların Geri Verilmesi ve Ceza İşlerinde Karşılıklı Adli Yardımlaşma Antlaşması

## GARANTİLER:

Şüpheliye atfedilen  suç siyasi veya askeri  nitelikte değildir.

Şüpheli Türkiye Cumhuriyeti'nin taraf olduğu uluslararası sözleşmelerde ve iç hukukumuzda öngörülen tüm yasal savunma haklarına sahiptir.

Türkiye Avrupa İnsan Hakları Sözleşmesi'ne taraftır. Türkiye, anılan Sözleşme'nin 34. maddesi uyarınca kendisi aleyhine bireysel başvuru yapılmasını kabul etmektedir.  Bu kapsamda şüpheli, kendisi hakkında verilecek nihai kararlar aleyhine Avrupa İnsan Hakları Mahkemesi'ne başvurma hakkına sahiptir.

İade işlemi gerçekleştikten sonra, Türk ceza yargısının yetkisine giren ve iade tarihinden önce işlenen bir suçun daha bulunduğu ortaya çıkarsa,  "Hususîlik (Özellik) Kuralı" uyarınca şüphelinin bu suçtan  yargılanabilmesi için ülkenizin yetkili  makamlarından  muvafakat  talebinde bulunulacaktır.

Yetkili makamlarınız tarafından muvafakat verilmezse şüpheli iade işlemine konu olan suçu dışında kalan suçlardan yargılanmayacaktır.

## SONUÇ :

Şüpheli Eylem Tok'un işlediği iddia edilen "Suçluyu Kayırma" ile "Suç Delillerini Yok Etme, Gizleme veya Değiştirme" suçları nedeniyle Cumhuriyet Başsavcılığımızca soruşturma yapılmaktadır.

Ülkenizde olduğu belirtilen şüpheli hakkındaki soruşturmanın sonuçlandırılabilmesi için Türkiye'ye iade edilmesini rica ederim.

İade kararı için ek bilgi veya belgeye ihtiyaç duyarsanız size ulaştırmamız için tercüme süresi de gözetilerek lütfen uygun bir süre veriniz.

Bu vesileyle en derin saygılarımı sunar, göstereceğiniz iş birliği için şimdiden teşekkür ederim.

Serra ÇAKAR SALMANİ 171286

Cumhuriyet Savcısı

T.C.
İSTANBUL
CUMHURİYET BAŞSAVCILIĞI

EK - D

Soruşturma No : 2024/56578 Soruşturma

SORGULAMA TUTANAĞI
(Şüpheli İçin)

**İFADE VERENİN \***

| | |
|---|---|
| T.C. Kimlik Numarası | : |
| Adı ve Soyadı | : ADEM KIZILTEPE |
| Baba ve Ana Adı | : MEHMET - HATİCE |
| Doğum Yeri ve Tarihi | : TOMARZA - ▓▓▓ 1987 |
| Nüfusa Kayıtlı Olduğu Yer | : TOMARZA / KAYSERİ |
| İkametgah Yahut Mesken Adresi | : |
| | İSTANBUL |
| Varsa Telefonu (Ev-İş-Cep-İrtibat) | : |
| Mesleği, Ekonomik Durumu | : Şoför |
| Medeni Hali, Çocuk Sayısı | : Evli |
| İfadenin Alındığı Yer | : İstanbul Cumhuriyet Başsavcılığı Genel Soruşturma Bürosu |

İfade verene yüklenen suç anlatıldı, müdafi seçme hakkının bulunduğu ve onun hukuki yardımından yararlanabileceği, müdafiin ifade alma sırasında hazır bulunabileceği, müdafi seçecek durumda değilse ve bir müdafi yardımından yararlanmak istediği takdirde kendisine baro tarafından bir müdafi görevlendirilebileceği, yakınlarından istediğine yakalandığının derhal bildirileceği, isnat edilen suç hakkında açıklamada bulunmamasının kanuni hakkı olduğu, şüpheden kurtulması için somut delillerinin toplanmasını isteyebileceği kendisine hatırlatılıp açıklandı.

**SORULDU** : Bana anlatmış olduğunuz olayı anladım. Ben T.C. 'un özel şoförlüğünü yaparım. Özel şoförlüğünü yaparken de 34 FPA 695 plaka sayılı Volvo XC90 marka model aracı kullanırım. Günlük rutinimizde saat 07:30'da T.C. 'u alırım okula bırakırım. Sonrasında okula bıraktığıma dair bilgi veririm. Sonrasında Eylem hanım evle ilgili yapılacak birşey varsa bana yazıyordu. Bende onları yapıyordum. Kütük evlerdeki evin kimin üzerine olduğunu bilmiyorum. Ben üç buçuk senedir T.C. ile çalışırım. Bu süre boyunca hep aynı yerde oturdular. T.C. sıcak kanlı cana yakın bir insandır. Anne babası ile pek konuşmam ancak T.C. konuşkandır. İnsanlara yardım etmeyi, çevresi ile ilgilenmeyi sever. Genelde akranları ile beraber kafeye giderler, gezer tozarlar. Ben kendisinin herhangi bir kavgasına, dövüşüne, araba yarışı yaptığını, madde kullandığına şahit olmadım. Olay günü saat 17:00 sıralarında bana yapılacak bir iş olmadığını, dışarı çıkmayacağını söyleyerek sen gidebilirsin abi dedi. Eylem hanımda sen çık Adem dedi ve ben ev işleri ile ilgilenirken kullandığım ve eve gidip gelirken 34 BT 117 plaka sayılı Mercedes marka araç ile Kütük evlerdeki evden ayrılıp Esenler'deki ikametime gittim. Yaklaşık 23:30 sıralarında T.C. beni kendi numarasından aradı. Abi kaza yaptım çok kötüyüm, annem beni öldürecek gel dedi. Ben kendisine polisi ambulansı aradın mı dedim. O da o arada birilerine ambulansı polisi aradınız mı diye seslendi. Bana abi çabuk gel dedi ve bana orman yolunda olduğunu söyledi. Başka bir numaradan da konum attı. Ben yola çıktım ve o esnada annesine haber verdim. Eylem hanıma durumu bildiğim kadarıyla anlattım ve T.C. un bana attığı konumu Eylem hanıma attım. Yoldayken T.C. beni başka bir numaradan tekrar aradı. Ben de yolda olduğumu söyledim. Olay yerine yaklaştığımda orada bir itfaiye ve dört tane araç gördüm. Çevrede tanıdık kimseyi görmedim. Tam o esnada Eylem beni aradı ve Kemer Country'nin güvenliğinin olduğu yere gelmemi söyledi. Kemer Country ve olay yerinin arasındaki mesafe araç ile iki dakikadır. Kütük evler ile Kemer County arasında araçla beş altı dakikadır. Kemer Country içerisinde yaşam alanı vardır. Ben de Kemer County'e gittim. Buraya gittiğimde dört beş güvenlik T.C. un arkadaşı D.O.O., dört beş tane T.C. un akranı çocuk ve D.O.O.'in babası vardı. Sonrasında Range Rover marka araçla bir kadın geldi. Eylem Hanımda orada duruyordu. Güvenlik Eylem'e bir tane telefon verdi. Ancak bu telefonu neden D.O.O.'in babasına değil de Eylem'e verdiğini bilmiyorum. Güvenliklerle Eylem hanımın bir konuşma yapıp yapmadığını bilmiyorum. Ancak güvenlik telefonu Eylem hanıma verdi. Belki bu tanıdığımızın olabilir diye re

teslimden sonra imza atması gerektiğini söyledi. Eylem de imza atmak için güvenlik kulübesinin oraya gitti ancak imza atıp atmadığını bilmiyorum görmedim. Sonrasında güvenlikler gitti. Eylem hanım oraya normalde T.C. 'u okula götürmek için kullandığım 34 FPA 695 plakalı Volvo XC90 araç ile gelmişti. Eylem'in geldiği Volvonun şoför koltuğuna ben oturdum. Eylem hanım arka koltuğa oturdu. Mercedes aracı ise Kemer County'nin içerisine bıraktım. O esnada telefon Eylem hanımdaydı. Biz Eylem hanımla olay yerine gittik. Öncesinde Eylem'in olay yerine gidip gitmediğini bilmiyorum. O esnada da kendisi telefonla heyecanlı şekilde konuşmalar yapıyordu. Tam olay yerine varamadan polisler bize yavaşla diye uyarı yapıyorlardı. Bizde kütük evlerdeki eve döndük. Kemer County güvenliğinde en fazla üç dört dakika oyalandık. Buradan çıkıp olay yerine gidip kütük evlere dönüşümüz ortalama sekiz on dakika arasında sürdü. Kütük evlerdeki eve gidene kadar ben T.C. 'u da, Ayşe Ceren'i de Bülent beyide görmedim. Kütük evlerdeki eve vardığımızda Ayşe Ceren avludaydı. Eylem hanımda araçtan iner inmez eve koştu. Bir iki dakika sonra da Bülent Hoca geldi. Ceren dışarı çıktı. Ceren ve beni evin içine almadılar. Ceren panik halinde Allah yardımcımız olsun dedi. Ceren'in telefonla birileri ile konuştuğunu görmedim. Ben evin dışında Volvo'nun arkasında bagajdan su alıp içtiğim esnada T.C. 'u sırt çantası ile dış kapıdan çıkıp babasının Togg marka aracına binerken gördüm. Eylem hanım ise Ayşe Ceren'in aracına bindi. Bana da sen eve git dediler. Bende kullanımımdaki mercedes ile evime doğru yola çıktım. Eve doğru ilerlerken daha Hasdal yolundan çıkış yapmamışken Bülent bey beni aradı. Siz bu arabanın şarjına bakmadınız mı ben yolda kaldım dedi. Bana Göktürk'ün girişinde bulunan Bahçeşehir kolejinin arkasındaki yolda kaldığını söyledi. Ben de kendisini almak için geri döndüm ve onu aldım. Mecidiyeköydeki kliniğe geri geldik. Klinikteyken Bülent bey bunlar burada yoklar dedi. Sonra da bana sen git Togg araca bak dedi. Bende Bülent beyin işlerini yapan Dursun Uçan ile irtibat kurdum. Bahçeşehir Kolejinin oraya Toggun olduğu yere gittim. Dursun abiye de oraya gelmesini söyledim. Benim kullandığım mercedesde problem yaptığı için kardeşimi aradım. Bahçeşehir kolejinin oraya gelmesini söyledim. Dursun bana Togg aracı bugün yapamayız. Yarın hallederiz dedi. Araç trafiği engelleyecek bir yerde değildi. Araç havalimanı istikametine doğru olan yolun üzerindeydi. Bende kardeşimin aracı ile eve gittim. Kendi arızalı mercedesimi de Bahçeşehir kolejinin oraya bıraktım. İki gün sonra Togg aracı aldım ve şarja götürdüm. 310 TL'lik ödeme ile Togg'u %40 kadar şarj ettim. Ben Toggun şarjı bitme uyarısından haberdar değilim. Hiç Togg kullanmadım. Nasıl bir uyarı sistemi var bilgim yoktur. Sonrasında da bu Toggu Dursun abiye verdim. Sonrasında da rutin işlerime geri döndüm. Halen de çalışmaktayım. T.C. ve Eylem hanımın ikametindeki hayvanlar ve bahçe ile ilgilenmekteyim. Aynı zamanda klinikteki hastaların transferlerine yardımcı olmaktayım.

Olay esnasında T.C. a birebir görüşmedim. Eylem hanım ve Bülent bey de benimle detaylı bilgi paylaşımı yapmadılar. Bende olayı herkes gibi medyadan öğrendim. Sonrasında da herhangi bir diyalog kurmadım. Ben telefonumu rızam ile teslim ediyorum. Her türlü teslim ve incelemeye rızam vardır.

Olaydan bir iki gün sonra Bülent bey Dursun'a Volvo marka aracı getirin demiş. Bende bunun üzerine Volvo aracı aldım ve kliniğe getirdim. Bir iki gün burada durdu. Sonrasında aracı temizlemek istedim. Arka sağ koltukta yerde bir adet beyaz renkli dünya resmi olan iphone telefon buldum. Şarjı azalmıştı. Kırmızı ibareye gelmişti. Bu durumu Bülent beyin kardeşi olan Vedat beye ilettim. O da Bülent beyin avukatına durumu izah etti. O da teslim etmemizi söyledi. O esnada Bülent bey neredeydi bilmiyorum. Kendisi ile diyaloğum da yoktu. Ben telefonu avukatla birlikte Eyüpsultan Asayiş Şube Müdürlüğüne teslim ettim. Hatta polisler beni bir iki kere arayıp çağırdılar. Her türlü yardımı yaptım. Hangi aracın nerede bırakıldığını vesair tüm bildiğim bilgileri polislere aktardım. Ben üzerime atılı suçlamayı kabul etmiyorum. Ben bu olayın detayını medyadan öğrendim.

Lüzumuna binaen Bülent Cihantimur'un şarjı biten aracının hangi konumda olduğu, bu konumun hangi tarafa doğru giden yolda olduğu, Mecidiyeköyde bulunan kliniğe gidilerken kullanılan güzergahta olup olmadığı soruldu;

Cevaben; araç klinik yoluna ters bir istikametteydi. Bülent'in kullandığı Togg marka aracın bulunduğu yer kliniğe giden yolda değil, havalimanı yolundaydı. Bu yol ikili bir yoldur. Bir yönü Mecidiyeköy, bir yönü havalimanına gider. Araç ise havalimanına giden yolda Bahçeşehir kolejinin arkasındaydı. Buradan havalimanına ve kliniğe giden yol seçeneği vardır. Ancak aracın yolu havalimanı yönüydü.

Lüzumuna binaen tekrar soruldu; Kütükevler Mecidiyeköy Klinik arasında kaç tane güzergah olduğu ve aracın bulunduğu yerin bu güzergah üzerinde olup olmadığı soruldu.

Cevaben; benim bildiğim üç tane kullandığımız güzergah vardır. Ben bu üç güzergahı kullanırım. Toggun bulunduğu yer bu güzergahların üzerinde değildi. Ancak ben araç neden oradaydı, neden oraya bırakılmıştı, nereye gidiliyordu bilmiyorum. Ben Bülent beyi aldığımda kendisi bana kliniğe giderken

söyledi. Kütük evlerdeki evden ayrıldığımızda T.C. babası Bülent'in Togg marka aracına binmişti. Ben Bülent beyi almaya gittiğimde T.C. araçta yoktu, Eylem ve Ayşe Ceren'de orada değildi.

Üzerime atılı suçlamayı kabul etmiyorum. Ben orada bir çalışanım, Bülent ve Eylem benimle çok fazla diyaloga girmezlerdi. Bana bu olayla ilgili bana hiçbirşey söylemediler. Ben sadece şoförleri olarak bana söylenilen görevimle ilgili işleri yaptım. Olaydan sonra Eylem ya da başka biri bana herhangi bir baskı yapmadı. Telefonumun ve tüm bilgilerimin, telefon görüşmelerimin incelenmesine rızam vardır. Ben bu olay nedeniyle çok mağdur oldum. Sürekli ifade veriyorum. Yine yardımcı olunacak bir konusu olması halinde yardımcı olurum. Benim delil karartmak, T.C. 'un kaçmasına yardım etmek gibi hiçbir eyleme iştirakim yoktur. Yaşananlardan sonra çok üzgünüm. Söyleyeceklerim bundan ibarettir dedi.

**MÜDAFİDEN SORULDU**         : Müvekkilin beyanlarına katılıyoruz. Müvekkilim bahse konu şirkette işçi olarak çalışmaktadır. Müvekkilim tutarlı beyanlarda bulunmuştur. Bunlara katılıyoruz. Şoförlüğünü yaptığı T.C. kendisini arayarak kaza yaptığını söylemiştir ve yardım istemiştir. Ancak müvekkilime kazada yaralanan ve vefat eden kişilerin olduğu söylenmemiştir. Müvekkilim suç unsuru taşımayan görevini yerine getirmiştir. Eylem'in kendisine söylediği suç unsuru olmayan talimatlarını yerine getirmiştir. Suçun maddi ve manevi unsurları oluşmamıştır. Müvekkilimin serbest bırakılmasını, hakkında kovuşturmaya yer olmadığına ilişkin karar verilmiştir. Müvekkilim her daim kolluk görevlilerine yardım etmek için her türlü rızayı göstermiştir, göstermeyede devam edecektir. Müvekkilimin serbest bırakılmasını talep ediyoruz dedi.

Ceza Muhakemesi Kanununun 147'nci maddesinde yazılı hususların yerine getirilmesinden sonra tutanak okunup, ifade veren ile hazır bulunanlar tarafından imza altına alınmıştır. 12/03/2024

SERRA ÇAKAR SALMANİ
171286
Cumhuriyet Savcısı

ORHAN ÜLKER
204356
Zabıt Kâtibi

ADEM KIZILTEPE
Şüpheli

Av. HALİL İBRAHİM MEMİŞ
Müdafi





**T.C.**
**İSTANBUL**
**CUMHURİYET BAŞSAVCILIĞI**

EK - I

Soruşturma No : 2024/56578 Soruşturma

**SORGULAMA TUTANAĞI**
(Şüpheli İçin)

**İFADE VERENİN \***

| | |
|---|---|
| T.C. Kimlik Numarası | : ▆▆▆▆ |
| Adı ve Soyadı | : AYŞE CEREN SALTOĞLU |
| Baba ve Ana Adı | : İLYAS VEYSİ - SEVAL |
| Doğum Yeri ve Tarihi | : ŞİŞLİ - ▆▆▆ /1987 |
| Nüfusa Kayıtlı Olduğu Yer | : ELBİSTAN / KAHRAMANMARAS |
| İkametgah Yahut Mesken Adresi | : ▆▆▆▆▆▆▆▆ |
| | Kadıköy/ İSTANBUL |
| Varsa Telefonu (Ev-İş-Cep-İrtibat) | : ▆▆▆ |
| Mesleği, Ekonomik Durumu | : İşletmeci |
| Medeni Hali, Çocuk Sayısı | : Bekar - ▆▆▆ TL |
| İfadenin Alındığı Yer | : İstanbul Cumhuriyet Başsavcılığı Genel Soruşturma |

İfade verene yüklenen suç anlatıldı, müdafi seçme hakkının bulunduğu ve onun hukuki yardımından yararlanabileceği, müdafiin ifade alma sırasında hazır bulunabileceği, müdafi seçecek durumda değilse ve bir müdafi yardımından yararlanmak istediği takdirde kendisine baro tarafından bir müdafi görevlendirebileceği, yakınlarından istediğine yakalandığının derhal bildirileceği, isnat edilen suç hakkında açıklamada bulunmamasının kanuni hakkı olduğu, şüpheden kurtulması için somut delillerinin toplanmasını isteyebileceği kendisine hatırlatılıp açıklandı.

**SORULDU** : Bana anlatmış olduğunuz olayı anladım. Ben Estetik İnternational adlı işyerinde sigortalı olarak kurumsal iletişim uzmanı ve pazarlama uzmanı olarak çalışmaktayım. Bülent Cihantimur benim patronumdur. Bülent ve Eylem'in evlilikleri bittikten sonra bazı işlerde ve şirketin bazı işlerinde ortak hareket ederler. Bir senedir. Eylem hanım ile birebir diyalog kurarım. Bülent bey özellikle Eylem hanımla dekorasyon, iç mimari ve sanat konularında birlikte hareket eder. Yakın zamanda Eylem hanım bir sergi açmıştı. Ben bir süredir onun bu işleri ile ilgileniyordum. Serginin lansmanı 27/02/2024 günü yapıldı, Eylem hanımın dijital olarak yaptığı resimler sergilendi ve bunlardan iki tanesi satıldı. Eylem hanımın resimlerin son işlemlerini (İmza ve sertifika gibi) yapması için beni sıkıştırıyordu. Eylem hanımın tam tersi bir şekilde bu işlemleri tamamlamıyordu. Acelesi yok diyordu. Bende Bülent bey beni sıkıştırdığı için resimleri de aldım ve Eylem hanımın ikametine gittim. Yaklaşık üç saat Eylem Hanım'ın işlerini hallettik, kendisine eserleri imzalarken videolarını çektim. Sosyal medya için içeriklerini oluşturduk. Saat 21:00 gibi Eylem hanım yemeğe gidelim dedi. Ben de tamam dedim. Tabloları almak için eve geri döneceğimden benim aracımla gittik. 23:00 sularında Eylem'e T.C.'un şoförü Adem'den olduğunu düşündüğüm bir telefon geldi. Eylem Adem'le konuşurken bir anda panikle restorandan çıktı. Bende arkasından onu takip ettim. Sonrasında aracıma bindik Eylem Adem'le konuşurken diğer telefonundan da konum açtı ve bana tarif ettiği şekilde gitmemi istedi. Ben onun direktifleri ile arabayı sürdüm. Yaklaşık on onbeş dakika araba sürdükten sonra yolda T.C. ve birkaç çocuk gördük. T.C. ile iki tane çocuğu benim aracıma bindirdi. Durduğumuz yer ana caddenin solunda karanlık bir yerdi. Çocuklar yolun ortasındaydı. Benim gördüğüm tek yer burasıydı. Ben kaza yerini, ölü ve yaralıları, kaza yapan araçları görmedim. Eylem araçtan indi, yaklaşık bir dakika bile geçmeden çocuklarla döndü. O esnada herhangi bir yere gitmedi, olay yerini araba çalışmadı. Ben yine araba sürmeye devam ettim ve onların tarifleri ile araba sürerken iki çocuğu sağ tarafta bir sitenin kapısının önünde bıraktık. Ben T.C. ve Eylem, Eylem'in kütükevlerdeki ikametine doğru yol almaya devam ettik. Yolda T.C. anne isteyerek olmadı, beni affet, çok üzgünüm, araba pert oldu, çok üzgünüm deyip duruyordu. Eyleme ve bana başkaca hiçbir detay vermedi. Biz kaza ve sonrasında ne olduğunu görmedik ve öğrenemedik. Eylem bu esnada telefon ile konuşmaya başladı. Eve yaklaştık ve bana sen T.C.'la evde kal dedi. Ben olay yerine ▆▆▆

bakacağım dedi. Ancak olay yerine bakıp bakmadığını bilmiyorum. Ben aracı park ettim ve T.C. ile eve girdik. T.C. babası, annesi ve birileri ile telefonda konuştu. Ben T.C.'un kimlerle konuştuğunu bilmiyorum. Zaten benim duyacağım şekilde konuşmadı. Aradan yirmi yirmibeş dakika geçti. Eylem ile Adem geldi. Adem dışarda kaldı. Eylem evin içine girdi. Üç dört dakika sonra Bülent bey geldi. Bana sen arabalımısın dedi. Evet arabam var dedim. Beni bekle içeri gelme dedi. Eylem  T.C.  ve Bülent içerde kaldılar. Biz dışarda bekledik. Yaklaşık yirmi yirmibeş dakika sonra evden Eylem  T.C.  ve Bülent üçü beraber çıktılar. Yanlarında valiz vardı. Bülent  T.C.  'un valizini gördü. Hepimiz gördük. Eylem bana seslendi. Bahçe kapısından girdiğim esnada Bülent çocuk iyi görünmüyor, bir doktor görsün, sonra eve götürürüz dedi. Ben Eylem hanımı beklerken tabloları arabaya taşımıştım. Sadece bir kişilik yer vardı. Ona da Eylem bindi. Bildiğim kadarıyla Bülent bey taksi ile geldi. Park halinde bulunan Toggunu kullandı. T.C. 'un valizi Togga konuldu. Beni takip et dedi. Bu şekilde iki araç yola çıktık. Valizi kim taşıdı bilmiyorum. Ama valizi herkes gördü. Bülent bey önde ben arkada araba sürmeye başladık. Yaklaşık beş altı dakika sonra Bülent bey sinyal verdi, Eylem bana burada durma, daha ilerde dur dedi. Bende biraz ileride durdum. Ben tam yol ayrımına yakın bir yerde sapağa girmeden durmuştum. Bülent'le  T.C.  yanımıza geldi. Bülent bey valizi bana verdi. Valizin T.C.'la geleceğini sordum. Evet bu T.C.'la gelecek dedi. Bende tabloları Bülent beyin aracına koydum. Valizi de benim aracıma koydum ve  T.C. 'u da yanımıza aldık. Bildiğim kadarıyla Bülent beyin aracının şarjı bitmişti. Eylem bana havaalanına sür dedi. Ben paniklemeye ve şoka girmeye başladım. Ben  T.C.  ve Eylem havaalanına doğru yola çıktık. Eylem bana yolu tarif ediyordu. Bu arada Eylem benim telefonumu aldı. Telefonu kullanıp kullanmadığını hatırlamıyorum. Havaalanında duracağımız kapıyı söyledi. Aracı park et ve gel dedi. Eylem o dönemde Mısır lafı ediyordu. Benim bilet alış anına şahit olmadım. Sadece dönüş bileti sorduğunu hatırlıyorum. Alıp almadığını bilmiyorum. Sonrasında ikisini uğurladım ve evime doğru yola çıktım. Eylem olaydan sonra benimle diyalog kurdu. Benim ifadeye gittiğimi duymuş. Benimle helalleşti, senin bir suçun yok, senin bir ilgin yok dedi. Aynı zamanda basına yapılacak açıklamanın düzenlenmesi için editöre gönderilmek üzere açıklaması verdi. Bende bunu Nihal hanıma aktardım. Sonrasında irtibat kurmadım. Olaydan sonra Bülent bey ile bir kere yüz yüze irtibat kurdum. Bana olayın seninle bir alakası yok dedi. Her ikisinin de bana bir baskısı olmadı. Ben hem bu olayda, hem de genel olarak Eylem'le Bülent'e çok fazla soru soramazdım. İkisi de çok fazla soru sorulmasından hoşlanmazlardı. Bu senin işin değil deyip kestirip atarlardı. Havaalanına gidiş ve o gün yaşanan olaylardan sonra peki bu benim işim mi diye soramadım. Zor karakterli insanlardır. Ben orada bir çalışanım. Kendileri beni tersleyebilirlerdi. Ben o anda ne yaşadığımı bile bilmiyorum. Üzerime atılı suçlamayı kabul etmiyorum. Telefonumu da rızaen veririm. Her türlü incelemenin yapılmasına rıza gösteriyorum. Olay bana anlatılmadı ve ben olayı görmedim. Olayın aydınlanması için her şekilde destek vermeye hazırım. Ben kesinlikle delilleri karartmadım. Bilerek ve isteyerek kimsenini kaçışına yardım etmedim dedi.

**MÜDAFİLERDEN SORULDU**   : Müvekkilin beyanlarına katılıyoruz. Kendisinin Eylem Tok ve Bülent Cihantimur isimli şahıslar iş ve işveren ilişkisi bulunmaktadır. Eylem Tok'un suç unsurunu oluşturmayan talimatlarını yerine getirmiş olması herhangi bir suçun yasal unsurlarını oluşturmamıştır. Müvekkilimi samimi şekilde beyan vermiştir. Telefonunu ve şifresini vermiştir. Olayla alakası yoktur. Müvekkilin sicili temizdir, Sabit ikametgah sahibidir. Kaçma şüpheli yoktur. Serbest bırakılmasını talep ediyoruz dedi. Aksi kanaat oluşması halinde adli kontrol hükümlerinin uygulanmasını talep ediyoruz dedi.

Ceza Muhakemesi Kanununun 147'nci maddesinde yazılı hususların yerine getirilmesinden sonra tutanak okunup, ifade veren ile hazır bulunanlar tarafından imza altına alınmıştır. 12/03/2024


SERRA ÇAKAR SALMANİ                    ORHAN ÜLKER                      AYŞE CEREN SALTOĞLU
        171286                                         204356                              Şüpheli
Cumhuriyet Savcısı                            Zabıt Katibi



                                              Av. AYŞE GÜL KAVAL              Av. MUSTAFA KAYA
                                                     Müdafi                           Müdafi

**T.C.**      EK - D
**İSTANBUL**
**CUMHURİYET BAŞSAVCILIĞI**

Soruşturma No : 2024/56578 Soruşturma

## SORGULAMA TUTANAĞI
### (Şüpheli İçin)

| İFADE VERENİN * | : |
| --- | --- |
| T.C. Kimlik Numarası | : ███████████ |
| Adı ve Soyadı | : BÜLENT CİHANTİMUR |
| Baba ve Ana Adı | : CELAL - GÜLESER |
| Doğum Yeri ve Tarihi | : KARS -████/1970 |
| Nüfusa Kayıtlı Olduğu Yer | : MERKEZ / KARS |
| İkametgah Yahut Mesken Adresi | : Fulya Mah. Büyükdere Cad. No:76 İç Kapı No:333 Şişli/ İSTANBUL |
| İşyeri Adresi | : ████████████████████████ Osmangazi/Bursa Osmangazi/ BURSA |
| Varsa Telefonu (Ev-İş-Cep-İrtibat) | : ████████████ |
| Mesleği, Ekonomik Durumu | : Doktor -███████ TL |
| Medeni Hali, Çocuk Sayısı | : Boşanmış |
| İfadenin Alındığı Yer | : İstanbul Cumhuriyet Başsavcılığı Genel Soruşturma Bürosu |

İfade verene yüklenen suç anlatıldı, müdafi seçme hakkının bulunduğu ve onun hukuki yardımından yararlanabileceği, müdafiin ifade alma sırasında hazır bulunabileceği, müdafi seçecek durumda değilse ve bir müdafi yardımından yararlanmak istediği takdirde kendisine baro tarafından bir müdafi görevlendirebileceği, yakınlarından istediğine yakalandığının derhal bildirileceği, isnat edilen suç hakkında açıklamada bulunmamasının kanuni hakkı olduğu, şüpheden kurtulması için somut delillerinin toplanmasını isteyebileceği kendisine hatırlatılıp açıklandı.

**SORULDU** : Bana anlatmış olduğunuz olayı anladım. Ben Çapa Tıp Fakültesi Mezunuyum ve hekimlik yapmaktayım. Tıp Merkezim vardır. Eylem Tok isimli şahıs benim eski eşimdir. 2011 yılında kendisi ile boşandık. Evliliğimiz süresinde Bursa'da yaşamaktaydık. Boşandıktan sonra ben İstanbul'a taşındım. Belirli bir süre sonra da Eylem oğlumuz T.C. ile İstanbul'a taşındı. Benim babam ve oğlumla çok yakın ilişkim vardır. Ben oğlumla ilgilenmek için hayatıma kimseyi almadım. Hatta haftasonları bile kolay kolay ameliyat kabul etmem. Velayeti annesinde olmasına rağmen okul ücretini ben öderim. Hatta kendisine iki şoför ve araç tahsis ettim. Annesi ile ikamet ettikleri evde benim üzerime kayıtlıdır. Ben günlük olarak T.C. ve şoförü Adem ile diyalog kurarım. Her sabah onlarla konuşurum. Eylem ile de oğlumuzla ilgili bir durum olduğunda konuşuyorum. Aynı zamanda tıp merkezimin sanata destek için yürüttüğümüz faaliyetlerimiz vardır. Üç dört kere bu faaliyetler kapsamında sergi düzenledik. En sonuncusunda da Eylem sanatla ilgilendiği için iştirak etti. Olaydan birkaç gün önce bu sergiyi yaptık. Orada onun iki tane eseri satıldı. Satın alan kişide benim komşumdur. Ayşe Ceren Saltoğlu benim çalışanımdır. Maaşını şirketten almaktadır. Eylem'le aralarında herhangi bir rutin ilişkisi yoktur. Sadece bu sanat faaliyetleri nedeniyle diyalog kurmuşlardır. Ayrıca kendi tahsil ettikleri ilişkileri benim dışımdadır. Dışarıda görüşüyorlarmış ben bundan haberdar değilim. Bu iki tane eseri teslim etmesi için Ayşe Ceren'i uyardım. Satın alan kişi parasını ödedi, bir an önce bunları verelim dedi. O da bana bunun bu şekilde olmayacağını, bazı işlemlerin olması gerektiğini söyledi. Ben de konuyu uzatmadan hızlıca bu işi hallet dedim. Ancak Ayşe'ye git Eylem'in evine bu işi onun evine giderek hallet gibi laflar etmedim. Zaten Eylem'in evine de kendi aracı ile gitmiş. Ben olayı öğrendiğimde Ayşe Ceren'i Eylem'in evine gördüğümde şaşırdım. Ben kendisine Eylem'de senin patronundur gibi laflarda söylemedim.

Olayın olduğu Cumartesi normalde ameliyat yapmama rağmen bir ameliyat ayarlamıştı. Bu ameliyatı yaptım, bu ameliyat uzun sürmüştü. Sonra babamla konuştum ve yorgunluktan uyuya kalmıştım. 00:30 sıralarında Eylem beni aradı. Hemen gel T.C. kaza yapmış dedi. Ben normalde ara-

kullanmam. O yüzden de taksi çağırdım. Yolda da Adem'i aradım. O da bana yoldayım dedi. Eylem'le T.C. 'un yaşadığı eve gittiğimde Adem dışarda bekliyordu. Ayşe Cerende avludaydı. Eve girdiğimde T.C. u şok halinde gördüm. Donmuş bir haldeydi. Eylem ise panik haldeydi birileri ile konuşuyordu. Ben Eylem'e çocuğu bana ver bir hastaneye götüreyim, belki kafasını çarpmıştır, ona göre bakalım. Kabul etti. T.C. 'un sürekli kullandığı bir sırt çantası vardır. Evin önünde dışarıda bir tane elektrikli aracım vardı. T.C. ile birlikte bu araca bindik. Ayşe Ceren'in ifadesinde belirttiği şekilde ben bavul görmedim. Bavulunda nasıl konulduğunu bilmiyorum. Eve ait kamera görüntüleri ve ise bunların incelenmesinde evdeki görüntülerin incelenmesinde rızam vardır. Zaten olaya ilişkin görüntü varsa benim o bavulu görmediğim ve bagaja koymadığım anlaşılacaktır.

Ben T.C. 'la benim aracımda Ayşe Ceren'de Eylem ile birlikte yola çıktık. Kliniğe gitmek üzere anlaştık. Ben de yolda T.C. 'a olayı anlattırmaya başlamıştım. Yaralı var mı, ambulanslar arandı mı dedim. Kendisi bana bir iki kişinin kafasında kan vardı ancak bir kişi yerde yatıyordu, kazadan sonra da bir sürü insan olay yerine geldi, ben yarım saat olay yerinde kaldım dedi. Başkaca birşey anlatamadan aracın şarjının biteceğini anladım. Ben zaten T.C. u Eylem'in olay yerinden gelip aldığını sonradan öğrendim. Şarjımın biteceğini anladığımda arkadaki araçtakilerden birini aradım. Ancak Ayşe'yi mi aradım, Eylem'mi aradım bilemiyorum. Bir iki kere durur gibi yapıp durmaktan vazgeçtiler. En sonunda durdular. Ben Adem'i beni gelip alması için aradım. T.C. 'a da korkma dedim ve onu diğer araca yolladım. Sonra Ayşe gelip benim aracımın arkasında T.C. un valizi olduğunu söyledi ve ben hatta bagajı açmayı beceremediğim için Ayşe gelip bagajı açtı ve valizi aldı. Benim tanıdığım çalışanım Ayşe Ceren havaalanına gidileceğini bilseydi beni bu konuda uyarırdı çünkü kısa da olsa Eylem olmadan Ayşe ile yanyana geldik. Bana hocam Eylem çocuğu kaçıracak derdi. Hiç öyle birşey de demedi. Benim aracı durdurabildiğim yer Mecidiyeköy dönüşünün biraz ilerisindedir. Arkadaki araçla birlikte burada durabildik. Benim kesinlikle havaalanına gitmek gibi bir bilgim ve niyetim yoktu. Zaten şoförüm bana ben beş dakikaya yanınızdayım dedi. Şoförümü beklerdim. Zaten on dakika sonrada havalimanına varmış olurduk. Hatta kliniğe dönüş süremiz yirmi dakika sürdü. Havaalanı oradan daha kısa bir mesafeydi. Ben sonrasında Adem ile kliniğe döndüm. Benim işyerim ile evim bitişiktir. Adem kliniğe bakmaya gitti ben de eve çıktım. İkimizde Eylemleri bulamadık. Bulamayınca Eylem ve Ayşe'yi aradım. Eylem telefonu açmadım. Ayşe'ye ulaştığımda da hocam onlar yurt dışına gitti. Hatta hatırladığım kadarıyla Eylem Ayşe'nin telefonunu almış. Ben en son Eylem'le Mısır'dayken ulaştım. Geri dönmesi noktasında ikna ettim. İkna olmuştu ancak sonrasında kendisi çevresinden ve medyada gördüğü bilgilerden dolayı bu olayı kendi açımdan yavaşlattığımı düşünerek benimle irtibatı kesti. Ben de sonra kendisine ulaşamadım. T.C. ile de temas kuramıyorum çünkü annesinin yanında. Ama oğlumla en son irtibat kurduğumda Türkiye'ye dönmek istediğini bana ısrarla söylemişti. Ben üzerime atılı suçlamayı kabul etmiyorum. Her türlü kamera görüntüsü vesair incelenmesine rızam vardır. Ben her türlü yardıma hazırım. Oğlumun da dönmesini istiyorum. Ben oğlumla sık sık irtibat kuran bir insanım. Bu durum beni de çok üzmüştür. Psikolojim bozuldu.

Ben vefat eden kişinin ailesine taziyeye gittim. Orada bize ilk neden irtibat kurmadığımıza dair sitem edildi. Hatta taziyeye kalabalık bir grup gittik. Ben kendisine neden gelemediğimizi anlattım. Acılarını paylaştım. Her türlü yardıma hazır olduğumu ilettim. Babası ile birbirimize telefonlarımızı verdik. Taziye esnasında Süleyman isimli biri ile irtibat kurabileceğimizi söylediler. Numarasını aldık. Sonrasında ne kadar acılarını paylaşmak ve destek olmak için irtibat kurmaya çalışsak da kendilerinin tavırları değişmişti, bizimle görüşmek istemediler.

Ben bu durumdan dolayı çok kötü durumdayım. Oğlumu göremiyorum. Oğlumun dönmesini çok istiyorum. Benim Eylem'in T.C. u yurtdışına götürmesi olayına en ufak bir iştirakım yoktur. Olaydan sonra da kaçmaya çalışmadım. Benim bütün yaşantım buradadır. Halen de işimin başındayım. Çalışmaktayım. Oğlumun gelmesi için de ne gerekiyorsa yaparım ancak oğlumla da Eylem'de bende de irtibat kuramıyorum. Benim T.C. u yurt dışına kaçırmak, kaçmasına yardım etmek, kaza esnasında ve sonrasında delilleri gizlemek, saklamak ve yok etmek gibi hiçbir eylemim olmadı. Bu konuda da hiç kimseyi yönlendirmedim, hiç bir şeyi organize etmedim. Söyleyeceklerim bundan ibarettir. Ben oğlumu tanıyorum. Kendisi dönmek istiyor. Annesi ile döneceklerine ve adalete teslim olacaklarına inanıyorum dedi.

**MÜDAFİDEN SORULDU** : Müvekkilin beyanlarına katılıyoruz. Olayla ilgili olarak Eylem Tok ile müvekkilin oğlunun yurt dışına gitmeleri ile ilgili müvekkilin doğrudan veya dolaylı olarak herhangi bir etkisi ve katkısı yoktur. Müvekkilin oğlu olan T.C. 'un velayeti anne...

Eylem Tok'ta olduğundan dolayı Eylem Tok kendisi insiyatifi ile müvekkilin oğlunu da alarak yurt dışına gitmiştir. Müvekkilin serbest bırakılmasını talep ediyoruz dedi.

Ceza Muhakemesi Kanununun 147'nci maddesinde yazılı hususların yerine getirilmesinden sonra tutanak okunup, ifade veren ile hazır bulunanlar tarafından imza altına alınmıştır. 15/03/2024

SERRA ÇAKAR SALMANİ
171286
Cumhuriyet Savcısı

ORHAN ÜLKER
204356
Zabıt Kâtibi

BÜLENT CİHANTİMUR
Şüpheli

Av. İLYAS KARAHAN
Müdafi





## BİLGİ ALMA TUTANAĞI

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Düzenlendiği Tarih ve Saat | : | 02.03.2024 - 19:34 |
| Olay Adı | : | TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇU BİLDİRMEME-SUÇLUYU KAYIRMA |
| Olay/Evrak Yıl-No | : | 2024/223 |

**BİLGİ VERENİN AÇIK KİMLİĞİ**



| | | |
|---|---|---|
| Kimlik Belgesi Tipi – Seri No | : | |
| T.C. Kimlik No | : | |
| Adı ve Soyadı | : | **D.O.O.** |
| Baba ve Anne Adı | : | Giray - Berna |
| Doğum Yeri ve Tarihi | : | Şişli - ███ 2007 |
| Cilt-Aile Sıra-Sıra No | : | |
| Nüfusa K.O. İl-/Mahalle-Köy | : | İstanbul-Fatih-İskenderpaşa |
| İkamet Adresi | : | ████████████ / İstanbul |
| Mesleği ve Aylık Geliri | : | Öğrenci - Belirtilmemiş |
| Telefon(ev-iş-cep-irtibat) | : | - - ████████ |
| Eğitim Durumu | : | Ortaokul |
| Medeni Hali - Cinsiyeti | : | Bekar - Erkek |

**Alınan İfadesinde:**

Yukarıda ki bilgiler doğrudur ve bana aittir, verdiğim adreste yaklaşık 14 yıldır ailem (ane, baba ve kardeşim) ile beraber kalmaktayım.Ben halen Hisar Okulları 10. sınıf öğrencisiyim.Ben dün yani 01/03/2024 günü saat 22:00 sıralarında trafikte babam Giray ÖCALGİRAY sahibi olduğu şirket adına kayıtlı bulunan 34 BOD 377 plaka sayılı Volvo aracın anahtarlarını babamdan izinsiz olarak aldım.Yanımda P.T.E. ve Z.H.D. isimli arkadaşlarım vardı.Üçümüz birlikte araçla arkadaşım olan T.C. 'un evinin önüne geldik, T.C. ile aynı sitede otururuz, kendisi Porsche marka 34 EGG 06 plaka sayılı annesinin olduğunu düşündüğüm aracın içinde bizi bekliyordu T.C. 'un yanında A.K. isimli arkadaşımız vardı.Toplamda 5 arkadaş 2 araçla gezintiye çıktık.Arcadium Life isimli siteye giderek buradan Y.E. ve K.A. isimli arkadaşlarımızı aldık, bu iki arkadaş benim kullanmakta olduğum araca bindiler.Göktürk çıkışı olan Petrol ofisi civarında ismni bilmediğim bir tekel bayi önünde durduk, hepimiz araçtan indik ve tekelin önünde durduk, arkadaş grubundan biri kişi tekele sigara almak için gitti, ancak sigara yoktu alamadan geri geld ive araçlarımıza bindik, tekele giden arkadaşımı hatırlamıyorum.Araçlarlar çevrede biraz gezindikten sonra tekrar Kemer Country isimli siteye gittik M.E.Y. isimli arkadaşımız gördük, M.E.Y.'in yanında ilk defa gördüğü olduğum 2 erkek şahıs daha vardı, toplamda 10 kişi olduk ve site içinde biraz durup muhabbet ettik.Ben, M.E.Y. K.A. ve Y.E. P.T.E. ve Z.H.D. olmak üzere toplamda 6 kişi benim sürücülüğünü yapmış olduğum 34 BOD 377 plaka sayılı araca bindik, diğer kalan 4 kişi olan T.C. , A.K. ve tanımadığım 2 erkek şahısta T.C. 'un sevk ve idaresinde olan 34 EGG 06 plaka sayılı araca bindiler.Siteden çıkışı olmamızın sebebi biraz turlamak ve benim araca yakıt almaç amaçlı siteden ayrıldım.Göktürk içinde bulunan Shell isimli benzinliğe giderek hatırladığım kadarıyla 1,500 TL tutarında yakıt aldım ve ödemeyi kartla yaptım.Benzinlikten çıktı ve Hisar okulları önünde tekrardan 2 araç buluştuk.Ben önde gittim, T.C. arkamda aracı ile beni takip etti, Göktürk içinde bulunan surları geçince Total benzinlik karşısından Bahçeköy orman yoluna girdik, orman yolundan ben yine önde giderken T.C. beni solladı ve önüme geçti.Orman yolunda giderken T.C. önümüzde bulunan bir aracı kasiste solladı, T.C. 'un solladığı araç kasiste epey yavaşladı ve bana yol verdi, bende sola sinyal verdim ve kendi hızımla ile T.C. 'un geçtiği aracı geçtim ve T.C. 'un arkasına geçtim, o esnada T.C. aracın hızını epey arttırdı, önümüzde viraj vardı, T.C. hızlı bir şekilde viraja girdi, ben hızımı sabit tuttum hızlanmadım, virajda T.C. 'un aracını 4-5 saniye kadar gördüm ve daha sonrasında görüşümden çıktı.Virajı döndüğümde ise T.C. 'un arabası kontrolde çıkmış bir şekilde su kanalına girdi.Ben hemen aracımı durdurdum, aracımın dörtlü lambalarını yaktım ve T.C. un aracının yanına gittik.O esnada T.C. un aracında ki 3 kişi araçtan iniyorlardı, tam o esnada ben aracımı park etmiş olduğum yerin yol kenarında 2 tane yerde yatan yaralı erkek şahıs gördüm.Hemen yaralıların yanına koştum ve kontrol ettim, arkadaşım Z.H.D. yaralıların biriyle konuştu, yaralı şahıs kendi telefonunu Z.H.D.'ye vererek başına bakmasını istedi, Z.H.D. yaralının başına baktıktan



EXT-TOK-00060

Tutanağın 1. Sayfasıdır

20 Mart 2024
Orhan ÜLKER
Z.Katibi - 204356

sonra, Z.H.D. benden hem ehliyetimiz olmadığından ve aracın kalabalık etmemesi için benden aracın anahtarını aldı ve aracı Kerem ATAÇ ile birlikte Kemer Country isimli siteye geri götürdü.Ben olay yerinde kaldım, bu esnada siyah renkli plakasını alamadığım Bmw marka bir araç geldi, tam bu sırada T.C. "aracın altında bir kişi var" diyerek bağırdı ve yardım istedi, o esnada BMW marka araçtan gelen  kişiler hemen yardıma koştular ve T.C. 'un aracının altında kalan yaralı şahsı çıkardılar.O esnada kimin aradığını bilmiyrum 122'yi aradılar, o esnada yolun aşağı kısmına 2 erkek şahsın da yaralı olduğunu çevreden duyduk.Aşağıda ki yaralı şahıslardan biri "arkadaşım O.M.A.'a bakın" diyerek bağırdı T.C.  benim yanıma gelerek benim kullanmakta olduğum o esnada yanımda olan ▇▇▇▇▇ hattımın takılı olduğu cep telefonumu aldı, annesini ve soyadını bilmediğim Adem isimli şöförünü aradı, ne konuştuklarını duymadım.Yaklaşık 10 dakika sonra T.C. 'un annesi ve yanında bir kadınla birlikte eski model sedan tipli hatırladığım kadarıyla koyu renkli bir araç ile olay yerine geldiler.Aracı bu kadın sürüyordu, T.C. ın annesi aracın arkasında oturuyordu, ben olay yerinde ve P.T.E. ve Y.E. isimli arkdaşlarımı aradım, ancak bulamadım, onların olay yerinden uzaklaştığını düşündüm ve bunun üzerine tek kalmamak için T.C. 'un bindiği araca koşarak gittim ve bindim.Binmiş olduğum araç beni Kemer Counrty ana giriş kapısında indirdi, site önüne geldiğimde benim aracım ile olay yerinden ayrılan Z.H.D. ve K.A. 'ın burada beklediklerini gördüm, onlara teslim etmiş olduğum aracı sitenin içine bırakmışlardı. Z.H.D. 'nın elinde olay yerinde yaralılardan kafasına bakmak için aldığı cep telefonu bulunuyordu, biz orada beklediğimiz esnada K.A. 'ın çağırmış olduğu taksi geldi ve K.A. olay yerinden Y.E.'leri almaya gideceğim dedi, bende bunun üzerine Z.H.D.'ye yaralılardan birisine ait olan telefonu alarak taksiye binene K.A. 'e verdim, K.A. korkuya kapılarak taksiden inerek telefonu sitenin önünde ki duvarın üzerine bıraktı.Daha sonra sitenin güvenlik görevlileri telefonu kayıp olarak telefonu muhafaza altına aldı. K.A. taksi ile sitenin önüne ayrıldı.Sitenin önünenZ.H.D. ile birlikte site içine girerek burda babam, annem ve dayım ile buluştuk.Babam, ben ve Z.H.D. 34 BOD 377 plaka sayılı araca bindik, o sırada annem ve dayım babamın inmiş olduğu 34 BOD 777 plaka sayılı araçı bir taksi ile alıp takip ediyordu.Hep beraber site önüne güvenlik kapısına gittik, kapıya geldiğimizde benim özel şoğörlüğümü yapan İbrahim BOZ isimli şahısta sitenin güvenlik kapısında bulunuyordu.Ben olay yerinde kendisini arayarak konudan bahsedip T.C.'un kaza yaptığını söyleyerek ondan yardım istemiştim.Sitenin kapısında babam Z.H.D.'ya "telefonu al adamlara bırakalım" dedi, bunun üzerine güvenlik görevlisi bize hitaben "bu telefonun kime ait olduğunu, telefonun biraz önce arandığını, arayan bayanın oğlumun durumunun nasıl olduğunu sorduğunu" söyledi, güvenlik görevlisine başımızdan geçen olayı anlatarak telefonu Polis' teslim edersin dediğimiz sırada, T.C. 'un şoförü Adem isimli şahıs 34 BT rakam grubunu görmediğim Mercedes A180 marka beyaz renkli araç ile sitenin içine girdi ve durdu.O sırada arkadan 34 FPA rakama grubunu göremediğim Volvo marka siyah renkli araçta siteye girdiler.Bu araçtan T.C. 'un annesi indi, ben güvenliklerle olayı konuşurken bir anda beni inmiş olduğum araca iteleyerek "çocuklar buradan uzaklaşsın" dedi.Daha sonra ben arabaya binerken benim muhattab olduğum güvenlik görevlisinin T.C. 'un annesine "hanımefendi telefonu verir misiniz" dediğini duydum, annesinin de güvenlik görevlisine "ben telefonun sahibini tanıyorum, telefonu geri vereceğim" dediğini duydum, o esnada babam araca bindi ve araçla site içinden evimize gittik.

Ertesi sabah yani bugün 02/03/2024 günü yaşanan bu kazanın ölümlü bir kaza olduğunu öğrendim ve gelen Polislere durumu izah ettim, akabinde gerekli ifade işlemleri için Büro Amirliğinize getirildim.Benim konuyla ilgili gördüklerim, bildiklerim ve söyleyeceklerim bunlardan ibarettir.DEDİ

Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alındı.02.07.2024 - 19:34

BİLGİYİ ALAN
276201
Polis Memuru

BİLGİYİ YAZAN
272952
Polis Memuru

ASLI GİBİDİR
2 0 Mart 2024
Orhan ÜLKER
Katibi - 204259

BİLGİSİ ALINAN
D.O.O.

Tutanağın 2. Sayfasıdır

EXT-TOK-00064

## BİLGİ ALMA TUTANAĞI

Tutanağın Düzenlendiği Yer : Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği
Düzenlendiği Tarih ve Saat : 03.03.2024 - 00:48
Olay Adı : TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇU
BİLDİRMEME-SUÇLUYU KAYIRMA
Olay/Evrak Yıl-No : 2024/223

**BİLGİ VERENİN AÇIK KİMLİĞİ**

Kimlik Belgesi Tipi – Seri No :
T.C. Kimlik No :
Adı ve Soyadı : Z.H.D.
Baba ve Anne Adı : Serkant - Ayşe Belkıs
Doğum Yeri ve Tarihi : Kadıköy - ███-2008
Cilt-Aile Sıra-Sıra No :
Nüfusa K.O. İl-/Mahalle-Köy : Muğla-Dalaman-Merkez
İkamet Adresi :

Mesleği ve Aylık Geliri : Öğrenci - Belirtilmemiş
Telefon(ev-iş-cep-irtibat) : - -███
Eğitim Durumu : Ortaokul
Medeni Hali - Cinsiyeti : Bekar - Erkek

Alınan İfadesinde:

Yukarıda ki bilgiler doğrudur ve bana aittir, verdiğim adreste ikamet ederim.Olay günü yani 01/03/2024 günü kalmak için okuldan sonra D.O.O. isimli arkadaşımın evine gittim.Akşam saatlerinde T.C. D.O.O.'i buluşmak için aramış, yine akşam saatlerinde D.O.O. evden babasının aracını aldı ve evden çıktık, araçta D.O.O., ben, Y.E. K.A. ve P vardı, evden çıktık ve dolaşmaya başladık.Daha sonra T.C. ile evinin önünde buluştuk, akabinde Kemer Conurrty isimli siteye gittik ve meydan kısmında oturduk, burada isimlerini olan nedeniyle öğrenmiş olduğum M.E. Burtu ve Arda isimli şahısları gördük, bir müddet sonra hep beraber oran kalktık, bu 3 şahıs yaya oldukları için Çamlık mevkine gitmek istediklerini şoför arkadaşlara söylediler ve aracımıza bindiler.Volvo marka D.O.O. ben, Y.E. poyraz M.E. ve K.A. ile bindik, ben aracın sağ ön koltuğuna oturdum, aracı D.O.O. kullanıyordu.Diğer şahıslarda T.C. 2un aracına bindiler.Siteden ayrıldıkve aracımıza Shell benzilikten yakıt aldıktan sonra Kemerbutrgaz yoluna yöneldik, surları geçince Bahçeköy yoluna giridk, yani orman yoluna saptık, içinde bulunduğum Volvo marka araç önde gidiyordu, daha sonra T.C. bizi solladı, normal hızımızda gidiyorduk, önde başka bir araç vardı, T.C. bu aracı solladı, bunun üzerine önde bulunan araç bizze de yol verdi ve bizde bu aracı sollaıktan sonra T.C. 'un arkasından gitmeye devam ettik.Daha sonra T.C. daha da hızlandı ve hızlı bir şekilde gitmeye başladı, önümüzde viraj vardı, viraja sert girınce araba biraz yalpaladı ve kaymaya başladı, ancak aramızda mesafe olduğu için T.C. 'un önünü göremiyorduk, bizde tam virajı alınca T.C.?un aracının yolun solunda bulunan su kanalına çıktığını gördük, hemen aracımızı durdurduk, aşağı indiğimizde yolun ortasında 2 erkek şahıs yaralı şekilde yattığını gördük, ben bu yaralı şahısların birinin yanınag gitim ve konuşmaya çalıştım, yaralı şahıs bana flashını yaltı e telefonunu vererek başına bakmamı istedi, ben telefonu şahıstan aldım ve başının ışık tutum, o an ki dalgınlık ile şahısın telefonunu cebime koydum, daha sonra diğer yaralının yanına gittim, yolda geçen araçlarda durmaya başladı ve yardım etmeye başladılar.O esnada etraf çok kalabalık oldu ve araçlar doldu, olay yerine itfaiye ve 112 ekipleri geleceğini düşünerek yolu açmak için D.O.O. in sevk ve idaresinde olan Volvo marka aracı alarak K.A. ile birlikte aracı Kemer Counrty isimli siteye götürdüm.Aracı siteye bıraktıktan sonra tekrar olay yerine gitmek için taksi çağırdık, kııda taksiyi bineceğimiz esnada D.O.O. eski model bir araç ile site önünde indi ve yanımıza geldi, o esnada benim elimde yaralı şahsın telefonu olduğunu ve bu telefonu gidip olay yerine bırakmamız gerektiğini söyledim, o esnada K.A. taksiye bindi ve

Tutanağın 1. Sayfasıdır

K.A. 'in olay yerine gideceğini düşünerek yanımda bulunan telefonu K.A. 'e verdim, akabinde K.A. böyle bir sorumluluğu taşıyamayacağını söyledi ve telefonu site girişinde bulunan duvarın üzerine bıraktı.Daha sonra güvenlik gelerek telefonu aldı, ardından veliler de site önüne geldi ve bizi uzaklaştırdı. T.C. 'un annesi güvenlik görevlisinden telefonu shibine vereceğim diyerek almak istedi, güvenlikte telefonu T.C. 'un annesine verdi.Ardından T.C. 'un annesi site önünden ayrıldı, ben, Dmeir ve  P  da D.O.O.'in evine gittik.Sabah olunca da ailem beni aldı, Polis'in kazaya karışan şahısları araştırdığını öğrenince ifade vermek için Büro Amirliğinize geldim.Konuyla ilgili gördüklerim, bildiklerim ve söyleyeceklerim bunlardan ibarettir.DEDİ

Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alındı.03.03.2024 - 00:48

BİLGİYİ ALAN
476231
Polis Memuru

BİLGİYİ YAZAN
377952
Polis Memuru

BİLGİSİ ALINAN
Z.H.D.

ASLI GİBİDİR
2 0 Mart 2024
Orhan ÜLKER
Z.Katibi - 200250
Tutanağın 2. Sayfasıdır

## BİLGİ ALMA TUTANAĞI

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Düzenlendiği Tarih ve Saat | : | 03.03.2024 - 01:33 |
| Olay Adı | : | TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇU BİLDİRMEME-SUÇLUYU KAYIRMA |
| Olay/Evrak Yıl-No | : | 2024/223 |

### BİLGİ VERENİN AÇIK KİMLİĞİ

| | | |
|---|---|---|
| T.C. Kimlik No | : | ▮▮▮▮ |
| Adı ve Soyadı | : | K.A. |
| Baba ve Anne Adı | : | Emin Tolga - Yasemin |
| Doğum Yeri ve Tarihi | : | Şişli - ▮▮▮ 2008 |
| Cilt-Aile Sıra-Sıra No | : | |
| Nüfusa K.O. İl-/Mahalle-Köy | : | İzmir-Foça-Atatürk |
| İkamet Adresi | : | ▮▮▮▮▮ İstanbul |
| Mesleği ve Aylık Geliri | : | Öğrenci - Belirtilmemiş |
| Telefon(ev-iş-cep-irtibat) | : | - - |
| Eğitim Durumu | : | Ortaokul |
| Medeni Hali - Cinsiyeti | : | Bekar - Erkek |

Alınan İfadesinde:

Yukarıda ki bilgiler doğrudur ve bana aittir, verdiğim adreste ailem ile ikamet ederim.Olay akşam iyanı 01/03/2024 günü akşam saatlerinde 20:30 sıralarında arkadaşım Y.E. in evinde bulunuyorduk, saat 21:50 sıralarında evin önüne indik ve site önünde D.O.O. ve T.C. 2 ayrı araç ile gelmişti, ben ve Y.E. Volvo marka araca bindik.Volvo marka araç içinde ayrıca P Z.H. vardı.Göktürk içinde biraz turladık, akabinde Kemer counryt isimli sitede meydan kısmında oturduk, meydan kısmında M.E.Y. ve 2 arkadaşını gördük.Daha sonra hep beraber kalktık, M.E. bizide bırakımsınız dedi, kabul ettiler ve siteden ayrıldık, Volvo marka ben, D.O.O. Z.H. , Y.E. P ve M.E. bindik, D.O.O. aracı sürüyordu, bene arcın sol arka cam kenarında oturuyordum, diğer şahıslar T.C. 2un sürücülüğünü yapmış olduğu Porsche marka araca bindiler, siteden çıktı ve araca yakıt almak için Göktürk Merkezde bulunana Shell benzinliğe girdik, benzilikten çıktıktan sonra Kemrburgaz yoluna doğru gitti, surları geçince Bahçeköy yolu yani orman yoluna girdik, içinde bulunduğum Volvo marka araç önde gidiyorduk T.C. bu arada bizi solladı ve devam etti, kasisten geçtikten sonra T.C. aracı ile iyice hızlandı, önümüzde viraj vardı, gördüğüm kadarıyla T.C. viraja sert girdi ve aracının arkası kaydı ve yolda kaymaya başladı, viraj olduğu için görüş açımız fazla yoktu, tam virajı döndüğümüzde T.C. 2un aracı sol kısmında su kanalına çıktığını gördüm, biz hemen aracı durdurduk ve aşağı indik.Ben yolda yaralı bir şahsın yattığını gördüm ve şoka girdim, o esnada tekrar araca bindim ve kendime gelmek sitedim, o sırada D.O.O. Z.H. 'ya "arabayı burdan çek siteye götür" diyerek araç aahtarını Z.H. 'ya verdi, sırasında Z.H. Volvo marka aracı alarak aracı sitye götürdük.Daha sonra aracı bıraktıktan sonra tekrar olay yerine gitmek için taksi çağırdık, site önüne taksi gelip taksiye bineceğimiz ensada D.O.O. eski model bir araç ile site önünde indi ve araç site önünden ayrıldı.Tam bu sırada Z.H. elinde bulunan telefonu bana vermeye çalıştı ve olay yerine gitiğimi düşünerek tlefonu yaralı şahsa vermemi istedi, bende kabul etmedim ve tlefonu alarak site duvarının üzerine koydum.Daha sonra güvenlik görevlisi geldi ve telefonu aldı, akabinde taksiye bindim ve site önünden ayrıldım.Akabinde merkezde Y.E. ile buluştum ve evlerine gittim.Gece yarısı da ikametime gittim, sabah İzmir'e uçağım vardı ve İzmir'e gittim, ifade işlemleri olduunu öğrenince de hemen İzmir'den geri uçakla döndüm ve ifade vermek için Büro Amirliğinize geldim.Konuyla ilgili gördüklerim, bildiklerim ve söyleyeceklerim bunlardan ibarettir.DEDİ

Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alındı.03.03.2024 - 01:33

| BİLGİYİ ALAN | BİLGİYİ YAZAN | BİLGİSİ ALINAN |
|---|---|---|
| 276131 | 377952 | ASLI GİBİDİR |
| Polis Memuru | Polis Memuru | K.A. |
| | | 20 Mart 2024 |
| | | Z.Katibi - 201056 |

## BİLGİ ALMA TUTANAĞI

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Düzenlediği Tarih ve Saat | : | 09.03.2024 - 19:21 |
| Olay Adı | : | TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇLUYU KAYIRMA |
| Olay/Evrak Yıl-No | : | 2024/223 |

**BİLGİ VERENİN AÇIK KİMLİĞİ**

| | | |
|---|---|---|
| T.C. Kimlik No | : | ▇ |
| Adı ve Soyadı | : | Berna ÖCALGİRAY |
| Baba ve Anne Adı | : | Sedat - Hatice |
| Doğum Yeri ve Tarihi | : | İstanbul - ▇ 1981 |
| Cilt-Aile Sıra-Sıra No | : | |
| Nüfusa K.O. İl-/Mahalle-Köy | : | İstanbul-Fatih-İskenderpaşa |
| İkamet Adresi | : | ▇ İstanbul |
| Mesleği ve Aylık Geliri | : | Endüstri Mühendisi - Belirtilmemiş |
| Telefon(ev-iş-cep-irtibat) | : | - - ▇ |
| Eğitim Durumu | : | Yüksek Okul (lisans) |
| Medeni Hali - Cinsiyeti | : | Evli - Kadın |

Alınan İfadesinde:

Yukarıdaki bilgiler doğrudur ve bana aittir, verdiğim adrese yaklaşık 15 yıldır eşim ve 2 çocuğum ile ikamet ederim.Bahse konu dosyada ismi geçen D.O.O. isimli çocuk şahsın annesiyim, bizim aynı zamanda Göktürk Merkezde bulunan Kütük evlerde hafta sonu tarzı bir evimiz de vardır.

Olay günü yani 01/03/2024 günü saat 23:45 sıralarında Göktürk'te bulunan Kütük evlerde bulunduğum esnada ailemizin şoförü olan İbrahim BOZ beni kullanmış olduğum ▇ numaralı hattımı kendi numarası olan ▇ numaralı telefonundan aradı ve bana "**Berna hanım bir kaza olmuş, endişelenmeyin,** D.O.O. **aracı kaza yapmamış,** D.O.O. **beni aradı, ben oraya gidiyorum**" demesi üzerine bende İbrahim'den kaza yerinin konumu istedim ve hemen evden Eşim Giray ÖCALGİRAY ve kardeşim Selim ABRA ile çıktık, 34 BOD 777 plaka sayılı Land Rover marka aracıma binerek olay yerine gitmek üzere yola çıktık.Aracı ben kullanıyordum, eşim ön sağ koltukta, kardeşim ise arka koltukta oturuyordu.Yolda giderken ben oğlum D.O.O.'i aradım ancak telefona bakmadı, akabinde babası Giray arayınca oğlum telefonu açtı, Giray oğluma "**kaza yerine geliyoruz**" dedi, bunun üzerine oğlum babasına "**gelmeyin, biz şuan kemer country isimli sitedeyiz**" buraya gelin demesi üzerine, görüşmeden yaklaşık 8-10 dakika sonra sevk ve idaremde olan 34 BOD 777 plaka sayılı aracım ile Kemer Counrty sitesi girişine geldiğimizde, site girişinde oğlum D.O.O.'in arkadaşı olan P 'ı gördük, P 'ı arabaya aldık ve siteden içeri girdik, ana girişten sonra 100 metre yukarı çıkınca köy medyanı diye tabir edilen yerde oğlum D.O.O.'i ve arkadaşı Z.H.D. ile şirketimize kayıtlı olan 34 BOD 377 plaka sayılı Volvo marka aracı park edilmiş şekilde gördük.Akabinde benim aracımda bulunan eşim Giray, kardeşim Selim ve P araçtan indiler ve Volvo araca bindiler, D.O.O. ve Z.H.D.'da Volvo marka araca bindiler ve bende Land Rover marka aracımda tek kaldım ve 2 araç arka arkaya site çıkışına doğru gittik.Site çıkışında Volvo marka araç önde, ben arkalarında durdum, Volvo marka araçtan P hariç herkes aşağı indi, bende aracımdan indim yanlarına gittim, o esnada bir telefondan bahsediliyordu, topluca güvenlik görevlilerinin yanına gittik, güvenliklerin yanına gidince bahsi geçen aracın kamerasını görmediğim cep telefonu gördük.Güvenlikler kendi aralarında telefonu ne yapacakları hakkında görüşmeler yapıyordu ve birilerini arıyorlardı, bir müddet sonra olay yerine güvenlik amiri olarak kendini tanıtan 55-60 yaşlarında ismini sonradan öğrendiğim Hikmet isimli şahıs geldi.Bu arada ben güvenlik görevlilerine "**Ben Berna ÖCALGİRAY, bu sitede oturan İpek YÖNDER'in çok yakın arkadaşıyım**" diyerek kendimi tanıtmaya çalıştım, o esnada kalabalık grup içinde isimlerini olay nedeniyle öğrenmiş olduğum Eylem TOK ve şoförü Adem isimli şahıs geldi.Eylem TOK isimli şahıs "**çocukları buradan götürün**" diyerek D.O.O. ve Z.H.D.'yı bizim araçlara doğru eliyle itti, bunun üzerine bizde araçlara doğru ilerledik, Eşim Giray, oğlum D.O.O. ve arkadaşı Z.H.D. P 'ın oturduğu Volvo marka aracımıza bindiler, bende

EXT-TOK-00065

kendi aracıma bindim, kardeşim Selim'de aracımın ön sağ koltuğuna oturdu, Hikmet bey yanıma gelerek **"bana isminizi ve numaranızı yazın"** diyerek küçük bir not kağıdı ve kalem uzattı, bende araç içinde direksiyonda vermiş olduğu kapıda isim ve iletişim bilgimi yazdım, bu yazıyı yazarken Eylem TOK aracımın yanına geldi, camın içine doğru eğildi ve bana **"keşke yazmasaydın"** dedi, bende **"ne olacak ki"** dedim, Eylem TOK'un hemen yanında bulunan Hikmet isimli şahsa kağıdı uzattım ve iyi akşamlar diyerek siteden çıkış yaptık.2 araç siteden çıkar çıkmaz hemen Kütük evlerde bulunan evimize gittik ve o gece oğlum D.O.O.'in arkadaşları olan Z.H.D. ve   P   bizim evde kaldı, ayrıca kardeşim Selim'de bizde kaldı ve sabah uyanınca evden ayrıldı.Ayrıca Z.H.D.ve   P   da sabah olunca evimizde ayrıldı.Akabinde görevli memurlar bizi aradı ve kaza ile ilgili oğlumun ifade vermesi gerektiği tarafımıza bildirildi ve çocukları toplayarak ifade vermek için emniyete götürdük.

    **SORULDU:**Güvenlik amiri olarak bilgi sahibi ifadesi alınan Hikmet ALTUN ve diğer güvenlik görevlileri olayda bahsi geçen cep telefonunu sizin sevk ve idarenizde olan 34 BOD 777 plaka sayılı aracın sürücüsüne verdiğini beyan ederek teşhis etmiştir, bu konu hakkında ki açıklamanızı yapınız.

    **CEVABEN:** Ben bahsi geçen cep telefonunu sadece daha genç olan güvenlik görevlisinin elinde gördüm, bahse konu telefona hiç dokunmadım, kimseden telefon almadım ve kimseye telefon vermedim, bununla alakalı yukarıda ifademde beyan etmiş olduğum gibi kardeşim ve eşim yanımdaydı.Ben tamamen iyi niyetle kendimi tanıtmak amaçlı adımı ve iletişim bilgimi güvenlik amirine verdim, Eylem'de keşke vermeseydin diyerek tepki gösterdi, ben güvenlik amirine bilgilerimi verdiğim için güvenlik amiri telefonu bana verdiğini düşünüyor olsa gerek..**DEDİ**

    Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alındı.09.03.2024 - 19:21

<table>
<tr><td>BİLGİYİ ALAN</td><td>BİLGİYİ YAZAN</td><td>BİLGİSİ ALINAN</td></tr>
<tr><td>334469</td><td>377952</td><td></td></tr>
<tr><td>Polis Memuru</td><td>Polis Memuru</td><td>Berna ÖCALGİRAY</td></tr>
</table>

ASLI GİBİDİR
2 0 Mart 2024
Orhan ÜLKER
Z.Katibi - 204356
Tutanağın 2. Sayfasıdır

## BİLGİ ALMA TUTANAĞI

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Düzenlendiği Tarihi ve Saat | : | 09.03.2024 - 19:48 |
| Olay Adı | : | TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇLUYU KAYIRMA |
| Olay/Evrak Yıl-No | : | 2024/223 |

**BİLGİ VERENİN AÇIK KİMLİĞİ**

| | | |
|---|---|---|
| Kimlik Belgesi Tipi – Seri No | : | |
| T.C. Kimlik No | : | ▮ |
| Adı ve Soyadı | : | Selim ABRA |
| Baba ve Anne Adı | : | Sedat - Hatice |
| Doğum Yeri ve Tarihi | : | İstanbul - ▮-1986 |
| Cilt-Aile Sıra-Sıra No | : | |
| Nüfusa K.O. İl-/Mahalle-Köy | : | İstanbul-Fatih-İskenderpaşa |
| İkamet Adresi | : | ▮ |
| Mesleği ve Aylık Geliri | : | Tekstilci - Belirtilmemiş |
| Telefon(ev-iş-cep-irtibat) | : | - ▮ |
| Eğitim Durumu | : | Yüksek Okul (lisans) |
| Medeni Hali - Cinsiyeti | : | Bekar - Erkek |

Alınan İfadesinde:

Yukarıda ki bilgiler doğrudur ve bana aittir, verdiğim adreste ynklaşık 5 yıldır tek yaşarım, Burna ÖCALGİRAY ablam, Giray ÖCALGİRAY eniştem, D.O.O. ise yeğenim olur.

Olay gecesi yani 01/03/2024 günü saat 23:30 sıralarında ablamın Göktürk merkezde bulunan Kütük Evler sitesinde bulunan evinde ablam, eniştem ve ben oturuyorduk, o esnada ablamın telefonu çaldı, arayan şoförleri olan İbrahim isimli şahıstı, İbrahim ablama D.O.O.'ın kazaya karıştığını, şuan iyi olduğunu söylemesi üzerine, biz hemen evden çıktık ve ablamın sevk ve idaresinde olan 34 BOD 777 plaka sayılı araç ile kaza yerine gitmek için yola koyulduk. Ben arka koltukta oturdum ve yola devam ettik. Bir müddet sonra Kemer Country isimli siteye gittik, site içinde meydan diye tabir edilen yerde durduk, daha sonra yanımıza çocuk şahıslar geldi, araçlara bindik ve siteden çıkacağımız esnada, güvenlik kulübesinin orda durduk, araçlardan indik, güvenlik görevlileri ortada bir telefon olduğunu beyan ederek, güvenlik amirlerine bilgi verdiler, daha sonra oraya kendini güvenlik amiri olarak tanıtan takım elbiseli biri geldi ve çocukların velisi ile görüştü. O esnada ablam güvenlik görevlilerine "ben yabancı değilim, yan sitede oturuyorum" dedi, daha sonra biz araçlara bindik, ben ablamın aracına bindim, o esnada güvenlik amiri ablama bir kağıt ve kalem uzattı isim ve iletişim bilgisi istedi, ablam kağıdı yazarken, ismini olay nedeniyle öğrenmiş olduğum Eylem TOK isimli şahıs ablamın yanına bir hışımla geldi ve ablama "neden numaranı veriyorsun" dedi, ablamda yazmış olduğu kağıdı camdan dışarı uzattı ve iyi akşamlar diyerek siteden ayrıldık, hemen 2 araç ablamların evine gittik, ben o gece ablamda kaldım ve sabah olunca da ayrıldım ve ikametime gittim. Ben ablamın kimseden telefon aldığına şahit olmadım, güvenlik ya da başka bir vatandaş ablama telefon vermedi. Konuyla ilgili söyleyeceklerim bunlardan ibarettir. **DEDİ**

Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alındı. 09.03.2024 - 19:48

BİLGİYİ ALAN
334469
Polis Memuru

BİLGİYİ YAZAN
377952

BİLGİYİ ALAN
Selim Abra
ASLI GİBİDİR
20 Mart 2024
Orhan ÜLKER
Z.Katibi - 204356

### BİLGİ ALMA TUTANAĞI

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Düzenlendiği Tarihi ve Saat | : | 09.03.2024 - 21:46 |
| Olay Adı | : | TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇLUYU KAYIRMA |
| Olay/Evrak Yıl-No | : | 2024/223 |

### BİLGİ VERENİN AÇIK KİMLİĞİ

| | | |
|---|---|---|
| Kimlik Belgesi Tipi – Seri No | : | |
| T.C. Kimlik No | : | |
| Adı ve Soyadı | : | İbrahim BOZ |
| Baba ve Anne Adı | : | Hamit - Bilgin |
| Doğum Yeri ve Tarihi | : | Sarıyer - ▮▮▮-1995 |
| Cilt-Aile Sıra-Sıra No | : | |
| Nüfusa K.O. İl-Mahalle-Köy | : | Samsun-Tekkeköy-Kışla |
| İkamet Adresi | : | ▮▮▮▮▮İstanbul |
| Mesleği ve Aylık Geliri | : | Özel Şoför - |
| Telefon(ev-iş-cep-irtibat) | : | - ▮ |
| Eğitim Durumu | : | 2 Yıl Süreli Yüksek |
| Medeni Hali - Cinsiyeti | : | Evli - Erkek |

Alınan İfadesinde:

Yukarıda ki bilgiler doğrudur ve bana aittir, verdiğim adreste yaklaşık 20 yıldır eşim ve çocuğum ile kalırım, yaklaşık 7-8 aydır Berna ÖCALGİRAY ve Giray ÖCALGİRAY isimli şahısların aile şoförlüğünü yaparım.Şirkete ait 34 BOD 70 plaka sayılı Audi marka aracı kullanırım.

Olay gecesi yani 01/03/2024 günü saat 23:25 sıralarında Sarıyerde halı saha maçında bulunurken kullanmakta olduğum **D.O.O.** ▮▮▮▮ numaralı hattımı şoförlüğünü yapmış olduğum ailenin oğlu olan ▮▮▮▮ numarasında aradı ve bana "abi **T.C.** kaza yaptı acil gelebilir misin" dedi, bende "sizde bir şey varmı" dedim,**D.O.O.** bana "bize bir şey yok, biz dahil olmadık" dedi ve bana kazanın olduğu yeri tarif etti, bende bunun üzerine 34 BOD 70 plaka sayılı aracım ile Sarıyerden kaza yerine doğru yola çıktım, yolda giderken **D.O.O.**'in annesi olan Berna hanımı aradım ve durumu izah ettim.Akabinde **D.O.O.**'i aradım ve durumu sordum, **D.O.O.** bana "abi Kemer counrty sitesine geldik buraya gel" demesi üzerine bende Kemer Counrty sitesine geçtim.Aracımı dışarda site dışına park ettim.Yaya olarak güvenlik kulübesinin olduğu yere gittim.Güvenlik kulübesinin orda Berna hanım, Giray bey, **D.O.O.** ve Berna hanımın kardeşi Selim bey vardı, ayrıca güvenlik görevlileride ordaydı.Ortada bir telefon muhabbeti dönüyordu, Giray bey güvenlik görevlisine telefonu kimin getirdiğini sordu, o esnada **D.O.O.** ordan "telefonu arkadaşım **K.A.** getirdi" dedi, güvenlik görevlileri "o zaman telefonu kim getirdiyse ona veririz" dedi,**D.O.O.** arkadaşı **K.A.** 'ı aradı ancak ulaşamadı, ardından **T.C.** 'u aradığını gördüm, ben kalabalık grubun biraz uzağında durup onları izliyordum.Akabinde sitenin güvenlik amiri geldi ve eski Polis olduğunu belirterek telefonu eline aldı, gördüğüm kadarıyla bahse konu telefon şeffaf kılıflı Iphone marka telefondu.Güvenlik amiri telefonu veremeyeceklerini, ancak Polis'e teslim edebileceklerini beyan etti.O esnada ismini olay nedeniyle öğrenmiş olduğum Eylem hanımın şoförü Adem isimli şahıs Mercedes marka bir araç ile siteden içeri girdi.Akabinde Adem isimli şahıs ta telefonu güvenliklerden istedi, ancak alamadı.Sonrasında Eylem hanım plakasını görmediğim Volvo marka bir araç ile siteye giriş yaptı.Eylem hanım aracını park ettikten sonra bizim bulunduğumuz yere geldi ve etrafta bulunan şahıslara kim olduklarını sordu.Berna hanım Eylem hanıma kendini ve eşini tanıttı.Eylem hanım orda "çocukları arabaya alalım, şahit olmasınlar" dedi, akabinde Eylem hanım güvenlik amirine "telefonu ben alabilirim, kaza yerine götüreceğim" dedi, Giray bey bu esnada Volvo marka aracına bindi, çocuk şahıslar zaten araca binmişti, Berna hanımda hafif hafif kulübe tarafından uzaklaşmıştı ve aracına doğru gidiyordu, bu sırada Eylem hanım güvenlik amiri olan ismini olay nedeniyle öğrenmiş olduğum Hikmet isimli şahıstan bahse konu Iphone marka telefonu aldı.Eylem hanım telefonu aldıktan sonra Giray beyin aracına doğru yöneldiği esnada güvenlik görevlileri Eylem hanımın arkasından "telefonu verir misiniz" şeklinde 3-4 kez bağırdılar, bunun üzerine Eylem hanım güvenlik görevlilerine "evet evet tamam" şeklinde sözler söyleyerek geçiştirmesi üzerine,

EXT-TOK-00068

Güvenlik görevlileri içinde bulunan biri Eylem hanıma "**çocukmu kandırıyorsunuz verin telefonu**" dedi ve Adem isimli şahıs yanlarına gitti ve görevliye "**bir yere kaçmıyoruz verecek zaten telefonu**" dedi.O esnada Giray bey aracı ve çocuklar ile siteden çıkış yaptı, onların arkasında Berna hanım kendi aracı olan Land Rover marka araca binmişti, yanında ise kardeşi Selim bey vardı, Eylem hanım bir anda Berna hanımın aracının yanına gitti, o esnada Hikmet bey Berna hanımın aracının yanındaydı, Eylem hanımda tam aracın bulunduğu yere gitti, Eylem hanım güvenlik görevlisinden almış olduğu telefonu geri vermemişti, Berna hanımın yanına gittiği sırada da telefon elinde veya cebindeydi.Araç içinde Berna hanım Hikmet beye "**biz yabancı değiliz, burda oturuyoruz, isim ve iletişim bilgimi verebilirim**" demesi üzerine kağıt kalem istedi, Hikmet beyin vermiş olduğu kağıda Berna hanım birşeyler yazdı ve Hikmet beye verdi ve aracı ile siteden çıkış yaptı.Giray bey ve Berna hanımın siteden çıktığını görünce bende yaya olarak siteden çıkarak aracıma doğru yürüdüm, aracıma bindim ve ikametime gittim.Ben yaya olarak siteden çıkarken Eylem hanım ve şoförü Adem isimli şahıs araçları ile halen güvenlik kulübesi etrafında bulunuyorlardı.**Berna hanım siteden çıkacağı esnada yanına giden Eylem hanım ile aralarında herhangibir eşya alışverişi olmadı.**Ayrıca Berna hanımın güvenlike görevlilerinde telefon aldığını ve verdiğini görmedim, böyle bir şey olmadı.Konuyla ilgili söyleyeceklerim bunlardan ibarettir.**DEDİ**

Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alındı.09.03.2024 - 21:46

<table>
<tr><td>BİLGİYİ ALAN</td><td>BİLGİYİ YAZAN</td><td>BİLGİSİ ALINAN</td></tr>
<tr><td>334469</td><td>377952</td><td></td></tr>
<tr><td>Polis Memuru</td><td>Polis Memuru</td><td>İbrahim BOZ</td></tr>
</table>

ASLI GİBİDİR
20 Mart 2024
Orhan ÜLKER
Z.Katibi - 204356

## BİLGİ ALMA TUTANAĞI

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Düzenlendiği Tarih ve Saat | : | 02.03.2024 - 21:27 |
| Olay Adı | : | TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇU BİLDİRMEME-SUÇLUYU KAYIRMA |
| Olay/Evrak Yıl-No | : | 2024/223 |

**BİLGİ VERENİN AÇIK KİMLİĞİ**

| | | |
|---|---|---|
| Kimlik Belgesi Tipi – Seri No | : | |
| T.C. Kimlik No | : | |
| Adı ve Soyadı | : | A.K. |
| Baba ve Anne Adı | : | Abdulkadir - Zeynep |
| Doğum Yeri ve Tarihi | : | Şişli - ███-2007 |
| Cilt-Aile Sıra-Sıra No | : | |
| Nüfusa K.O. İl-/Mahalle-Köy | : | İstanbul-Beşiktaş-Kültür |
| İkamet Adresi | : | |
| | | İstanbul |
| Mesleği ve Aylık Geliri | : | Öğrenci - Belirtilmemiş |
| Telefon(ev-iş-cep-irtibat) | : | - - |
| Eğitim Durumu | : | Ortaokul |
| Medeni Hali - Cinsiyeti | : | Bekar - Erkek |

Alınan İfadesinde:

Yukarıdaki ki bilgiler doğrudur ve bana aittir, verdiğim adreste yaklaşık 10 yıldır ailem ile ikmaet etmekteyim, Hisar Okullarında öğrenim görmekteyim.

Dün yani 01/03/2024 günü saat 21:00 sıralarında ikametimde bulunudğum esnada okuldan arakadşaım olan **T.C.** beni aradı ve takılalım dedi ve dışarı çağırdı, daha sonra gelip beni evimden aldı, **T.C.** beni eve alamay geldiğinde kendisi Porche marka aracı kullanıyordu, araçta ayrıca **K.D.** isimli bir arkadaşımız da vardı.Araçl hareket ettikten sonra **K.D.** ı evine bıraktık ve **T.C.** 'un evine doğru gittik, **T.C.** 'un evinin önünde **D.O.O.** isimli arkadaşımız bekledik, tahminimce 10 dakika sonra **D.O.O.**'in sevk ve idaresinde olan koyu renkli Volvo marka araç geldi, araçta hatıraladığım kadarıyla **D.O.O.** **Z.H.D.** ve **P** vardı.Toplamda 5 kişi olduk ve siteden çıktık, ben **T.C.** ile Porche marka araca bindik, **D.O.O.** **Z.H.D.** ve **P** Volvo marka araç ile peşimizden geldiler, **Y.E.** ve **K.A.** isimli arkadaşlarımız farklı bir siteden aldık **K.A.** ve **Y.E.** 'te Volvo marka araca bindiler, toplamda 7 kişi olduk ve Göktürk içinde arabalar ile turladık ve Kemer Conunryt meydanına gittik.Meydan da oturduğumuz esnada aynı sınıfta olduğum **M.E.Y.** isimli arkadaşımı gördük, M.E.Y.'in yanında ilk defa gördüğüm soyisimlerini bilmeidğim **B. and A.** olarak bildiğim şahısları gördük ve muhabbet etmeye başladık, böylece toplamda 10 kişi olduk.Daha sonra burdan aaraçlar ile yarıldık, Volvo marka aracı **D.O.O.** isimi arkadaşımız sürüyordu, bu Volvo marka araca **D.O.O.**'in yanına **K.A.** **Y.E.** **M.E.Y.** , **P.** ve **Z.H.D.** bindi, Porche marka aracı ise **T.C.** kullanıyordu, T.C.'un yanına ben, **B. and A.** isimli şahıslar vardı, Kemer Country sitesinden çıktık, merkezde bulunan Sell benzinliğe gittik, Volvo marka raaç burdan yakıt aldı, benzim istasyonunda çıktık ve Bahçeköy orman yoluna girdik.Orman yoluna girince **D.O.O.** kendi aracı ile önümüze seyir halindeydi, bir müddet sonra **D.O.O.** bize el hareketi yaparak önüne geçmemizi istedi, bizde buna istinaden **D.O.O.**'i solladık ve önüne geçtik ve ilerledik, kasise denk geldik, **T.C.** kasisi görünce biraz yavaşladı ve kasisi geçince hızlandı, daha sonra **T.C.** yolun sağ tarafında gidiş istikametimizde birşeyler olduğunu gördü ve direksiyonu ani bir şekilde bulunan cisimlere çarpmamak için sola doğru kırdı, araç bir anda kaymaya başladı, aracım sağ tarafı yani beni olduğum taraf atv tarzı araçlara doğru kaymaya başladı.Kayma sonucu **T.C.** 'un kullanmış olduğu ve benim içinde olduğum araç atv tarzı araçlara bir anda çarptı, çarpma olayından sonra aracımız solda bulunan yamaça doğru çıktı.Akabinde araçta bulunan **T.C.** ; ben, **B. and A.** araçtan indik, indikten



EXT-TOK-00070

sonra yolun ortasında yerde iki şahsın yaralı şekilde yattığını gördüm, onların yanına giderek iletişim kurmaya çalıştık, daha sonra kalabalıktan duyduğum kadarıyla yolun diğer yançına uçurum tarafında da bir yaralı olduğunu öğrendim, T.C. o ensada kendi arabasının önüne gitti ve aracın altında bir kişi olduğunuda bize söyledi.Akabinde yolda geçen başka araçlarda durmuş ve yardımcı oluyordu, kalabalık kişiler içinde birileri 112'yi aradığını duydum.Daha sonrasında yolun yamaç kısmında alt tarafta bir yaralının daha olduğunu öğrendik.Çevrede bulunan vatandaşlar yaralının yanına gierek yardım etmeye çalıştı T.C. bu esnada kendi telefonu ile özel şoförünü aradı ve kaza yaptığını söyledi, bir müddet sonra da T.C. annesini aradı ve yine kaza yaptığını söyledi.Olay yerine itfaiye ekibi geldi ve müdahele etmeye başladı.Müdahele esnasında T.C. 'un annesi bir bayan şahıs ile eski model plakasını alamadığım bir aça ile olay yerine geldi, beni, T.C. ve D.O.O.'i gelmiş oldukları araca bindirdiler.Daha sonra kendisi de araca bindi ve olay yerinden uzaklaştı, beni ve D.O.O.'i Kemer Counrty site girişinde indirdiler ve devam ettiler.Site önünde bulunduğumuz ensada yaralılardan birine ait olan cep telefonunun Z.H.D. iismli arkadaşımızda kaldığını gördük.Akabinde ben Kemer Counrty sitesinde oturan K. isimli arkadaşımın yanına gittim.

Bugün de yani 02/03/2024 günü kazaya karışan arkadaşlarımın Polis'ler tarafından alındığını öğrendim ve bende ifade vermek için Büro Amirliğinize geldim.Konuyla ilgili gördüklerim, bildiklerim ve söyleyeceklerim bunlardan ibarettir.DEDİ

Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alındı.02.03.2024 - 21:27

BİLGİYİ ALAN
276231
Polis Memuru

BİLGİYİ YAZAN
377952
Polis Memuru

BİLGİSİ ALINAN
A.K.



ASLI GİBİDİR
26 Mart 2024
Orhan ÜLKER
Z.Katibi - 204356
Tutanağın 2. Sayfasıdır

## BİLGİ ALMA TUTANAĞI

| | | |
|---|---|---|
| Tutanağın Düzenlendiği Yer | : | Eyüpsultan İlçe Emniyet Müdürlüğü Asayiş Büro Amirliği |
| Düzenlendiği Tarih ve Saat | : | 08.03.2024 - 20:41 |
| Olay Adı | : | TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA-SUÇLUYU KAYIRMA |
| Olay/Evrak Yıl-No | : | 2024/223 |

### BİLGİ VERENİN AÇIK KİMLİĞİ

| | | |
|---|---|---|
| T.C. Kimlik No | : | ▮▮▮▮ |
| Adı ve Soyadı | : | Samet KORKMAZ |
| Baba ve Anne Adı | : | Ayhan - Cemile |
| Doğum Yeri ve Tarihi | : | Şişli - ▮▮▮ 1992 |
| Cilt-Aile Sıra-Sıra No | : | |
| Nüfusa K.O. İle/Mahalle-Köy | : | Yozgat-Sarıkaya-Selimli |
| İkamet Adresi | : | ▮▮▮ |
| Mesleği ve Aylık Geliri | : | Öğretmen - Belirtilmemiş |
| Telefon(ev-iş-cep-irtibat) | : | - - ▮▮▮ |
| Eğitim Durumu | : | Yüksek Okul (lisans) |
| Medeni Hali - Cinsiyeti | : | Bekar - Erkek |

#### Alınan İfadesinde:

Yukarıda ki bilgiler doğrudur ve bana aittir, verdiğim adreste ikamet ederim, beyan etmiş olduğum ▮▮▮ ▮▮▮ numaralı hat benim adıma kayıtlı hattır, bu hattı yaklaşık 1 yıldır kullanmaktayım.

Olay günü yani 01/03/2024 günü saat hatırladığım kadarıyla 23:10 sıralarında sevk ve idaremde olan 34 GP 5370 plaka sayılı aracım ile Belgrad ormanı tarafından Göktürk istikametine doğru seyir halindeydim, yolda giderken bahse konu kazaya denk geldim ve aracımı kazayı geçtikten sonra müsait bir yere çektim, aracımdan inip kaza yerine gittiğimde Porsche marka bir aracın sulama kanalına çıktığını gördüm, çevreye biraz daha baktığımda çevrede başka bir binek araç yoktu, ayrıca atv tarzı bir araç da yol üzerinde ve kenarında görmedim. Porshe marka araç civarında tanımadığım 15-17 yaşlarında 3-4 tane çocuk şahıs vardı, yolun sağ tarafında bulunan uçurumda 2 yaralı olduğu orda bulunan çocuklardan öğrendim, ayrıca sulama kanalı civarında ise 3 yaralı şahsın olduğunu gördüm. Yaralılar ile ilgilenmeye başladım, yaralılardan birisi bana "abi birisi telefonumu elimden aldı, bulur musun" dedi. bende şahsa "telefonun kaza anında mı düştü" diye sorduğumda yaralı şahıs bana "hayır aldılar" cevabı verince, ben yola ve etrafa baktım ancak bir telefon göremedim, yaralı şahsa da bunu bildirdim ve sonradan gelen görevli Polis Memurlarına yaralı şahsın telefonunun alındığını bildirdim. Kaza yapan araç başında ki 3-4 tane çocuk kendi aralarında konuşup başkaları ile telefonda görüşüyorlardı. Ancak ne konuştuklarını duymadım, bir ara sadece çocuklar arasında biri "ben yaptım diyeyim" mi şeklinde bir söz söyledi, ancak karanlık olduğu için kimin bu cümleyi kurduğunu bilmiyorum, görmedim. Ben yaralılar ile ilginirken o anda da 112 hattını yukarıda beyan etmiş olduğum numara ile aradım ve ihbarda adresi vererek kaza olduğunu ve yaralı sayısının fazla olduğunu belirterek ambulans talep ettim. Yaralılar şok içindeydi, bildiğim kadarıyla ilk yardım uyguladım ve 112 ekiplerini bekledim. Bir müddet sonra itfaiye ekipleri geldi ve durumu görevlilere izah ettim, itfaiye görevlileri aşağıda uçurumda bulunan kişileri çıkarttı, akabinde Trafik Polisi ve ambulans geldi, onlardan kendi açısında görevlerini yapmaya başladılar. Ambulans yaralıları aldıktan sonra ve trafik Pohsinde geldiği görünce, kalabalık olmasın diye bende olay yerinden aracım ile ikametime gittim. Ben yaralılar ile ilgilendikten sonra etrafa baktığımda kaza yapan araç başında bekleyen çocuk şahısları görmedim, etrafa baktığımda da göremedim, yol tarafına baktığımda ise bir kaç araç daha gelmişti. Ben olaydan geçerken olayı denk geldim ve vatandaşlık görevimi yaparak 112 ihbar hattını arayarak yaralılara yardım ettim. Konuyla ilgili söyleyeceklerim bunlardan ibarettir. DEDİ

Bilgi sahibinin ekleyecek başka bir husus olmadığını beyan etmesi üzerine iş bu tutanak bilgi verene okunup okutturulduktan ve doğruluğu anlaşıldıktan sonra, tarafımızdan düzenlenerek hazır bulunanlar tarafından imza altına alındı.08.03.2024 - 20:41

| BİLGİYİ ALAN | BİLGİYİ YAZAN | BİLGİSİ ALINAN |
|---|---|---|
| 374768 | 377952 | Samet KORKMAZ |
| Polis Memuru | Polis Memuru | |



13/03/2024

EYÜP SULTAN İŞÇE EMNİYET MÜDÜRLÜĞÜ

Asayiş Büro Amirliği

İlgi: İstanbul Cumhuriyet Başsavcılığı'nın 2024/56578 CBS soruşturma Nolu Evrağına istinaden

Konuyla alakalı EYLEM TOK ve       T.C.       isimli şahısların uçuş ve bilet bilgileri aşağıda

verildiği gibidir.Ayrıca yazımız ekinde biletlerin bir kopyası ve biletin satış ofisimizden satın alındığına dair

belgeler eklidir.

2 MART 2024 tarihinde İstanbul – Kahire olmak üzere tek yön  biletler ,yetkili satış acentemiz olan PSSA

TURKEY EASY TRAVEL İstanbul Havalimanı ofisinden nakit ödenerek alınmıştır.

T.C.

EYLEM/ TOK

Bilet no : 077-2444687832

Bilet No: 077- 2444687833

Bilgilerinize sunarum.

OMNIA ABDELAZIZ
GENERAL MANAGER
EGYPTAIR TURKEY

EGYPTAIR 19 Mayıs Cad. Golden Plaza No: 3 Kat 9 Şişli / İstanbul / TR
Reservation   T. 0212 231 11 26 - 27 F 0212 224 03 12
Airport Office T: 0212 465 33 78 F: 0212 465 33 77
Account T: 0212 234 26 78 F: 0212 234 07 54
Email.: istanbul_to@egyptair.com - www.egyptair.com

A STAR ALLIANCE MEMBER

ASLI GİBİDİR
2 0 Mart 2024
Orhan ÜLKER
Z.Katibi - 204356

1

## CD İNCELEME VE ARAŞTIRMA TUTANAĞI

İstanbul Cumhuriyet Başsavcılığı Genel Soruşturma Bürosu 12/03/2024 tarihli Sayı:2024/56578 CBS Soruşturma numaralı, Cumhuriyet Başsavcılığımızda yürütülmekte olan bir soruşturma esas olmak üzere, şüpheliler hakkında yapılan tahkikat evrakına konu olayda;

1.Mısır'a uçak bileti alırken görüntülerin olup olmadığı, biletlerin tek yönlü olup olmadığı,

2.Biletlerin kazadan önce mi sonra mı alındığı,(biletlerin alındığı saat ve tarih bilgisi) biletlerin online yöntemle mi yoksa gişeden mi alındığına dair araştırma yapılması, bunlara dair varsa görüntülerin tespit edilmesiyle hazırlanacak evrakların Cumhuriyet Başsavcılığımıza gönderilmesi hususunda;

12.03.2024 günü saat:22.30 sıralarında Eyüpsultan Asayiş Büro Amirliğine bağlı 79-66 kod nolu ekip olarak İstanbul Havalimanı Şube Müdürlüğünden talep edilen kamera görüntüleri izlenip incelendiğinde;



02.03.2024 günü saat:02.35.33 de şüpheli şahıs Eylem TOK (TC:        ) ve SSC şahıs        T.C.        (TC:        ) şahısların EGYPTPİR HAVAYOLLARI şirketine doğru ilerledikleri

ASLI GİBİDİR
2 0 Mart 2024
Orhan ÜLKER
Z.Katibi - 209356

2



02.03.2024 günü saat:02.40.03 de şüpheli şahıs Eylem TOK (TC: ████████ ve SSC şahıs **T.C.** (TC ███████) şahısların EGYPTPİR HAVAYOLLARI şirketinin önünde bekledikleri



02.03.2024 günü saat:02.43.47 de de şüpheli şahıs Eylem TOK (TC: ███████) ve SSC şahıs **T.C.** (TC ███████) şahısların EGYPTPİR HAVAYOLLARI şirketinin önünden ayrıldıkları görülmüş olup, uçak biletlerinin EGYPTPİR HAVAYOLLARI isimli şirketin veznesinden fiziki olarak alındığının tespit edildiğine dair;

İş bu tutanak tarafımızdan tanzimle imza altına alınmıştır.13.03.2024 saat:03.00

246566
P.M.

ASLI GİBİDİR
2 0 Mart 2024
Orhan ÜLKER
Z.Kâtip 24366

464537
P.M.

**T.C.** , Eylem TOK ve Ayşe Ceren SALTOĞLU isimli şahısların içinde olduğu 34 UE 147 plaka sayılı aracın D-20 Havalimanı istikametine doğru gitmesi sebebi ile Havalimanı girişinden elde edilen PTS görüntüsü eklenmiş; **(FOTOĞRAF 41)**



FOTOĞRAF 41



Devam eden kamera araştırmalarında İstanbul Havalimanından elde edilen görüntüler incelendiğinde;Eylem TOK ve **T.C.** isimli şahısların güncel kamera saatine göre 02/03/2024 günü saat 02:11 sıralarında havaalanı güvenlik noktasından geçiş yaptığı,**(FOTOĞRAF 42)** devamında ise 02:56 sıralarında pasaport kontrol noktasına geldikleri, **(FOTOĞRAF 43)** saat 04:00 sıralarında bilet kontrol ve uçak kapısına doğru yöneldikleri, **(FOTOĞRAF 44)** 04:01 sıralarında ise şahısların uçağa doğru geçişleri olduğu:**(FOTOĞRAF 45)**

FOTOĞRAF 42



FOTOĞRAF 43



ASLI GİBİDİR

20 Mart 2024

Orhan ULKER
2. Katip 204356

17



**FOTOĞRAF 44**



**FOTOĞRAF 45**



İşbu olay araştırma, görüntü izleme ve çözümleme tutanağı tarafımızca tanzimle altı birlikte imza altına alınmıştır. 14.03.2024 saat:21.45

338246
P.M

377953
P.M



18

EXT-TOK-00077





EXT-TOK-00079

## FOTOĞRAF TEŞHİS TUTANAĞI

**TUTANAĞIN YAPILDIĞI YER** : Eyüpsultan Asayiş Büro Amirliği
**TUTANAĞIN TARİH VE SAATİ** : 12/03/2024 saat:20:55

### TEŞHİSE TABİ TUTULAN ŞÜPHELİ

**Eylem TOK (TC: ▮▮▮▮▮▮▮▮ )**



### TEŞHİSİN NEDEN YAPILDIĞINA DAİR ÖZET

01/03/2024 günü idaremiz Mithatpaşa Mahallesi Davutpaşa Caddesi üzerinde Eyüpsultan/İST sayılı adreste meydana gelen **"TAKSİRLE ÖLDÜRME-TAKSİRLE YARALAMA"** olayı ile alakalı olarak tanık sıfatı ile ifadesi alınan **A.K.** isimli şahıs ifadesinde, yaşanan kaza olayından sonra **T.C.** isimli şahsın annesi Eylem isimli şahsın olay yerine eski model sedan tarzı bir araç ve bir bayan şahıs ile gelerek, **T.C.** u, D.O.O.'i ve kendisini alarak olay yerinden araç ile uzaklaştığını beyanına istinaden;

**A.K.** isimli şahsın beyanlarına istinaden SSÇ **T.C.** isimli şahsın annesi olan Eylem isimli şahsın Pol-Net4 sistemi üzerinden elde edilen kimlik bilgisi ve fotoğrafı yukarıda olduğu gibi **A.K.** isimli şahsa gösterildiğinde, **A.K.** isimli şahıs yukarıda fotoğrafı olan şahsın kazada aracı kullanan arkadaşı olan **T.C.** isimli şahsın annesi ve kazadan sonra olay yerine eski sedan tarzı bir araç ile gelerek olay yerinden kendilerini alan Eylem isimli şahıs olduğunu **KESİN ve NET** olarak **TEŞHİS ETMİŞTİR.**

İş bu fotoğraf teşhis tutanağı tarafımızdan okunup okutulup doğruluğu anlaşıldıktan sonra imza altına alınmıştır. 12/03/2024 Saat:21:05

TEŞHİS İŞLEMİNİN SONUCU:
1- **TEŞHİS EDİLDİ**       ( X )
2- **TEŞHİS EDİLMEDİ**       (   )

TEŞHİSİ YAPTIRAN
241625
Polis Memuru

TUTANAĞI YAZAN
377952
Polis Memuru

TEŞHİSİ YAPAN
A.K.

ASLI GİBİDİR
2 0 Mart 2024
Orhan ÜLKER
Z.Katibi 204356

**T.C.**
**İSTANBUL**
**7. SULH CEZA HÂKİMLİĞİ**

DEĞİŞİK İŞ KARAR

**DEĞİŞİK İŞ NO : 2024/1952 D.İş**

**HAKİM**     : Şeyma KAFALI    220131
**KATİP**     : Güldeniz AKGÜN 237581

İstanbul Cumhuriyet Başsavcılığının İstanbul Cumhuriyet Başsavcılığının 06/03/2024 tarih ve 2024/56578 yakalama sayılı yazısı ile Suçluyu Kayırma suçundan şüpheli Eylem TOK hakkında CMK'nun 248/5 ve 100 maddesi uyarınca yakalama emri düzenlenmesini talep edilmiş olmakla,

Soruşturma dosya incelendi.

**GEREĞİ DÜŞÜNÜLDÜ :**

Dosyanın incelenmesinde; şüphelinin üzerine atılı suçu işlediğine dair kuvvetli suç şüphesinin varlığını gösteren somut olguların varlığı ile bir tutuklama nedeninin bulunduğu, şüphelinin kendisine çağrı yapılamadığı, tüm aramalara rağmen kendisine ulaşılamadığı, yapılan tahkikat neticesinde şüphelinin yurt dışına çıkış yaptığının tespit edildiği, şüphelinin oğlu olan ve hakkında 2024/56350 sayılı soruşturma dosyası üzerinden soruşturma yürütülen         T.C.       'un da taksirle ölüme ve yaralanmaya neden olma suçundan arandığı ve onun da yurt dışına şüpheli Eylem Tok tarafından kaçırıldığı hakkında kuvvetli suç şüphesinin varlığını gösteren olguların ve delillerin bulunduğu; hakkında atılı suçtan soruşturma yürütülen Eylem Tok'un yurt dışında olduğu ve kendisine ulaşılamadığı anlaşıldığından ve bu suretle *şüpheli hakkında kırmızı bülten/iade talebi başlatılması düşünüldüğünden,* şüphelinin üzerine atılı suçun 5237 sayılı TCK'da yer alan yaptırım miktarı, suçun üst sınırı ve şüphelinin suçu işlediğine dair dosya içerisinde yer alan kuvvetli suç şüphelini içerir somut delillerin varlığı nazara alınarak, kaçak olan şüpheli hakkında 5271 sayılı CMK'nın 248/5'nci maddesi yollamasıyla 100'üncü maddesi uyarınca tutuklanmasına yönelik yakalama emri düzenlenmesine dair aşağıdaki şekilde karar verilmiştir.

**KARAR :** Yukarıda açıklanan gerekçeye istinaden;

1-Suçluyu Kayırma suçundan şüpheli EYLEM TOK(TCKN ▓▓▓▓▓▓▓) hakkında CMK. 248/5. ve 100. maddeleri uyarınca **TUTUKLAMAYA YÖNELİK YAKALAMA EMRİ DÜZENLENMESİNE,**

2-Şüpheli yakalandığında, yakalama anından itibaren mümkünse 24 saat içerisinde İstanbul Cumhuriyet Başsavcılığı'nda hazır edilmesi, bu süre içinde hazır edilemeyecekse yakalandığı yer Cumhuriyet Başsavcılığı tarafından, **İFADESİNİN ALINMASI, ŞÜPHELİNİN TUTUKLANMAK ÜZERE SORGUYA SEVK EDİLMESİ DEĞERLENDİRİLECEĞİNDEN BAŞTA SORUŞTURMA SAVCISI OLMAK ÜZERE İSTANBUL CUMHURİYET BAŞSAVCILIĞI İLE İRTİBATA GEÇİLMESİNE,**

*Yakalamanın bir an önce infaz edilebilmesi için yakalama emrinin ve yakalama emri üst yazısının İstanbul Cumhuriyet Başsavcılığı Yakalama Bürosu'na gönderilmesine,*

Dosyanın İstanbul Cumhuriyet Başsavcılığı'na **İADESİNE,**

Dair dosya üzerinden yapılan inceleme sonunda itirazı İstanbul 8. Sulh Ceza Hakimliğine kabil olmak üzere karar verildi.06/03/2024

Katip 237581                                                Hakim 220131





T.C.
İSTANBUL
7. SULH CEZA HÂKİMLİĞİ

### YAKALAMA EMRİ

**Yakalama Emrini Veren Mahkeme** : İstanbul 7. Sulh Ceza Hâkimliği
**Değişik İş No**                          : 2024/1952 D.İş
**Cumhuriyet Başsavcılığı**
**Soruşturma Numarası**                    : 2024/56578

<u>**Şüphelinin**</u>
**T.C. Kimlik No**        : ▮▮▮▮▮
**Adı Soyadı**            : EYLEM TOK
**Baba Adı**              : Yaşar
**Anne Adı**              : Samiye
**Doğum Tarihi**          : ▮▮▮/1979
**Doğum Yeri**            : AKÇAABAT
**Nüfusa Kayıtlı Olduğu**
      **İli**          : Trabzon
      **İlçesi**       : Akçaabat
      **Mah/Köy**      : Derecik mah/köy
      **Cilt No**      :
      **Aile Sıra No** : ▮
      **Sıra No**      : ▮
**İkametgah Adresi**
**İşyeri Adresi**        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sanığa İsnat Edilen Fiili** : Suçluyu Kayırma
**Suç Tarihi**           : 01/03/2024
**Fiilin Kanunda Hükme**
**Bağlandığı Maddeler**  : Türk Ceza Kanunu 283/1
**Yakalama Sebebi**      :    Kırmızı bülten- Şüpheli yakalandığında, yakalama anından itibaren mümkünse 24 saat içerisinde İstanbul Cumhuriyet Başsavcılığı'nda hazır edilmesi, bu süre içinde hazır edilemeyecekse yakalandığı yer Cumhuriyet Başsavcılığı tarafından, **İFADESİNİN ALINMASI, ŞÜPHELİNİN TUTUKLANMAK ÜZERE SORGUYA SEVK EDİLMESİ DEĞERLENDİRİLECEĞİNDEN BAŞTA SORUŞTURMA SAVCISI OLMAK ÜZERE İSTANBUL CUMHURİYET BAŞSAVCILIĞI İLE İRTİBATA GEÇİLMESİNE** Yönelik Yakalama yukarıda yazılı sebeplerden dolayı şüphelinin yakalanmasına karar verilmiştir.06.03.2024

Katip 237581                                          Hakim 220131
e-imza                                                e-imza



ASLI GİBİDİR
2 0 Mart 2024
Orhan ÜLKER
Z.Katibi - 204356



*** Bu Evrak DYS Ortamında Elektronik İmza ile İmzalanarak Hazırlanmıştır ***

**T.C.**
**İSTANBUL**
**10. SULH CEZA HÂKİMLİĞİ**

**DEĞİŞİK İŞ KARAR**

**DEĞİŞİK İŞ NO** : 2024/2766 D.İş

| | | |
|---|---|---|
| **HAKİM** | : Selçuk AYLAN | 195765 |
| **KATİP** | : Zafer ÇOBAN | 204688 |

İstanbul Cumhuriyet Başsavcılığı'nın 13/03/2024 tarih ve 2024/56578 yakalama sayılı yazısı ile Suç Delillerini Yok Etme, Gizleme veya Değiştirme suçundan şüpheli (YAŞAR kızı, SAMİYE'den olma, ▪▪▪▪/1979 AKÇAABAT doğumlu, TRABZON, AKÇAABAT, DERECİK mah/köy nüfusuna kayıtlı) **Eylem Tok**'un yurt dışına çıkış yaptığının tespit edildiği, şüphelinin oğlu hakkında 2024/56350 sayılı soruşturma dosyası üzerinden soruşturma yürütülen **T.C.** ¨ un da taksirle ölüme ve yaralanmaya neden olma suçundan arandığı, onun da yurt dışına şüpheli Eylem Tok tarafından kaçırıldığı hakkında kuvvetli suç şüphesinin varlığını gösteren olguların ve delillerin bulunduğu, Eylem Tok'un yurt dışında olduğu, kendisine ulaşılamadığı, bu suretle şüpheli hakkında kırmızı bülten/iade talebi başlatılması düşünüldüğünden şüpheli hakkında 5271 sayılı CMK'nın 248/5. Maddesi uyarınca tutuklanmasına yönelik yakalama emri düzenlenmesine,

Soruşturma evrakı incelendi.

**GEREĞİ DÜŞÜNÜLDÜ:**

1-Suç Delillerini Yok Etme, Gizleme veya Değiştirme suçundan şüpheli **Eylem Tok**'un yurt dışında olduğu, kendisine ulaşılamadığı, bu suretle şüpheli hakkında kırmızı bülten/iade talebi başlatılması düşünüldüğünden şüpheli hakkında 5271 sayılı CMK'nın 248/5. Maddesi uyarınca **yakalama emri düzenlenmesine,**

2-Şüpheli hakkında yeteri kadar **yakalama emri müzekkeresi çıkarılmasına,**

3-Şüphelinin yakalandığında, yakınına veya belirleyeceği bir kişiye gecikmeksizin yakalandığı yer Cumhuriyet Savcılığı kanalı ile haber **verilmesine,**

4-Şüpheli yakalandığında ilgili kolluk kuvvetlerince **ifadesinin alınması, ifadesi alındıktan sonra da serbest bırakılmayarak tutuklamaya sevk edilip edilmeyeceği** hususu **değerlendirileceğinden dolayı İstanbul Cumhuriyet Başsavcılıyla irtibat kurulmasına,**

5-Soruşturma dosyasının İstanbul Cumhuriyet Başsavcılığına **iadesine,**

Dair, dosya üzerinde yapılan inceleme sonucunda, ilgilileri bakımından kararın öğrenilmesi tarihinden itibaren 7 gün içerisinde Hakimliğimize ya da Hakimliğimize ulaştırılmak üzere bulundukları yer Sulh Ceza Hakimliğine'ne verilecek bir dilekçe ile veya tutanağa geçirilmek koşulu ile zabıt kâtibine beyanda bulunmak suretiyle İstanbul 1. Sulh Ceza Hakimliği'nde itiraz kanun yolu açık olmak üzere karar verildi.

| | |
|---|---|
| **Katip 204688** | **Hakim 195765** |
| **E-imzalıdır** | **E-imzalıdır** |





UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden  NVgB2iw - NExsarv - Xru1m5m - RkETj4= ile erişebilirsiniz

**T.C.**
**İSTANBUL**
**10. SULH CEZA HÂKİMLİĞİ**

### TUTUKLAMAYA YÖNELİK YAKALAMA EMRİ

**Yakalama Emrini Veren Mahkeme** : İstanbul 10. Sulh Ceza Hâkimliği
**Değişik İş No** : 2024/2766 D.İş
**Cumhuriyet Başsavcılığı**
**Soruşturma Numarası** : 2024/56578

**Şüphelinin**
**T.C. Kimlik No** : █████████
**Adı Soyadı** : EYLEM TOK
**Baba Adı** : Yaşar
**Anne Adı** : Samiye
**Doğum Tarihi** : ████1979
**Doğum Yeri** : AKÇAABAT
**Nüfusa Kayıtlı Olduğu**
    **İli** : Trabzon
    **İlçesi** : Akçaabat
    **Mah/Köy** : Derecik mah/köy
    **Cilt No**
    **Aile Sıra No**
    **Sıra No**
**İkametgah Adresi**
**İşyeri Adresi**

**Telefonu** :
**Sanığa İsnat Edilen Fiili** : Suç Delillerini Yok Etme, Gizleme veya Değiştirme
**Suç Tarihi** : 01/03/2024
**Suç Yeri** : :..........
**Fiilin Kanunda Hükme**
**Bağlandığı Maddeler** : Türk Ceza Kanunu 281/1
**Yakalama Sebebi** : Bulunduğu yer bilinmeyen ve yurt dışındaki kaçaklar için yakalama (CMK 248/5)
**Yakalandığında Nereye**
**Gönderileceği** : Şüpheli yakalandığında ilgili kolluk kuvvetlerince **ifadesinin alınması, ifadesi alındıktan sonra da serbest bırakılmayarak tutuklamaya sevk edilip edilmeyeceği hususu değerlendirileceğinden dolayı İstanbul Cumhuriyet Başsavcılığıyla irtibat kurulmasına,**

    Tutuklamaya Yönelik Yakalama yukarıda yazılı sebeplerden dolayı şüphelinin yakalanmasına karar verilmiştir. 13.03.2024

       **Katip 204688**
       **E-imzalıdır**

                      **Hakim 195765**
                      **E-imzalıdır**



ASLI GİBİDİR
20 Mart 2024
Orhan ÜLKER
Z.Katibi 204356



UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden  1HwdUAD - 5157tTV - nN/SgEe - d4Xpus= ile erişebilirsiniz

| NÜFUS KAYIT ÖRNEĞİ | | | | İLİ Trabzon | | İLÇESİ Akçaabat | | | MAHALLESİ/KÖYÜ DERECİK | | CİLT NO ▆ | HANE NO ▆ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SIRA | BSN | C | YAKINLIK | T.C. NO | ADI | SOYADI | BABA ADI | ANA ADI | DOĞUM YERİ VE TARİHİ | MED.HALİ VE DİNİ | TESCİL TARİHİ | OLAYLAR VE TARİHLER |
| ▆ | ▆ | K | Kendisi | ▆ | EYLEM | TOK | YAŞAR | SAMİYE | AKÇAABAT ▆1979 | Boşanmış Bilinmeyen | | Ölüm: SAĞ Evlenme: 29/06/2002 Boşanma: 12/04/2011 |

### KİŞİLERİN OLAYLARI

| BSN | ADI | DÜŞÜNCELER |
|---|---|---|
| ▆ | EYLEM | Doğum |
| | EYLEM | Diger 22/11/1999: MUDANYA ASLİYE HUKUK MAHKEMESİ 1999/185 ESAS NO, 1999/316 KARAR NO, 22.11.1999 KESİNLEŞME TARİHLİ KARARINA GÖRE, TRABZON - AKÇAABAT İLÇESİ TARAFINDAN 1999/99 NO İLE TESCİL EDİLMİŞTİR. AD BİLGİSİ DERYA İKEN EYLEM OLARAK DÜZELTİLMİŞTİR. |
| | EYLEM | Evlenme 29/06/2002: TRABZON - AKÇAABAT İLÇESİ TARAFINDAN 2002/1303 NO İLE TESCİL EDİLMİŞTİR. KARS - KARS MERKEZ İLÇESİ BOĞAZ KÖYÜ , ▆ CİLT, ▆ AİLE SIRA NUMARASI, ▆ BİREY SIRA NUMARASINA GİTMİŞTİR. |
| | EYLEM | Bosanma 12/04/2011: MUDANYA 2 NO'LU ASLİYE HUKUK MAHKEMESİ 2011/132 ESAS NO, 2011/139 KARAR NO, 12.04.2011 KESİNLEŞME TARİHLİ KARARINA GÖRE, BURSA - MUDANYA İLÇESİ TARAFINDAN 2011/121 NO İLE TESCİL EDİLMİŞTİR. KARS - KARS MERKEZ İLÇESİ BOĞAZ KÖYÜ , ▆ CİLT, ▆ AİLE SIRA NUMARASI, ▆ BİREY SIRA NUMARASINDAN GELMİŞTİR. |
| | EYLEM | Diger 12/02/2014: GENEL MÜDÜRLÜK TARAFINDAN 2014/401 NO İLE TESCİL EDİLMİŞTİR. TRABZON - AKÇAABAT İLÇESİ DERECİK-DERECİK MAHALLESİ , ▆ CİLT, ▆ AİLE SIRA NUMARASI, ▆ BİREY SIRA NUMARASINDAN GELMİŞTİR. |
| | EYLEM | Velayet 25/04/2011: MUDANYA 2 NO'LU ASLİYE HUKUK MAHKEMESİ 2011/132 ESAS NO, 2011/139 KARAR NO, 12.04.2011 KESİNLEŞME TARİHLİ KARARINA GÖRE, BURSA - MUDANYA İLÇESİ TARAFINDAN 2011/113 NO İLE TESCİL EDİLMİŞTİR. ▆ T.C. KİMLİK NUMARALI ▆ T.C. ▆ ADLI ÇOCUĞUN VELAYETİ ANNESİNE VERİLMİŞTİR. |

İLGİLİ KİŞİNİN YERLEŞİM YERİ

İSTANBUL

AÇIKLAMALAR:
1. KİŞİ VEYA KİŞİLERİN KAYDI KÜTÜĞE UYGUNDUR.
2. İŞBU NÜFUS KAYIT ÖRNEĞİ ANKARA İadesi Bürosu'NE İBRAZ EDİLMEK ÜZERE DÜZENLENMİŞ OI BAŞKA AMAÇLA KULLANILAMAZ.
3.

BU RAPOR 07/03/2024  12:13 TARİHİNDE ELEKRONİK ORTAMDA MERNİSTEN ALINMIŞTIR.

DÜZENLEYEN
SUCIADEMMR - 222400