# Exhibit C



EXT-TOK-00086

## REPUBLIC OF TÜRKİYE

## İSTANBUL CHIEF PUBLIC PROSECUTOR'S OFFICE

19/03/2024

## TO THE COMPETENT JUDICIAL AUTHORITY OF THE UNITED STATES OF AMERICA

### THE SUSPECT WHOSE EXTRADITION IS SOUGHT:

| | |
|---|---|
| **Name and Surname** | : Eylem Tok |
| **Republic of Türkiye ID No.** | : |
| **Mother's and Father's Name** | : Samiye / Yaşar |
| **Date and Place of Birth** | : .1979 / Akçaabat |
| **Nationality** | : Citizen of the Republic of Türkiye |
| **Gender** | : Female |
| **Last Known Address** | : New York / United States of America |

### INFORMATION ON THE CHARGED OFFENSES:

| | |
|---|---|
| **Offenses** | : 1- Protecting an Offender |
| | 2- Destroying, Concealing or Altering Evidence |
| **Date of Offense** | : 01/03/2024 |
| **Place Where the Offense Was Committed** | : İstanbul |
| **Applicable Code Articles** | : Articles 281/1-3, 283/1 and 53 of the Turkish Criminal Code No. 5237 |

### Destroying, concealing or altering evidence

*Article 281 - (1) Any person who destroys, erases, alters, conceals, or damages evidence of an offence in order to prevent the emergence of the truth shall be sentenced to a penalty of imprisonment for a term of six months to five years. No penalty shall be imposed where a person conducts such an act in relation to an offence he has committed or participated in.*

*(2) Where this offence is committed by a public officer in the course of his duty, the penalty to be imposed shall be increased by one-half.*

*(3) Where a person submits evidence of an offence, which had been concealed by him, before judgment is passed regarding such offence, the penalty to be imposed according to this Article shall be reduced by four-fifths.*

### Protecting an offender

*Article 283 - (1) Any person who provides an offender with the opportunity to avoid a search, his detention or arrest, or the enforcement of a judgment against him shall be subject to a penalty of imprisonment for a term of six months to five years.*

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)          EXT-TOK-00087

### Deprivation of exercising certain rights

**Article 53** - *(1) Where a person is sentenced to a penalty of imprisonment for an intentional offence, the legal consequence of such shall be his prohibition from:*

*a) becoming a member of the Grand National Assembly of Türkiye or undertaking employment as, or in the service of, an appointed or elected public officer (permanently, temporarily or for a fixed period of time) within the administration of the State, a province, municipality or village, or institution or entity under their control or supervision;*

*b) eligibility to vote and being elected;*

*c) acting as a guardian or being appointed in the role of guardianship and trustee;*

*d) being the administrator or inspector of a legal entity namely, foundation, association, labor union, company, cooperative or political party;*

*e) conducting any profession or trade, which is subject to the permission of a professional organization (which is in the nature of a public institution or organization) under his own responsibility as a professional or a tradesman.*

*(2) A person shall not exercise these rights until the completion of the term of his penalty of imprisonment.*

*(3) The provisions in the above paragraph shall not be applicable to an offender whose sentence of imprisonment has been suspended, or who has been conditionally released, in respect of acting as a guardian or being appointed in the role of guardianship and trustee. Deprivation of right mentioned in subparagraph (e) of paragraph one may not be applied on the offender whose sentence has been suspended or executed by use of the probation period or who is released on probation.*

*(4) The provision of paragraph one shall not be applicable to persons whose short-term sentence of imprisonment has been suspended or to persons who were under the age of eighteen at the time when they committed the offence.*

*(5) Where a sentence of imprisonment has been imposed for an offence related to the abuse of one of the rights or authority defined in paragraph one, the offender shall be prohibited from exercising such right for a period of one-half to two times the length of imprisonment imposed, such to come into effect after the prison term is served. Where only a judicial fine has been imposed for an offence related to the abuse of one of these rights or authority the exercise of this right shall be prohibited for a period of one-half to double the number of days stated in the judgment. The relevant time relating to the start of the prohibition (once the judgment is finalized) is that when the judicial fine has been completely executed.*

*(6) Where an offender is convicted of a reckless offence on the grounds of failing to discharge a duty of care and attention while performing a certain profession or trade, or while observing the necessities of traffic safety, it may be determined that the offender shall be prohibited from performing such profession, or trade, or that his driver's license be suspended for a period of not less than three months and not more than three years. The prohibition or the suspension shall be enforced once the judgment is finalized, and such period starts once any sentence is completely served.*

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)


EXP-TOK-00088

## FACTS RELATED TO THE COMMISSION OF THE OFFENSE:

Persons:

1-    T.C.    : He is the offender of the accident that caused the death of 1 person and the injury of 4 persons on 01.03.2024, and an investigation is being conducted against him for the offense of Causing the Death or Injury of Another by Reckless Conduct.

2- Eylem Tok: She is the mother of    T.C.    .

3- Bülent Cihantimur: He is the father of    T.C.    and ex-husband of Eylem Tok.

4    O.M.A.    : He died in the traffic accident.

5-    S.K.    : He is one of the victims injured in the traffic accident.

6-    I.G.    : He is one of the victims injured in the traffic accident.

7-    H.T.    : He is one of the victims injured in the traffic accident.

8-    T.A.    : He is one of the victims injured in the traffic accident.

9- Adem Kızıltepe: He is the private driver of    T.C.    .

10- Ayşe Ceren Saltoğlu: She is an employee of Bülent Cihantimur,    T.C.    's father. She was with    T.C.    's mother Eylem Tok at the time of the incident.

11-    A.K.    : He was a passenger in    T.C.    's vehicle at the time of the incident.

12-    D.O.O.    : He is a friend of    T.C.    . On the day of the incident, he was the driver of the vehicle with the license plate number 34 BOD 377 which was following the vehicle driven by    T.C.

13-    Z.H.D.    He is a friend of    T.C.    . He was a passenger in    D.O.O.    's vehicle at the time of the incident.

14    K.A.    He is a friend of    T.C.    . He was a passenger in    D.O.O.    vehicle at the time of the incident.

15- Berna Öcalgiray: She is the mother of    D.O.O.    .

16- Selim Abra: He is the uncle of    D.O.O.    .

17- İbrahim Boz: He is the private driver of    D.O.O.    .

18- Samet Korkmaz: He is one of the persons who called the ambulance after the accident and one of the passers-by at that time.


On March 1, 2024, at around 11.20 p.m., while    T.C.    , the son of Eylem Tok, was driving a Porsche Taycan 4S model car with the license plate number 34 EGG 06, he entered a curve at excessive speed. At that moment, he hit the persons named    O.M.A.    ,    S.K.    ,    I.G.    ,    H.T.    and    T.A.    who stopped on the side of the road since their vehicles were broken down, and a traffic accident occurred. The accident was

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)        EXT-TOK-00089

reported to the ambulance and the police by citizens who were passing by.   O.M.A. died and 4 other persons were injured due to the accident.

An investigation was initiated by our Chief Public Prosecutor's Office against T.C. T.C.   , who was determined to be primary negligent in the aforementioned traffic accident, for the offense of "causing the death or injury of another by reckless conduct".   T.C.   's extradition was requested from your country and expert reports, forensic examination reports, law enforcement reports and witness statements regarding the accident caused by the said person were explained in the extradition documents in question.

Pursuant to Article 17 of the Juvenile Protection Law No. 5395, in case of juveniles who have committed crime together with adults, investigation and prosecution shall be carried out separately. Therefore, the investigation against       T.C.       and the investigation against Eylem Tok are being conducted through different files and by different public prosecutors.

The suspect Eylem Tok had no role in the occurrence of the traffic accident. However, Eylem Tok, who was informed immediately after the accident, enabled       T.C.       to flee first to Egypt and then to the United States of America in order to prevent a judicial process from being carried out against him. Thus, it is considered that she committed the offense of "Protecting an Offender". There is also substantial evidence that Eylem Tok took and concealed a cell phone belonging to one of the victims who was injured in the accident. Due to this action, an investigation is being conducted for the offense of "Destroying, Concealing or Altering Evidence".

Immediately after the accident,       T.C.       called his driver Adem Kızıltepe and his mother Eylem Tok. Eylem Tok first went to the scene of the accident with her employee Ayşe Ceren Saltoğlu and took       T.C.       ,       D.O.O.       and       A.K.       to their homes. The aforementioned persons left the scene without reporting the accident to law enforcement units or paramedics. The person named Samet Korkmaz stated that he saw the accident while driving with his vehicle with license plate number 34 GP 5370, then applied first aid to the injured, called 112 emergency teams, reported the accident and waited for 112 emergency teams to arrive.

After Eylem Tok learned about the accident, she also called her ex-husband Bülent Cihantimur and told him to come home. Bülent Cihantimur, in turn, immediately went to the residence of Eylem Tok and       T.C.       .

Adem Kızıltepe, Ayşe Ceren Saltoğlu and       D.O.O.       confirmed in their statements that T.C. called Eylem immediately after the accident and that Eylem came to the scene and took T.C. and his friends to their homes.

Afterwards, according to Adem Kızıltepe's statements, Eylem Tok took Adem Kızıltepe and went back to the scene of the accident. However, when she saw the police at the scene, she immediately returned to her residence.

    D.O.O.       , who was driving the car behind       T.C.       's car at the time of the accident, and the children       Z.H.D.       and       K.A.       , who were passengers in his car, came to the place where they lived (residential complex) after the accident. Eylem Tok also

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00090

came to this residential complex after she went to the scene of the accident and returned when she saw the police there.

In addition, there is also substantial evidence that Eylem Tok took and concealed a cell phone belonging to one of the victims who was injured in the accident. Victims **T.A.** and **I.G.** claimed that their cell phones were taken from the scene. **D.O.O.**, **Z.H.D.** and **K.A.** stated that one of the victims gave his phone to **Z.H.D.** to look at the wound on his head using the flashlight. **Z.H.D.** confirmed this and stated that he took the phone and helped the victim, absentmindedly put the phone in his pocket, realized that he had the phone with him when he returned to the place where they lived, gave the phone to **K.A.** who was going to return to the scene to return the phone to the victim, and **K.A.** gave the phone to the security guards at the place where they lived (in the residential complex).

Adem Kızıltepe, **Z.H.D.**, Berna Öcalgiray, Ayşe Ceren Saltaoğlu stated that Eylem Tok took the phone from the security guards. **D.O.O.** and Adem Kızıltepe stated that Eylem Tok took the phone from the security guards saying that she "knew the owner and would give it to him". With this untrue information, Eylem Tok took an item that could be evidence and left. Berna Öcalgiray, her brother Selim Abra, her son **D.O.O.**'s driver İbrahim Boz also stated in their statements that when Berna Öcalgiray gave her name and number to the security guards, Eylem Tok reacted to her by saying "Why are you giving your name and number, I wish you hadn't". The phone belonging to **I.G.** was handed over to law enforcement officers by Adem Kızıltepe, **T.C.**'s driver, following the incident, after Eylem Tok and **T.C.** fled abroad.

Following that, as is understood from the statements of Ayşe Ceren Saltoğlu, Eylem Tok set out for the airport from their home by also taking **T.C.**. The father Bülent Cihantimur also came to the residence of Eylem Tok. According to the statements of Bülent Cihantimur, Ayşe Ceren Saltoğlu and Adem Kızıltepe, it is understood that Bülent Cihantimur, Eylem Tok and **T.C.** left together. At the outset, Bülent Cihantimur and **T.C.** were in the vehicle driven by Bülent Cihantimur and Eylem Tok was in the vehicle driven by Ayşe Ceren Saltoğlu, and these people set out in this manner in two vehicles. After a short while, Bülent Cihantimur could not continue driving as the battery of his electric car was low. Bülent Cihantimur waited for the driver Adem Kızıltepe near his vehicle and **T.C.** was transferred to the vehicle driven by Ayşe Ceren Saltoğlu. From this phase onwards, Bülent Cihantimur did not accompany Eylem Tok and **T.C.**. In his statement, Bülent Cihantimur stated that they did not have a plan to go to the airport; that they agreed to take **T.C.** to the hospital in order to get him checked due to the accident and then to return back home; that they talked about this when they were leaving the house; that he did not have information about the idea of Eylem Tok to go abroad, and that he did not assist her. Bülent Cihantimur stated that he did not have information about the plan of Eylem Tok and **T.C.** to escape abroad and that he did not participate in the act to escape abroad nor assisted in doing so. Eylem Tok and **T.C.** went to the airport with the vehicle driven by Ayşe Ceren Saltoğlu. There is security camera footage of the site, camera footage of the airport, and the statements of Bülent Cihantimur, **D.O.O.**, **A.K.**, Berna Öcalgiray, Adem Kızıltepe and Ayşe Ceren Saltoğlu that three of them went to the airport together.

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00091

According to the camera footage of the airport, Eylem Tok and T.C. arrived at the ticket sales office belonging to the company named "Egyptair" which is located in the airport at about 02.35 at the night of March 2nd (approximately 3 hours after the accident). There, she bought tickets for herself and her son and left the ticket sales office and went to the "check-in" area at about 02.52. They completed the check-in procedures at about 02.55 and left this area. Eylem Tok bought the plane tickets for herself and her son T.C. . The plane tickets bought to Cairo were one-way.

Eylem Tok took the perpetrator T.C. to Cairo city of Egypt about three hours after the incident via airways in order to prevent the conduct of investigation and prosecution against him. Later, Eylem Tok and T.C. went to the United States of America. Based on the photos found on the social media, they were last seen in New York City.

Eylem Tok behaved in a manner to prevent the conduct of investigation and prosecution against T.C. and to let the perpetrator T.C. escape rapidly as of the moment when the perpetrator T.C. called her after the accident. It is proven, based on the statements of the witness D.O.O. , witness A.K. suspect Ayşe Ceren Saltoğlu, suspect Adem Kızıltepe, that she did not provide assistance to the injured people even though she went to the crime scene and only took the perpetrator and his friends and left the crime scene. In addition, it is found that she let the perpetrator who caused the death of one person and injury of four persons escape the law enforcement by causing an accident escape the law enforcement units and that she took him abroad. Moreover, it is proven, with the statements of the witnesses, that she took the cell phone of the victim I.G. with the consideration that there might be evidence in relation to the accident in the phone and in order to hide the evidence. In fact, after this person left the country, the cell phone was given to the law enforcement units via Adem Kızıltepe a few days after the incident when this situation was revealed with the statements of the witnesses.

## EVIDENCE AGAINST THE SUSPECT:

1- Suspect statement record of Adem Kızıltepe **(ANNEX: 1)**

2- Suspect statement record of Ayşe Ceren Saltoğlu **(ANNEX: 2)**

3- Suspect statement of Bülent Cihantimur **(ANNEX: 3)**

4- Statement record of the witness D.O.O. **(ANNEX: 4)**

5- Statement record of the witness Z.H.D. **(ANNEX: 5)**

6- Statement record of the witness K.A. **(ANNEX: 6)**

7- Statement record of Berna Öcalgiray **(ANNEX: 7)**

8- Statement record of Selim Abra **(ANNEX: 8)**

9- Statement record of İbrahim Boz **(ANNEX: 9)**

10- Statement record of A.K. **(ANNEX: 10)**

11- Statement record of Samet Korkmaz **(ANNEX: 11)**

12- Information and documents submitted by the sales office, the ticket information, and the camera footage of the airport demonstrating that Eylem Tok and T.C. arrived at the ticket sales office belonging to the company named "Egyptair" which is located in the airport at about 02.35 at the night of March 2nd (approximately 3 hours after the accident) and

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)



EXT-TOK-00092

bought one-way tickets and got onto the plane and first went to Cairo city of Egypt. **(ANNEX: 12)**

13- Photos of persons in the news saying that Eylem Tok and   **T.C.**   were last seen together in New York City of the United States of America and that they were there. **(ANNEX: 13)**

14- Photo Identification Record **(ANNEX: 14)**

## ACTIONS CARRIED OUT DURING THE PROCESS OF INVESTIGATION:

1- The arrest warrant Miscellaneous Work Numbered 2024/1952 was issued on 06/03/2024 by the 7th Criminal Judgeship of Peace of İstanbul against the suspect Eylem Tok for the offence of Protecting an Offender so that she could be detained. **(ANNEX: 15)**

2- The arrest warrant Miscellaneous Work Numbered 2024/2766 was issued on 13/03/2024 by the 10th Criminal Judgeship of Peace of İstanbul against the suspect Eylem Tok for the offence of "Destroying, Concealing or Altering Evidence" so that she could be detained. **(ANNEX: 16)**

## STATUTE OF LIMITATIONS:

Pursuant to Paragraph 5 of Article 66 of the Criminal Code of Türkiye No. 5237, the limitation period of the criminal proceedings for both of the offences imputed to the suspect is 8 years.

Considering the date of offence and existing reasons that sever the limitation period, it is understood that the case against the suspect will expire on 01/03/2036.

*Statute of limitations pertaining to criminal proceedings*

*Article 66*

*(1) Unless otherwise provided by the law, a public case shall be discontinued upon the lapse of:*

*a) thirty years for offences requiring a penalty of aggravated life imprisonment;*

*b) twenty-five years for offences requiring a penalty of life imprisonment;*

*c) twenty years for offences requiring a penalty of imprisonment for a term of not less than twenty years;*

*d) fifteen years for offences requiring a penalty of imprisonment for a term of more than five years and less than twenty years;*

*e) eight years for offences requiring a penalty of imprisonment for a term of not more than five years or a judicial fine.*

*(2) Public case shall be discontinued against those who were between the ages of twelve and fifteen at the time when the offence was committed if half of the above periods are exceeded; and it shall be discontinued against those who were between the ages of fifteen and eighteen at the time when the offence was committed if two-thirds of these periods are exceeded.*

*(3) In determining the limitation periods, qualified version of the offence requiring a higher penalty shall be taken into account on the basis of available evidence in the file.*

*(4) In determining the periods specified in the above paragraphs, the maximum limit of the penalty available for a particular offence, as stated in the law, shall be taken into account. In*

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)          EXL TOK-00093

offences where there is an alternative penalty, the penalty of imprisonment is taken as the basis with regard to the statute of limitations.

(5) In the case of a retrial for the same act, the limitation period for that particular act starts again from the date on which the court accepts the application for the retrial.

(6) For complete offences, the limitation period shall begin on the day when the offence was committed; for attempted offences, on the day when the last act was conducted; for continuous offences, on the day when the continuing act ended; for successive offences, on the commission date of the last offence and for offences committed against children by their direct-ascendants or persons who have influence upon them, the limitation period shall begin on the day when the child turns eighteen years of age.

(7) There shall be no statute of limitations for offences regulated under Chapter IV, Volume II of this Code, which are committed abroad and require penalties of aggravated life imprisonment, life imprisonment or imprisonment for a term of more than ten years.

## THE CONVENTION WHICH IS THE BASIS OF JUDICIAL ASSISTANCE:

Treaty on Extradition and Mutual Assistance in Criminal Matters Between the Republic of Türkiye and the United States of America

### GUARANTEES:

The offence which is imputed to the suspect is not of a political or military nature.

The suspect has all the legal rights of defense provided for in the international conventions to which the Republic of Türkiye is a party and in our domestic law.

Türkiye is a party to the European Convention on Human Rights. In addition, Türkiye accepted that individual applications could be made against it pursuant to Article 34 of the said Convention. Within this scope, the suspect has the right to file an application before the European Court of Human Rights against the final decisions to be rendered against her.

If it is found after the realization of the extradition process that there was another offence falling under the jurisdiction of Turkish Criminal Judiciary and committed before the date of extradition, consent of the competent authorities of your country will be requested in accordance with the "Rule of Specialty (privateness)" in order for the suspect to be prosecuted for this offence.

If consent is not given by your competent authorities, the suspect will not be prosecuted for offences except for the offence that is the subject of extradition.

### CONCLUSION:

An investigation is being conducted by our Chief Public Prosecutors Office against the suspect Eylem Tok for the offences of "Protecting an Offender" and "Destroying, Concealing or Altering Evidence" which are claimed to be committed by her.

I kindly request that the suspect, who is stated to be in your country, be extradited to Türkiye so that the investigation against her could be completed.

If you need additional information or documents for the extradition decision, please give us an appropriate time to deliver them to you considering the time required for translation.

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)      EXT-TOK-00094

I avail myself of this opportunity to express my deepest regards and thank you in advance for your cooperation.

Serra ÇAKAR SALMANİ 171286

Public Prosecutor

*seal and signature*

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

---

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00095

ANNEX – 1

## REPUBLIC OF TÜRKİYE

### İSTANBUL

### CHIEF PUBLIC PROSECUTOR'S OFFICE

**Investigation No:** 2024/56578 Investigation

### INTERROGATION RECORD

#### (For the Suspect)

**AFFIANT'S**            :

| | |
|---|---|
| **Republic of Türkiye ID Number** | : ▮ |
| **Name and Surname** | : ADEM KIZILTEPE |
| **Father's and Mother's Name** | : MEHMET – HATİCE |
| **Place and Date of Birth** | : TOMARZA – ▮/1987 |
| **Registered to** | : TOMARZA – KAYSERİ |
| **Domicile and Residential Address** | : N▮ |
| **Number (Home, Work, Mobile, Contact)** | : ▮ |
| **Occupation, Economic Condition** | : Driver |
| **Marital Status, Number of Children** | : Married |
| **Where his statement was taken** | : General Investigation Bureau of İstanbul Chief Public Prosecutor's Office |

     The charged offense and the following were explained to the affiant. He had the right to choose his defense counsel and could benefit from his/her legal aid. His defense counsel could be present while his statement was being taken. If he did not have a chance to choose a defense counsel and wished to benefit from his/her legal aid, the bar would assign one. The relatives, he wanted, would be informed of the fact that he was apprehended. Remaining silent about the charged offense was his legal right. He could request for gathering concrete evidence so that he could be freed of suspicion.

     **ASKED**                    : I understood the incident, you explained to me. I am the private driver of T.C. . While working as his private driver, I drive a Volvo XC90, plate

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)            EXT-TOK-00096

numbered 34 FPA 695. In our daily routine, I pick T.C. up at 07:30 and drop him at the school and inform the family of that. Then if there is something to do about the house, Mrs. Eylem will text me. I do not know, to whom the house at Kütük Evler (Wooden houses) is registered. I have been working with T.C. for three and a half years. They resided at the same place in this period of time. T.C. is a sincere and sympathetic individual. I do not generally talk with his mother and father but T.C. is talkative. He likes to help people and take care of his surroundings. He generally goes to cafes and wanders with his peers. I did not witness that he involved in a fight, brawl or race or that he used narcotics. Around 17:00 on the day of the incident, he told me that there was nothing to do, that he was not going out and that I could leave. Mrs. Eylem said "You could leave, Adem.". By Mercedes, plate numbered 34 BT 117, I left the house at Kütük evler and went to my residence in Esenler. Around 23:30, T.C. called from his personal number. He said "Abi, I had an accident. I am so bad. My mother is going to kill me. Come.". I asked him whether he called the police or the ambulance. At that moment, he asked the ones around him whether they called the ambulance or the police. He said "Abi, come immediately." and told me that he was at the forest road. He sent me his location from a different number. I departed and informed his mother. I explained the situation to Mrs. Eylem as far as I knew and sent the location, T.C. had sent me. When I was on the road, T.C. recalled me from another number. I told him that I was on the road. When I got closer to the place of the incident, I saw a fire truck and four vehicles. I did not see anyone, I knew, at the place of the incident. At that exact moment, Eylem called me and told me to come to the palace, where the security of Kemer County was. The distance between Kemer County and the place of the incident was around two minutes. The distance between Kütük Evler and Kemer County was under five minutes by a vehicle. There is a living space in Kemer County. I went to Kemer County. When I arrived, there were four-five security officers, a friend of T.C., called D.O.O., four-five children, of similar age with T.C. and the father of D.O.O. Then, a woman arrived by a Range Rover. Mrs. Eylem was also standing there. The security gave Eylem a phone. However, I do not know why the security gave the phone to Eylem rather than the father of D.O.O. I do not know whether Eylem talked with the security or not. However, the security gave the phone to Eylem. The security said to her that this may have been of someone she acquainted, and she had to sign after the delivery. Eylem went to the security cabin to sign. However, I do not know whether she signed or not. Then the security left. Mrs. Eylem arrived there by Volvo XC90, plate numbered 34 FPA 695, that I usually drive to transport T.C. to school. I sat on the driver's seat of the Volvo, by which Eylem arrived. Mrs. Eylem sat on the back seat. I left the Mercedes inside Kemer County. At that moment, Mrs. Eylem had the phone. I and Mrs. Eylem went to the place of the incident. I do not know whether Mrs. Eylem went to the place of the incident before. At that moment, she was talking on the phone excitedly. Just before arriving at the place of the incident, the police officers warned us to slow down. We returned to the house at Kütük Evler. We idled around Kemer County security for three to four minutes at most. I did not see T.C., Ayşe Ceren, Mr. Bülent until we arrived the house at Kütük Evler. When we arrived the house at Kütük Evler, Ayşe Ceren was in the yard of the house. Mrs. Eylem ran to the house as soon as she got off. Bülent Hoca arrived one or two minutes later. Ceren went out. They did not let me and Ayşe Ceren enter the house. Ceren panickingly said "Allah help us!". I did not see Ceren talking with someone on the phone. While I was drinking water, which I took from the luggage of the Volvo outside of the house, I saw T.C. leaving from the external door with his backpack and getting in the vehicle of his father,

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)


EXT-TOK-00097

branded Togg. On the other hand, Mrs. Eylem got in the vehicle of Ayşe Ceren. They told me to leave. I set off to go to my residence by Mercedes, I drove. While heading towards my residence, Mr. Bülent called me before passing Hasdal road. He said "Didn't you check the battery of the vehicle. I am stranded.". He told me that he was on the road behind Bahçeşehir College, located at the entrance of Göktürk. I returned to pick him up. We returned to the Clinic in Mecidiyeköy. In the Clinic, Mr. Bülent said that they were not there. Then he told me to check the Togg. I contacted with Dursun Uçan, who worked for Mr. Bülent. I went to Bahçeşehir College, where the Togg was located. I told Dursun Abi to come as well. As the Mercedes, I drove, broke down, I called my brother. I told him to come near Bahçeşehir College. Dursun told me that we could not fix the Togg today and fix it tomorrow. The vehicle was not in a place, which could affect the traffic. The vehicle was left on the road towards the airport direction. I went to my residence by my brother's vehicle. I picked and charged the Togg two days later. I charged it to 40% for 310TL. I am not aware of the charging indication of Togg. I have not driven Togg before. I do not know what kind of indication it had. Then I delivered the Togg to Dursun Abi. I turned back to my routine work. I am still working. I take care of the animals and garden at the residence of T.C. and Mrs. Eylem. I also help the transfer of the patients of the clinic.

During the incident, I did not talk with T.C. one on one. Mrs. Eylem and Mr. Bülent did not provide detailed information either. I heard the incident from the media just as everyone else. I did not talk about it after that. I leave my phone with my consent. I gave consent for any kind of delivery and examination.

One or two days after the incident, Mr. Bülent asked Dursun to bring Volvo. Upon that, I took Volvo and brought it to the clinic. It stayed there for one or two days. Then I wanted to clean the car. I saw an iPhone, which has a white earth photo, under the rear right seat. It had a low battery. Its battery indicator was red. I informed the brother of Mr. Bülent, Mr. Vedat of the situation. Then he explained the situation to the attorney of Mr. Bülent. He told us to deliver it. I do not know where Mr. Bülent was at that moment. I did not talk to him. I delivered the phone to Eyüpsultan Public Order Bureau with the attorney. The police officers even called me one or two times and asked me to come. I helped in any way, I could. I provided any information, I knew, including which vehicle left where, to the police. I did not accept the charge. I learned the details of this incident from the media.

Upon that, the location of Bülent Cihantimur's vehicle, whose battery died, on which road towards which direction this location was and whether it was in direction towards the clinic located in Mecidiyeköy were asked.

In response; the vehicle was in the opposite direction to the clinic. The vehicle, branded Togg, that Bülent drove, was not on the road towards the clinic. It was on the road towards the airport. This is a two-lane road. One lane goes to Mecidiyeköy. The other one goes to the airport. The vehicle, on the other hand, was on the road behind Bahçeşehir College, which goes to the airport. There are two roads, one of which goes to the airport and one of which goes to the clinic. However, the vehicle was on the one that goes to the airport.

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00098

Upon that, how many directions are there between Kütük evler and Mecidiyeköy Clinic and whether the location, where the vehicle was found, was in this direction were asked.

In response; as far as I know, there are three routes, that we use. I use these three routes. The location, where the Togg was found, was not one of those routes. However, I do not know why this vehicle was there, why it was left there and where it headed. When I picked up Mr. Bülent, he told me to go to the clinic. When we left the house at Kütük evler, T.C. got in his father Bülent's Togg. When I went to pick up Mr. Bülent, T.C. was not in the car. Eylem and Ayşe Ceren were not there either.

I do not accept the charge. I am a worker there. Bülent and Eylem do not talk to me much. They did not tell me anything about this incident. Eylem or anyone else did not press me after the incident. I give consent for the examination of my phone, all my information and phone calls. I suffered a lot due to this incident. I give statements constantly. If there is something to help, I will help. I did not involve in any acts such as tampering with evidence, helping for T.C. 's escape. I am so sorry for what happened. This is all, I have, to say.

**ASKED TO THE DEFENSE COUNSEL :** We agree with the statements of the client. My client works as a worker at the abovementioned company. My client gave coherent statements. We agree with those. T.C. , for whom he worked as a driver, told him that he had an accident and asked for help. However, he did not say there were individuals, who were dead and injured due to the accident. My client fulfilled his duty, which do not constitute an offense. He fulfilled the instructions, given by Eylem, which do not constitute an offense. The pecuniary and non-pecuniary elements of the offense were not formed. A decision regarding the release of my client and the fact that there is no need for a prosecution was rendered. My client always gave consent to help the law enforcement and will continue to do so. We request the release of my client.

After the fulfillment of the matters, stipulated under Article 147 of the Criminal Procedure Code, this record was read and it was signed by the affiant and the ones, who were present. 12/03/2024

| SERRA ÇAKAR SALMANİ | ORHAN ÜLKER | ADEM KIZILTEPE |
|---|---|---|
| 171286 | 204356 | Suspect |
| Public Prosecutor | Court Clerk | *signed* |
| *signed* | *signed* | |

Atty. HALİL İBRAHİM MEMİŞ
*signed*

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)          EXT-TOK-00099

ANNEX-2

## REPUBLIC OF TÜRKİYE

## İSTANBUL

## CHIEF PUBLIC PROSECUTOR'S OFFICE

Investigation Number : Investigation numbered 2024/56578

## INTERROGATION RECORD

### (For the Suspect)

**AFFIANT'S :**

| | |
|---|---|
| **ID. Number** | : ███████ |
| **Name / Surname** | : AYŞE CEREN SALTOĞLU |
| **Mother's /Father's Name** | : İLYAS VEYSİ - SEVAL |
| **Date / place of birth** | : ŞİŞLİ – ████/1987 |
| **Registered to** | : ELBİSTAN / KAHRAMANMARAŞ |
| **Domicile or Residential Address** | : ██████████████████████ |
| Kadıköy/İSTANBUL | |
| **Phone Number (House-Workplace -Cellphone- Contact Number)** | : ██████ |
| **Occupation, Economic Status** | : Administrator- ██████ |
| **Marital Status, Number of Children** | : Single |
| **Where the Statement Was Taken** | : General Investigation Division of the Chief Public Prosecutor's Office of İstanbul |

The interrogated person was informed about the criminal charges. She was informed that she has the right to choose a lawyer and to benefit from his legal assistance, and that the lawyer can be present during the deposition, if she cannot afford a lawyer, one will be appointed for her by the bar association if she so desires, she can immediately contact anyone from her relatives to inform them that she is under arrest. She has the right to remain silent about the crime she is accused of. She has the right to request the collection of specific evidence to avoid suspicion.

**ANSWER** : She stated "I understood the explanations you have made. I am an insured employee at a business place called "Estetik International" as a corporate communications specialist and marketing expert. Bülent Cihantimur is my employer. After Bülent and Eylem ended their marriage, they continued to work together on some projects and other business of the company for a year. Ms. Eylem and I work together. Mr. Bülent also works with her on decoration, interior design, and art. Recently, Ms. Eylem opened an exhibition. I manage these

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)          EXH-TQK-00100

types of business of hers. The opening of the exhibition was on February 27, 2024. The digital paintings of Ms. Eylem were exhibited, and two of those were sold. Since Mr. Bülent wanted to hand these paintings over to their new owners, he was pressuring me to make Ms. Eylem finish the final procedures for the paintings, such as signatures and certificates. However, Ms. Eylem was resisting finishing these procedures; she was not in a hurry. So, I took the paintings with me and went to Ms. Eylem's house because Mr. Bülent was pressuring me to do so. We took care of the procedures with Ms. Eylem for approximately three hours, and I took videos of her signing the paintings. We created content for social media. Around 9 PM, Ms. Eylem asked me to go to dinner with her, and I said OK. Since we were going back to the house to take the paintings, I went to dinner in my vehicle. Around 11 PM, Eylem received the call that I thought was from Adem, T.C. 's driver. While she was on the phone with Adem, Eylem left the restaurant in a panic and I followed her. Afterwards, we got in my vehicle. While Eylem was on the phone with Adem, she opened up the location on her other phone and told me to drive as she instructed. I drove the car with her directives. After driving for 15 minutes, we saw T.C. and a couple of kids on the road. She put T.C. and the two kids in my car. We stopped in a dark area to the left side of the main street. The kids were in the middle of the road. This was the only place I saw. I did not see the scene of the accident, the deceased and injured people, or the vehicles that were involved in the accident. Eylem got off the car and returned with the kids not even a minute later. She did not go anywhere else. At that moment, she did not try to find the location of the incident. I kept driving, and with their descriptions, I left the two children in front of the entrance door of an apartment complex on the right side of the road. I kept driving towards Eylem's house located in Kütükevler, with Eylem and T.C. in the car. While I was driving, T.C. kept saying, "Mommy, I am so sorry. Please forgive me. I am sorry. The car is wrecked. I'm so sorry." He did not give any other details to Eylem or me. We did not see or find out what happened after the accident. Meanwhile, Eylem started to talk on the phone. We got closer to the house, and she told me that I should stay with T.C. at the house, and she would take a look at the place of the incident. However, I do not know whether she did it or not. I parked the car and went into the house with T.C. . T.C. talked to his dad, his mom, and some other people on the phone. I do not know to whom T.C. was talking. He did not speak in a way that I would have heard anyway. After 20 or 25 minutes, Adem and Eylem arrived at the house. Adem waited outside, and Eylem went inside the house. After three or four minutes, Mr. Bülent came and asked me if I had the car, and I said that I had it. He said, "Wait for me; don't go inside." T.C. and Bülent stayed inside. We waited outside. After 20 or 25 minutes, Eylem T.C. and Bülent got out of the house together. They had a suitcase with them. Bülent saw T.C. 's suitcase, we all did. Eylem called for me while I was entering the house from the garden door. Bülent said: "The boy does not look good, he should see a doctor and then take him home". While I was waiting for Ms. Eylem, I carried the paintings to the car. There was only room for one person in the car, and Eylem got in. As far as I know, Mr. Bülent arrived here with a taxi. He used his Togg, which was parked. He put T.C. 's suitcase in the Togg and said, "Follow me," and we started driving in two separate cars. I do not know who carried the suitcase, but everyone saw it. We started driving, Mr. Bülent was in front and I was in the back. After five or six minutes, Mr. Bülent signaled me to stop. Eylem told me not to stop here but to

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00101

stop further ahead, so I stopped further ahead. I stopped right near the fork in the road without taking a detour. Bülent and T.C. came up to us. Mr. Bülent gave me the suitcase. I asked if the suitcase will be coming with T.C. and he said the suitcase would be coming with T.C. . So, I put the paintings in Mr. Bülent's car and I put the suitcase in my car, and we took T.C. with us. As far as I know, Mr. Bülent's car was out of battery. Eylem told me to drive to the airport, so I started to panic, and I was shocked. I started driving to the airport with Eylem, T.C. in the car with me. Eylem was giving me driving instructions. In the meantime, Eylem took my phone. I do not remember if she used it or not; she told me the number of the gate that we would be stopping in front of the airport. She told me to park the car and come with them. Eylem was talking about Egypt. I did not witness the moment that they bought the ticket. I only remembered that she was asking for a return ticket. I do not know if she bought it or not. After I saw off the two, I started driving to my house. Eylem got in touch with me after the incident; she heard that I gave a statement. She made her peace with me. In addition, she said "You are not guilty; you have no involvement in this", and she gave a statement to send to the editor so he could edit the statement for the press. I told this to Ms. Nihal and I did not contact her after this. After the incident, I made face-to-face contact with Mr. Bülent. He told me that I had nothing to do with this incident. Both of them did not pressure me. I could not ask Eylem and Bülent a lot of questions, both in this situation and in general. They did not like being asked a lot of questions; they would cut me off by saying it was not my business. When we went to the airport and after the incidents that took place that day I could not ask them if this was my business. They are difficult people. I am just an employee. They could have snapped at me. I do not even know what I went through in that moment. I do not accept the offense that I am charged with. I will give you my phone consensually. In addition, I give permission for any inspection to be carried out. They did not inform me of the incident, and I did not see the incident. I am ready to help in any way to clarify the case. I certainly did not tamper with the evidence. I did not knowingly and willingly help anyone escape."

## THE DEFENSE COUNSEL ANSWERED:

We agree with the statement of the client. She has a patronage relationship with Eylem Tok and Bülent Cihantimur. Fulfillment of Eylem Tok's instructions, which did not constitute a criminal offense, did not constitute the legal elements of any crime. My client gave a sincere statement. She gave her cell phone and password. She has nothing to do with the incident. The client's record is clean. She has a fixed residence. There is no suspicion of fleeing. We demand her release. In case of a contrary opinion, we request the judicial control provisions to be applied.

The record was read and undersigned by the affiant and the attending parties after the matters stipulated in Article 147 of the Criminal Procedure Code were fulfilled, 12/03/2024.

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)                EXT-TOK-00102

SERRA ÇAKAR SALMANİ
171286
Public Prosecutor
//signature//

ORHAN ÜLKER
204336
Court Clerk
//signature//

AYŞE CEREN SALTOĞLU
Suspect
//signature//

Att. AYŞE GÜL KAVAL
Defense Counsel
//signature//

Att. MUSTAFA KAYA
Defense Counsel
//signature//

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

---

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)           EXT-TOK-00103

**ANNEX – 3**

REPUBLIC OF TÜRKIYE

ISTANBUL

CHIEF PUBLIC PROSECUTOR'S OFFICE

Investigation No.: 2024/56578

## INTERROGATION RECORD

### (For the Suspect)

<u>Affiant's:</u>

| | |
|---|---|
| Republic of Türkiye ID No.: | ███████ |
| Given Name and Last Name: | BÜLENT CIHANTIMUR |
| Father's and Mother's names: | CELAL – GÜLESER |
| Place and Date of Birth: | KARS – ████ 1970 |
| Place of Birth Registration: | CENTER / KARS |
| Residence or Location Address: | ███████████ ISTANBUL |
| Workplace Address: | ███████████ |
| Phone(home-work-mobile-contact): | ███████████ |
| Occupation and Monthly Income: | Medical Doctor |
| Marital Status, Children: | Divorced |
| Location of statement: | General Investigation Division of the Chief Public Prosecutor's Office of Istanbul |

The depositing person was informed about the criminal charges. He was informed that he has the right to choose a lawyer and to benefit from his legal assistance, and that the lawyer can be present during the deposition, if he cannot afford a lawyer, one will be appointed for him by the bar association if he so desires, he can immediately contact anyone from his relatives to inform them that he is under arrest. He has the right to remain silent about the crime he is accused of. He has the right to request the collection of specific evidence to avoid suspicion.

**ANSWER**: I understood your explanations. I graduated from Chapa Medical Faculty and am a practicing physician. I own a medical clinic. The person named Eylem Tok is my ex-

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00104

wife. She and I divorced in 2011. We lived in Bursa during our marriage. After the divorce, I moved to Istanbul. After some time, Eylem also moved to Istanbul with our son T.C. . I have a very close relationship with my father and my son. I didn't let anyone in my life in order to take care of my son. Even on weekends, I don't easily take the surgery. Although his mother has the custody, I pay his school fees. I even hired a driver and a vehicle for my son. The house he and his mother live in, is registered in my name. I communicate daily with T.C. and his driver Adem. I talk to them every morning. I also talk to Aylem when there is a situation related to our son. At the same time, we have activities that are being run by our medical center to support arts. We have organized exhibitions within the framework of these activities about three or four times.

Eylem participated in the most recent one, as he is interested in arts. We organized this exhibition a few days before the accident. Two of the art works of Eylem were sold there. The man who bought them is my neighbor. Ayşe Ceren Saltoğlu is my employee. She receives her salary from my company. There is no patronage relationship between them. They established a dialogue only because of these arts activities. Also, their relationships are beyond me. They allegedly had been meeting outside, I'm not aware of that. I warned Ayşe Ceren to deliver these two arts works. I told her, "The purchaser paid their prices, let's give the items in the shortest possible time". She replied that this cannot be done in this way and that certain procedures should be carried out so that the delivery could take place. I told her to swiftly handle the case without further delay. However, I did not say to Ayshe things like, "go to the house of Eylem and solve this problem there at her place". Ayşe went to Eylem's place by her own car anyway. When I learned about the accident, I was surprised to see Ayşe Ceren at Eylem's house. I never said anything to Ayşe to the effect of "Eilem is your boss too".

Although I usually do not have surgeries on Saturdays, on that Saturday when the accident occured, I had a surgery scheduled. I performed that surgery; it took a long time. After that I talked to my father and fell asleep from exhaustion. Eylem called me around 00:30. "Come quickly, T.C. has had an accident," she said. I don't usually drive; therefore, I called a taxi cab. I called the driver Adem on my way. He told me he is on his way there. When I arrived at the house where Eylem and T.C. were living, Adem was waiting outside. Ayşe Ceren was in the yard. When I entered the house, I saw T.C. in a state of shock. He was frozen. Eylem was in panic, talking to someone. I told Eylem, "give me the child, I'll bring his to the hospital, he might have a concussion, he might have hit his head". She agreed. T.C. had his usual backpack. I had an electrical car parked in front of the house. I and T.C. got on that car. I did not see a suitcase, as Ayşe Ceren claims in her statement. I have no idea how the suitcase was placed in the car. If there is a security camera footage of the house, I give my consent to examine that footage. If there is any footage of the incident, it will be clear that I did not see the suitcase and did not put it in the car.

We set off together, T.C. and I in my car, Ayşe Ceren and Eylem in the other car. We agreed to meet at the clinic. On the way, I asked T.C. to tell me how the accident occurred. Are there wounded people, did someone call an ambulance. T.C. told me that one or two people were bleeding from their heads. "And one was laying on the ground. After the accident,

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)



many people came to the scene. I stayed about half an hour at the accident scene" he said. Without being able to tell me more, I saw that the battery charge of my car was dying out.

I learned later that Eylem had come and picked up T.C. from the scene. When I realized that my battery was going to run out, I called one of the people in the car behind. However, I don't know whether I called Ayşe or Eylem. They pretended to stop once or twice but then gave up stopping and drove on. Finally, they stopped. I called Adem to come pick me up. I told T.C. not to be afraid and sent him to the other car. Then Ayşe came and said that T.C. 's suitcase was in the back of my car and since I couldn't even open the trunk, Ayşe came and opened the trunk and took the suitcase.

Ayşe, my employee as I know her, would have told me if she knew that they were going to the airport, because we came together with her without Eylem being there, although for a very short time. She would tell me, "Teacher, Eylem is going to kidnap the child". She never told me something like that. The place I managed to stop the car, was a little ahead of the junction turn of Mecidiyeköy. We managed to stop here along with the car following behind us. I definitely had no idea, or intention of, going to the airport. My driver informed me meanwhile that he'll be there to get us in 5 min. If I had known, I would have waited for my driver. We would have reached the airport in 10 min after all. Our return to the clinic lasted even longer, 20 min. The airport was at a closer distance from the clinic. Afterwards I returned with Adem to the clinic. My workplace and my house are adjacent. Adem went to check the clinic and I went upstairs home. We both could not find Eylem and her companions. Therefore, I called Eylem and Ayşe. Eylem did not answer her phone. Then I reached Ayşe, she replied, "Teacher, she went abroad". Even, as far as I can recall, Eytlem took the phone of Ayşe. The last time I reached Eylem over the phone, she was in Egypt. I persuaded her to come back. She consented to return to the country, but later, at her own will, and under the impact of the news in the media, she cut her connection with me, thinking that I am intentionally delaying the case for me. I was unable to reach her afterwards. I cannot contact T.C. , because he is with his mother. But when I last contacted my son, he was insistent in returning to Türkiye. I deny the charges. I consent to any camera footage or any materials examination. I am ready for any kind of cooperation. I want my son to return to the country. I am used to having frequent contact with my son. This situation has saddened me deeply. My psyche is broken.

I visited the family of the deceased to express my condolences. There we were reproached and blamed as to why didn't we contact the police and the ambulance right after the accident occurred. We went to extend our condolences as a large crowded group. I told the family why we were unable to come immediately to the scene. I shared their pain. I assured them I am ready for any kind of help. We exchanged our phone numbers with the father of the diseased. During the condolences, they told us that we can contact someone by the name of Süleyman. We took his number. Afterwards, our attempts to call them to share their pain and to provide our support and solidarity proved to be futile, they denied speaking to us, their conduct towards us changed.

I am in a very bad situation because of this situation. I can't see my son. I want my son back. I had no part in Eylem's taking T.C. abroad. I did not attempt to run away after the accident. My whole life is here. I am still on my job. I am working. I am willing to do whatever needed to bring my son back, but I cannot reach neither my son, nor Eylem.

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)          EXT-TOK-00106

I did not take part in any actions to smuggle T.C. abroad, to help him escape, to hiding, hiding or destroying evidence during and after the accident. I did not direct anyone or organize anything in this regard. This is all I have to say. I know my son. He wants to return. I believe that he will return with their mother and surrender to justice, he said.

QUESTION TO THE LEGAL COUNSEL: I support my client in his statements. My client has no close or distant relation to the case of Eylem Tok taking the son of my client abroad. As the custody of the son of my client,   T.C.   , is in his mother Eylem Tok, Eylem Tok at her own initiative, went abroad, taking with her the son of my client.

The requirements of the Criminal Procedure Code, Section 147 were met, the record was read aloud and signed by the person giving the statement and those present, on 15.03.2024.

Serra Çakar Salmani

171286

(Signed)

Orhan Ülker

204356

(Signed)

Bülent Cihantimur

Suspect

(Signed)

Att. Ilyas Karahan

Legal Counsel

(Signed)

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)          EXT TOK 00407

ANNEX – 4

## STATEMENT RECORD

**Place of Record** : Eyüpsultan District Police Directorate, Public Order Bureau

**Date and Time of the Record** : 02.03.2024 – 19:34

**Incident** : Reckless Killing, Reckless Injury, Failure to Report an Offence, Protecting an Offender

**Year-Number of the Incident/Document:** 2024/223

## CLEAR IDENTITY OF THE INFORMATION GIVER

**Type-Serial No. of the ID** :

**Republic of Türkiye ID No.** :

**Name and Surname** : **D.O.O.**

**Father's and Mother's Name** : Giray – Berna

**Place and Date of Birth** : Şişli – ▮ 2007

**Volume-Family Serial-Serial No.** :

**Registered Province-/Neighborhood-Village:** İstanbul-Fatih-İskenderpaşa

**Residence Address** :
Sarıyer/İstanbul

**Occupation and Monthly Income** : Student – Not stated

**Telephone (home-work-mobile-contact):** +

**Education** : Secondary School

**Marital Status-Sex** : Single - Male

The affiant stated in his record of statement that:

The information mentioned afore is true and provided by me. I have been living at this address for 14 years with my family (my mother, father and brother). I am still studying at 10th class at Hisar Schools. Yesterday, on 01.03.2024, I took the keys of the Volvo brand car plate numbered 34 BOD 377 which is registered on the company of my father Giray ÖCALGİRAY without the consent of my father at around 22:00. My friends **P.T.E.** [and **Z.H.D.** were also with me in the car. We all three drove and came in front of the house of my friend **T.C.** . We live in the same residential complex as **T.C.** . He was waiting us inside the Porsche brand car having plate no: 34 EGG 06 which I considered to be belonging to his mother. Our friend **A.K.** was with **T.C.** next to him. We altogether as 5 friends took ride with two cars. We went to the residential site named Arcadium Life and took our friend **Y.E.** and **K.A.** from there. These two friends

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)          EXT-TOK-00108

of us got in the car I was driving. We stopped in front of a Cigarettes & Alcohol Store around Petrol Ofisi oil station, we all got off the car and stood in front of the Store. One of our friends went to the store to buy cigarette but there was no cigarette in there and he came back to the car and we drove on. I do not remember the friend who went to buy cigarette. After we drove around with cars for a while we returned to the residential site named Kemer Country. We saw our friend M.E.Y. in there. With M.E.Y. there were 2 male persons whom I saw for the first time. In total we became 10 persons and we stopped by before the residential complex and chitchatted for a while. I, M.E.Y. , K.A. , Y.E. P.T.E. and Z.H.D. in total 6 persons, got inside the car having plate number 34 BOD 377 which I was driving. Other 4 persons T.C. , A.K. and other 2 persons whom I did not know got in the car plated numbered 34 EGG 06 which was driven by T.C. . The reason why we drove off the residential complex was to drive for a while and to get gas to the car I was driving. I went to the Shell Gas Station in the Göktürk and as far as I remember I bought gas amounting 1.500 TL. I made the payment with credit card. We went out of the gas station and gathered with the other car again in front of the Hisar Schools. I was driving ahead and T.C. followed me. After passing the walls in the Göktürk, we took the Bahçeköy forest road. While I was driving ahead and T.C. behind me, T.C. overtook me and passed in front of my car. While driving on the forest road, T.C. overtook a car in front of us on the ramp. The car overtaken by T.C. slowed down considerably and it gave the road to me. Then I blinked left and overtook the car with my current speed and I followed T.C. behind him. In the meanwhile, T.C. sped up quite a bit. There was a turn before us. T.C. took the turn with speed but I maintained my speed, I did not speed up. On the turn I saw T.C. 's car for around 4-5 seconds, it just then disappeared from my sight. When I took the turn I saw that T.C. 's car was in the water trench, out of his control. I immediately stopped the car and turned the flashers on and walked towards T.C. 's car. At that moment, T.C. and 3 persons with him were getting out of the car. I saw 2 injured male persons lying on the roadside where I parked the car. I rushed to the injured persons and checked them. My friend Z.H.D. talked to one of the injured persons. This person gave his mobile phone to Z.H.D. and asked from him to look at his head. After Zekai checked the head of the injured person, Z.H.D. took the car key from me as we did not have driver's license and in order not to overcrowd the area with our car and he took the car back to Kemer Country together with K.A. I stayed at the place where the accident occurred. In the meanwhile, one BMW brand car plate number of which I did not take came there. At that moment T.C. yelled "there is a person under the car" and he asked for help. Upon this, the persons who arrived with the BMW brand car rushed to help and they took that injured person out. I do not know who called at that moment but someone called the 112 emergency number. Then we heard from the people around that another 2 male persons were injured at the downhill of the road. One of the injured persons at the downhill screamed "take a look at my friend O.M.A.". T.C. came and took my mobile phone to which my sim card numbered ▆▆▆▆ was inserted. He called his mother and his driver named Adem. I did not hear what they talked about. Approximately 10 minutes later, T.C. 's mother and another woman assisting her came to the incident place with an old model sedan type dark colored car. That woman was driving it. T.C. s mother was sitting on the back seat. At the place of the accident I looked for my friends P.T.E. and Y.E. but I could not find them. I thought that they walked away from the place. Upon this, in order not to be alone, I ran

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK 00109

towards the car to which T.C. got in and I also got in that car. They dropped me off the main entrance door of Kemer Country residential complex. In there, I saw Z.H.D. and K.A. who left the place of accident with my car. They were waiting for me. They had parked my car inside the residential complex. Z.H.D. was holding the mobile phone which he took one of the injured persons to check his head. While we were waiting there, the taxi called by K.A. arrived and K.A. said that he was going to take Y.E. from the place where the accident occurred. Upon this, I took the mobile phone which belonged to one of the injured persons and gave it to K.A. who got in the taxi. K.A. feared this and he got off the car and place that mobile phone on the wall in front of the residential complex. Alter on, security officers of the residential complex took that mobile phone and took it under protection as lost mobile phone. K.A. left the residential complex with the taxi. I walked inside the residential complex with Z.H.D. and I met with my father, mother and uncle in there. My father, I and Z.H.D. got in the car plate numbered 34 BOD 377. My mother and uncle were following us with the other car plate numbered 34 BOD 777. We altogether came in front of the security door of the residential complex. When we came to the door, İbrahim Boz who was my private driver was at the security door of the residential complex. I had called him from the place of accident and told him that T.C. had an accident and asked him for help. At the door of the residential complex my father told Z.H.D. **"take the mobile phone, let us give it to the men"**. Upon this, security officer said that **"whose mobile phone is this? this phone was called a while ago and the lady who made the call asked how was the condition of her son"**. I told the security officer about the accident we were through and asked him to give the mobile phone to the Police. In the meanwhile, T.C. 's driver named Adem drove inside the residential complex with white colored Mercedes A180 brand car having plate no. 34 BT (I could not see the remaining figures of the plate number) and he stopped. Then a black colored Volvo brand car having plate no. 34 FPA (I could not see the remaining figures of the plate number) also came inside the residential complex. T.C. 's mother got off this car. While I was talking with the security officers about the incident she suddenly pushed me inside the car which I got off and said **"let the children away from here"**. Then, when I was getting inside the car I heard the security officer telling to her **"Miss, can you please give me back the mobile phone?"**. T.C. 's mother answered him that **"I know the owner of this phone, I will give it to him"**. At that moment my father got in the car and we went to our apartment in the residential complex.

Next morning which is today 02/03/2024 I learned that this accident resulted with death and I explained the matter to the police officers who came. Then I was brought to your Bureau for testimony procedures. This is all I witnessed, saw and know about the incident".

After the affiant stated that there was not any further point to add to his statement, this statement record was drafted by us and signed by the present after it was read to the affiant and confirmed. Done on 02.03.2024 at 19:34

| INFORMATION TAKEN BY | INFORMATION WRITTEN BY | INFORMATION GIVEN BY |
|---|---|---|
| 276231 | 277952 | D.O.O. |
| Police Officer | Police Officer | |
| //signed// | //signed// | //signed// |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

 EXT-TOK-00110

ANNEX – 5

## STATEMENT RECORD

Place of Record : Eyüpsultan District Police Directorate, Public Order Bureau
Date and Time of the Record : 03.03.2024 - 00:48
Incident : RECKLESS KILLING-RECKLESS INJURY-FAILURE TO REPORT AN OFFENCE-PROTECTING AN OFFENDER
Year-Number of the
Incident/Document : 2024/223

## CLEAR IDENTITY OF THE INFORMATION GIVER

Type - Serial No of the ID :
Republic of Türkiye ID No :
Name and Surname : **Z.H.D.**
Father's and Mother's Name : Serkant-Ayşe Belkıs
Place and Date of Birth : Kadıköy-█████-2008
Volume-Family Serial- Serial No
Registered Province-
/Neighborhood-Village
Residence Address : Muğla-Dalaman-Centrum
.
████████████████████████████ İstanbul
Occupation and Monthly Income : Student – not stated
Telephone
(home-work-mobile-contact) : -█████
Education : Secondary School
Marital Status – Sex : Single- Male

In his statement taken, he stated that:

The foregoing information is true and provided by me, I reside at the address I have stated. On the day of the incident, i.e. 01/03/2024, I went to the house of my friend named D.O.O. after school to stay. In the evening, **T.C.** called D.O.O. to meet, again in the evening, D.O.O. took his father's vehicle from the house and we left the house, D.O.O. **Y.E.** **K.A. P.T.E.** and me were in the vehicle, we left the house and started to drive around. Afterwards we met **T.C.** in front of his house, then we went to the site called Kemer County and sat in the square part, here we saw people named **M.E.** , **B. and A.** , whose names I learned for some reason, after a while we all left the place together, these 3 people told the drivers that they wanted to go to Çamlık location as they were on foot and so they got in our vehicle. D.O.O. **Y.E.** P.T.E. **M.E.** , **K.A.** and me got in the Volvo brand vehicle. I sat on the right front passenger seat of the vehicle, D.O.O. was driving the vehicle, and the other people got in **T.C.** 's vehicle. We left the site and after refueling our vehicle at the Shell gas station we headed towards the Kemerburgaz road, when we passed the walls we took the Bahçeköy road, that is the forest road, the Volvo vehicle I was in was driving ahead, then **T.C.** overtook us, we were driving at normal driving speed, there was another vehicle in front us, **T.C.** overtook this vehicle, then the vehicle in front gave way to us and we continued to drive behind **T.C.** after overtaking this vehicle. Afterwards **T.C.** increased the driving speed even more and started driving fast, there was a bend in our road, when we took the bend too fast, the vehicle wobbled a little and started to skid, but I couldn't see the front of **T.C.** as there was a distance

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)        EXT-TOK-00111

between us, just as we took the bend, we saw T.C.'s vehicle climbing into the water channel on the left side of the road, we immediately stopped our vehicle, when we got out of the vehicle, we saw 2 male persons lying injured in the middle of the road, I approached one of these injured persons and tried to talk to him, the injured person turned on the light of his phone and gave it to me and asked me to check his head, I took the phone from the person and shone a light on his head, I put the person's phone in my pocket due to absent-mindedness of the moment, then I approached the other injured person, the vehicles passing on the road also stopped and helped. At that time, it became very crowded around and there were too many vehicles. Thinking that the fire brigade crew and emergency medical service teams would arrive at the incident scene, I took the Volvo brand vehicle, which was under the direction and management of D.O.O. to open the road, and drove by the vehicle to the site called Kemer County together with K.A.

After leaving the vehicle at the site, we called a taxi to go to the incident scene again, when we were going to get in a taxi, D.O.O. got out of an old model vehicle in front of the site and approached us, at that time I said that I had the phone of the injured person in my hand and we should go and leave this phone at the incident scene, and then K.A. got in a taxi and I thought that K.A.\ was going to go to the incident scene and so I gave the phone I had with me to K.A. Afterwards K.A. said he couldn't take over such a responsibility. the phone on the wall at the entrance of the site, later the security came over and took the phone and then the parents came over in the front of the site and took us away. T.C.'s mother asked the security officer to take the phone saying that she would give it to the owner, and the officer gave it to T.C.'s mother. Then T.C.'s mother left the front of the site, and D.O.O P.T.E. and me went to D.O.O.'s house. In the morning, my family picked me up, when I learned that the police were investigating the people involved in the accident, I came to your Bureau Headquarters to give a statement. This is all what I saw, what I know and what I have to say about the matter.

Upon the information giver stated that he did not have anything more to say, this record hereby has been made to be read and understood by him, and drawn up and undersigned by us. 03.03.2024 -00:48

| INFORMATION TAKEN BY | INFORMATION WRITTEN BY | INFORMATION GIVEN BY |
|---|---|---|
| 276231 | 377952 | |
| Police Officer | Police Officer | Z.H.D. |
| //signed// | //signed// | //signed// |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)    EXT-TOK-00112

<b>ANNEX – 6</b>

<b>STATEMENT RECORD</b>

| | |
|---|---|
| **Place of Record** | : Eyüpsultan District Police Directorate, Public Order Bureau |
| **Date and Time of Record** | : 03.03.2024 – 01:33 |
| **Incident** | : RECKLESS KILLING – RECKLESS INJURY – FAILURE TO REPORT AN OFFENCE – PROTECTING AN OFFENDER |
| **Year-Number of the** | |
| **Incident/Document** | : 2024/223 |

<b>OPEN IDENTITY OF THE INFORMATION GIVER</b>

| | |
|---|---|
| **Republic of Türkiye ID No** | : ▮▮▮▮▮ |
| **Name and Surname** | : K.A. |
| **Father's and Mother's Name** | : Emin Tolga-Yasemin |
| **Place and Date of Birth** | : Şişli – ▮▮▮ 2008 |
| **Volume-Family Serial-Serial No:** | ▮▮▮ |
| **Registered Province-/** | |
| **Neighborhood-Village** | : İzmir-Foça-Atatürk |
| **Residence Address** | : ▮▮▮▮▮▮ stanbul |
| **Occupation and Monthly Income** | : Student - Unavailable |
| **Telephone** | |
| **(home-work-mobile-contact)** | : - -▮▮▮ |
| **Education** | : Middle School |
| **Marital Status-Sex** | : Single – Male |

The statement is as follows:

The above-given information is true and belongs to me. I am living with my family in the given address. On the date of the incident, which is 01/03/2024, at around 20:30, we were in my friend Y.E.

s house. At around 21:50, we went in front of the house and saw D.O.O. and T.C. who had come with 2 separate vehicles. I got on the Volvo-brand vehicle with Y.E. . There were also P.T.E. and Z.H.D. in the vehicle. We toured a little inside Göktürk neighborhood and then sat in the square of the housing complex called Kemer country. In the square, we saw M.E.Y. and his two friends. Then we all got up and M.E.Y. asked if we could give them a ride. They accepted and we left the housing complex. I got on the Volvo with D.O.O. Z.H.D. Y.E. P.T.E. and M.E. D.O.O. was driving the vehicle. I was sitting on the left rear window-side of the vehicle. The other persons got on the Porsche driven by T.C. . We left the housing complex and stopped at the Shell gas station situated in the center of Göktürk to buy fuel for the vehicle. After leaving the gas station, we headed towards Kemerburgaz. After passing the walls, we entered the Bahçeköy road, the forest road. The Volvo vehicle I was in was going ahead. T.C. overtook us, continued and accelerated after passing through the speed bump. There was a curve ahead. As far as I could see, T.C. took the corner hard and the back of his car slid. He started sliding on the road. We didn't have much visibility because it was a curve. Just as we rounded the curve, I saw T.C. 's car going into the water channel on the left side of

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)          EXT-TOK-00113

the road. We immediately stopped and got off the car. I saw an injured person lying on the road and went into shock. Then I got on the car again and wanted to pull myself together. At that moment, D.O.O. told   Z.H.D.   to "pull the car out of there and take it to the housing complex" and gave him the keys. Then,   Z.H.D.   and I took the Volvo to the housing complex. After we left the car there, we called a cab to go to the scene again. When we were about to get on the cab in front of the housing complex, D.O.O. came and got off an old vehicle, which then left the housing complex. At that moment, Z.H.D. tried to give me the phone in his hand and wanted me to give it to the injured person thinking that I was going back to the scene. I did not accept and put the phone on the wall of the housing complex. Then, a security officer came and took the phone. I subsequently got on a cab and left the complex. I met with   Y.E.   and went to his house. I returned to my residence at midnight. I had a flight to İzmir in the morning. I went to İzmir and when I found out that my statement needed to be taken, I immediately returned from İzmir with a flight. Then I came to your Bureau for giving a statement. All I saw, know and have to say about the incident consists of this.

After the information giver stated that he did not have anything more to say, this record hereby has been made to be read and understood by him, and drawn up and undersigned by us. 03.03.2024 – 01:33

| INFORMATION TAKEN BY | INFORMATION WRITTEN BY | INFORMATION GIVEN BY |
|---|---|---|
| 276231 | 377952 | K.A. |
| Police Officer | Police Officer | |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)         EXT-TOK-00114

**ANNEX – 7**

## RECORD OF STATEMENT

| | |
|---|---|
| Place of Record | : Eyüpsultan District Police Directorate, Public Order Bureau |
| Date and Time of Record | : 09.03.2024 - 19:21 |
| Incident | : RECKLESS KILLING – RECKLESS INJURY - PROTECTING AN OFFENDER |
| Year-Number of the Incident | : 2024/223 |

## CLEAR IDENTITY OF THE INFORMATION GIVER

| | |
|---|---|
| Republic of Türkiye ID No | : █████████ |
| Name and Surname | : Berna ÖCALGİRAY |
| Father's and Mother's Name | : Sedat – Hatice |
| Place and Date of Birth | : İstanbul – ████ 1981 |
| Volume - Family Serial - Serial No | : █████████ |
| Registered Province/Neighborhood-Village | : İstanbul-Fatih-İskenderpaşa |
| Residence Address | : ██████████████████ Sarıyer/İstanbul |
| Occupation and Monthly Income | : Industrial Engineer - Unspecified |
| Telephone(home-work-mobile-contact) | : -█████████ |
| Education | : College (Undergraduate) |
| Marital Status - Sex | : Married – Female |

In her statement, she stated the following:

The information stated above is true and belongs to me. I have been residing in the address that I provided for about 15 years with my husband and 2 kids. I am the mother of the juvenile named **D.O.O.** mentioned in the file in question. We also own a weekend type of house at the Kütük (log) houses located in Göktürk Center.

On the date of the incident, namely 01/03/2024, at around 23:45, while I was at the log houses in Göktürk, İbrahim BOZ who is the driver of our family, called my mobile telephone line numbered ██████████ through his mobile phone number ██████████ Upon he said, **"Ms. Berna, an accident has apparently taken place, do not worry, the vehicle in which there were D.O.O. and others did not crash, D.O.O. called me, I am going there",** I asked the location of the place of accident from İbrahim and me, my husband Giray ÖCALGİRAY and my brother Selim ABRA set out. I was using the vehicle, my husband was in right front seat and my brother sat at the backseat. While we were on our way, I called my son **D.O.O.** however, he did not respond. Following that, when his father Giray called, my son picked up. Giray told my son, **"We are on our way to the place of accident"**. Upon my son told his father, **"Don't come, we are at the site named kemer country right now, go there"**, we saw my son **D.O.O.**'s friend **P.T.E.** when we came to the entrance of the Kemer Country site with my vehicle with plate number 34 BOD 777, which was under my control and management, about 8-10 minutes after the call. We took **P.T.E.** to the car and entered inside the site. After going 100 meters upwards from the main entrance; at the place described as the village square, we saw my son **D.O.O.**, his friend **Z.H.D.** and Volvo branded vehicle with plate number 34 BOD 377 registered in our company in a parked state. Following that, my husband Giray, my brother Selim and **P.T.E.** who were in my car got off and got on the Volvo vehicle. **D.O.O.** and **Z.H.D.**

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)     EXT-TOK-00115

also got on the Volvo branded vehicle and I was alone in my Land Rover branded vehicle and we went towards the exit of the site in two vehicles. At the exit of the site, Volvo branded vehicle was in front and I stopped behind them. Everyone got off the Volvo branded vehicle except P.T.E. I also got off my vehicle and went to them. At that moment, a telephone was being mentioned. We went to the security officers altogether. When we went to the them, we saw a mobile phone in question, the brand of which I did not see. The security officers were having talks amongst them on what to do with the phone and calling some people. After a while, a person in his 55-60s named Hikmet who introduced himself as the security chief and whose name I found out later came to the place of incident. Meanwhile, I tried to introduce myself to the security officers telling, **"I am Berna ÖCALGİRAY, I am a very close friend of İpek YÖNDER who resides in this site"**. At that point, Eylem TOK and the person named Adem, her driver, whose names I have known due to the incident, showed up among this crowded group. The person named Eylem TOK pushed D.O.O. andZ.H.D. to our vehicles by her hand saying, **"Take the kids out of here"**. Upon that, we moved towards the vehicles. My husband Giray, my son D.O.O. and his friend Z.H.D. got on our Volvo branded vehicle where P.T.E was sitting inside, and I got on my own vehicle. My brother Selim sat at the right front seat of my vehicle. Mr. Hikmet came to me and handed me a little note paper and a pen saying, **"Write down your name and number to me"**. Then, I wrote down my name and contact information on the paper that he gave while I was in the driver's seat. While I was writing down these, Eylem TOK came besides my vehicle, leaned inside from the window and said, **"I wish you haven't written"**. Then, I said, **"What would happen?"**. I handed the paper to the person named Hikmet right next to Eylem TOK and we exited the site saying good evening. As soon as the we left the site in two vehicles, we went to our house at Kütük (Log) houses and Z.H.D. and P.T.E., the friends of my son, stayed with us that night. In addition, my brother Selim stayed with us as well and left the house when he woke up in the morning. Moreover, Z.H.D. and P.T.E. left the house when it was morning. Following that, officers in charge called us and informed that my son had to give statement regarding the accident and we took the kids to the security directorate to give statement.

    **IT HAS BEEN ASKED:** Hikmet ALTUN, whose statement was taken as the information giver as the security chief, and the other security officers identified and stated that the mobile phone in question was given to the driver of the vehicle with the plate number 34 BOD 777, which was under your management and control. Please make your explanation on this matter.

    **IN RESPONSE, SHE SAID:** I only saw the mentioned mobile phone earlier on in the hand of the relatively younger security officer. I have not touched the mobile phone in question at all. I have not taken any phone from anyone and did not give telephone to anyone. My husband was next to me as I stated above in my statement regarding this. I gave my name and contact information to the security chief to introduce myself in full good faith. Then, Eylem reacted saying I wish you didn't give it. Security chief must be thinking he has given the phone to me since I gave him my information.

    Upon the information giver stated that she did not have anything more to say, this record hereby has been made to be read and understood by her, and drawn up and undersigned by us. 09.03.2024 – 19:21

| INFORMATION | INFORMATION | INFORMATION |
|---|---|---|
| TAKEN BY | WRITTEN BY | GIVEN BY |
| 334469 | 377952 | Berna ÖCALGİRAY |
| Police Officer | Police Officer | *(signed)*___ |
| *(signed)* | *(signed)* | |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

 EXT-TOK-00116

ANNEX – 8

## STATEMENT RECORD

| | |
|---|---|
| Place of Record | : Eyüpsultan District Police Directorate, Public Order Bureau |
| Date and Time of the Record | : 09.03.2024 – 19:48 |
| Incident | : RECKLESS KILLING - RECKLESS INJURY - FAILURE TO REPORT AN OFFENCE - PROTECTING AN OFFENDER |

Year-Number of the Incident/Document: 2024/223

### CLEAR IDENTITY OF THE INFORMATION GIVER

| | |
|---|---|
| Type-Serial No. of the ID | : ▮▮▮▮ |
| Republic of Türkiye ID No | ▮▮▮▮ |
| Name and Surname | : Selim ABRA |
| Father's and Mother's Name | : Sedat - Hatice |
| Place and Date of Birth | : İstanbul – ▮▮▮.1986 |
| Volume-Family Serial-Serial No | : ▮ |

Registered Province-/Neighborhood-Village: İstanbul-Fatih-İskenderpaşa

Residence Address ▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| Occupation and Monthly Income | : Textile supplier - unspecified |
| Telephone (home-work-mobile-contact): | +▮▮▮▮ |
| Education | : College (Bachelor's degree) |
| Marital Status-Sex | : Single-Male |

In his statement, he said that;

The information above is true and belongs to me. I have been living alone in the above stated address for 5 years. Berna ÖCALGİRAY is my elder sister, Giray ÖCALGİRAY is my uncle, and **D.O.O.** is my nephew.

On the night of the incident, on 01/03/2024 at around 23:30, I was sitting together with my uncle and sister in her house located in the center of Göktürk neighborhood, Kütük Evler building complex and then my sister's phone rang and it was their driver İbrahim calling. Upon

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)          EXT-TOK-00117

İbrahim's telling my sister about D.O.O.'s involvement in an accident but he was okay, we left the house immediately. We set off in my sister's car with a number plate 34 BOD 77 to the accident site. She was driving the car and I was sitting at the back. A little later, we went to the housing complex called Kemer County and stopped at the center of the complex. Thereafter, the children came to us, we got in the cars and when we were about to leave the complex, we stopped at the security cabin, got off the cars and the security staff informed their supervisor by stating that there was a mobile phone there. Then a man in suits introducing himself as security manager came and spoke to the children's parents. My sister told the security officers that she was not a stranger and she was living in the neighboring complex, and then we got in the cars, I got in my sister's car when the security manager fetched a pen and a paper to my sister asking her to write down her name and contact details; while my sister was writing down her contact details, the person called Eylem TOK, whose name I learned as a result of the incident, came storming up to us and asked my sister why she was giving her contact details. My sister handed down the paper from the car window to the security and we left the complex by wishing good night. And immediately went to my sister's house in 2 cars. I stayed at my sister's that night and went to my residence in the morning. I did not witness my sister taking a phone from anyone; neither the security nor anyone else gave a phone to my sister. This is all I can say about the incident.

Upon the information giver stated that he did not have anything more to say, this record hereby has been made to be read and understood by him and drawn up and undersigned by us. 09.03.2024-19:48.

| INFORMATION TAKEN BY | INFORMATION WRITTEN BY | INFORMATION GIVEN BY |
| --- | --- | --- |
| 334469 | 377952 | Selim ABRA |
| Police Officer | Police Officer | Signature |
| Signature | Signature | |

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00118

**ANNEX – 9**

## STATEMENT RECORD

Place of Record            :Eyüpsultan District Police Directorate, Public Order Bureau
Date and Time of the Record   : 09.03.2024 – 21:46
Incident                : RECKLESS KILLING – RECKLESS INJURY –PROTECTING AN
                     OFFENDER
Year-Number of the Incident/Document: 2024-223

## CLEAR IDENTITY OF THE INFORMATION GIVER

Type-Serial No. of the ID       :
Republic of Türkiye ID No     :
Name and Surname          : İbrahim BOZ
Father's and Mother's name    : Hamit - Bilgin
Place and Date of Birth : Sarıyer – ████ 1995
Volume-Family Serial-Serial No:
Registered Province-/Neighborhood-Village: Samsun – Tekkeköy – Kısla
Residence Address          :                              ████ Istanbul
Occupation and Monthly Income: Chauffeur
Telephone (home-work-mobile-contact): -- ████████████
Education             : Vocational School for 2 Years
Marital Status-Sex         : Married – Male

He stated in his statement that;

The above information is true and belongs to me. I have been living at the address I have provided about 20 years with my wife and child. I have been working as the family driver of the persons named Berna ÖCALGİRAY and Giray ÖCALGİRAY for about 7-8 months. I drive the company's Audi car with the license plate number 34 BOD 70.

On 01/03/2024 at 23: 25 on the night of the incident, while I was at an football match in Sarıyer,      **D.O.O.**      , the son of the family for whom I was working as a driver, called me on the line 0532 770 00 77 and said "**Brother, T.C. had an accident, can you come urgently**". I asked "**Are you hurt?**", D.O.O. told me "**We are alright, we were not involved**" and gave me directions to the place of the accident. After this went from Sarıyer to the place of the accident on my vehicle with the license plate number 34 BOD 70. On the way I called Mrs. Berna, D.O.O.'s mother, and explained the situation. Then I called D.O.O. and asked him about the situation; D.O.O. told me "**Brother, we came to the Kemer country site, come here**", so I went to the Kemer Country site. I parked my car outside the site. I went on foot to the security booth. Mrs. Berna, Mr. Giray, D.O.O. and Mr. Selim, Mrs Berna's brother and the security guards were also there. There was a conversation going on about the phone, Mr. Giray asked the security guard who brought the phone, and then D.O.O. said "**my friend K.A. brought the phone**". The security guards replied "Then we will give the phone to whoever brought it". D.O.O. called his friend  **K.A.**  but couldn't reach him, then I saw him calling  T.C. ; I was standing a little far away from the crowded group and watching them. Then the security supervisor of the site came and took the phone in his hand stating that he was a former Police officer; as far as I saw, the phone in question was an Iphone brand phone with a transparent protective case. The security supervisor stated that they could not give the phone, but they could hand it over to the Police. In the meantime, Adem, Mrs. Eylem's driver, whose name I learnt due to the incident, entered the site with a Mercedes car. Subsequently, the person

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)        EXT-TOK-00119

named Adem also asked for the phone from the security guards, but could not get it. Afterwards, Mrs. Eylem entered the site with a Volvo car whose license plate I did not see. After parking her car, Mrs. Eylem came to the location where we were and asked the people around who they were. Mrs. Berna introduced herself and her husband to Mrs. Eylem. Mrs. Eylem said "**Let's get the children in the car, let them not be witnesses**", and then Mrs. Eylem told the security supervisor that "**I can take the phone, I will take it to the accident site**". In the meantime, Mr. Giray got into his Volvo car, the children were already in the car. Mrs. Berna had moved a little away from the security booth and was heading towards her car. Meanwhile, Mrs. Eylem took the Iphone brand phone from the person named Hikmet, whose name I learnt due to the incident. After Mrs. Eylem took the phone, when she was heading towards Mr. Giray's vehicle, the security guards shouted 3-4 times after Mrs. Eylem and asked "**Can you give the phone back?**", however, Mrs. Eylem said "**yes yes yes ok**" to the security guards and slid them over.

Then one of the security guards said to Mrs. Eylem "**Are you fooling a child? Give me the phone**" and the person named Adem went for them and told to the guard that "**We are not running anywhere; she will give back the phone anyway**". Meanwhile, Mr. Giray left the site on his car accompanied by the children. After them, Mrs. Berna got into her own Land Rover car, and Mr. Selim was with her on the car. Mrs. Eylem suddenly went to Mrs. Berna's car, at that time Mr. Hikmet was next to Mrs. Berna's car, and Mrs. Eylem went to the spot where the car was located. Mrs. Eylem had not returned the phone she had taken from the security guard. When she went to Mrs. Berna, the phone was either in her hand or pocket. In the car, Mrs. Berna said to Mr. Hikmet "**We are not strangers, we live here, I can give you my name and contact information**" and asked for a pen and paper. Mrs. Berna wrote something on the paper given by Mr. Hikmet, gave it to Mr. Hikmet and left the site on her car. When I saw Mr. Giray and Mrs. Berna leaving the site, I left the site on foot and walked towards my car, got into my car and went to my residence. While I was leaving the site on foot, Mrs. Eylem and her driver Adem were still around the security booth with their cars. **When Mrs. Berna was going to leave the site, there was no exchange of goods between her and Mrs. Eylem and her.** In addition, I did not see Mrs. Berna taking and giving phone to the security guards, nothing like that happened. This is all I may express on the subject.

Upon the information giver stated that he did not have anything more to say, this record hereby has been made to be read and understood by him, and drawn up and undersigned by us. 09.03.2024 – 21:46

INFORMATION TAKEN BY
Police Officer 334469

INFORMATION WRITTEN BY:
Police Officer 377952

INFORMATION GIVEN BY
İbrahim BOZ

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

---

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)      EXT-TOK-00120

**ANNEX – 10**

## STATEMENT RECORD

Place of Record : Eyüpsultan District Police Directorate, Public Order Bureau

Date and Time of the Record : 02.03.2024- 21:27

Incident : RECKLESS KILLING- RECKLESS INJURY- FAILURE TO REPORT AN OFFENSE- PROTECTING AN OFFENDER

Year-Number of the Incident/Document: 2024/223

## CLEAR IDENTITY OF THE INFORMATION GIVER

Type-Serial No. of the ID :
Republic of Türkiye ID No :
Name and Surname :      A.K.
Father's and Mother's name : Abdulkadir- Zeynep
Place and Date of Birth : Sisli-    2007
Volume-Family Serial-Serial No :
Registered Province-/
Neighbourhood-Village
Residence Address : İstanbul- Beşiktaş- Kültür
               :
Eyüpsultan/Istanbul
Occupation and Monthly Income : Student- Unspecified
Telephone (home-work-mobile-contact): - -
Education : Middle School
Marital Status-Sex : Single - Male

In his statement, he stated the following:

The above information is true and belongs to me; I have been residing with my family at the address I have given for about 10 years, and I have been studying at Hisar Schools.

Yesterday, on 01/03/2024, around 21:00, while I was at my residence, T.C. T.C. , a friend from school, called me and asked me to hang out. He then came and picked me up from home. When T.C. came to pick me up, he was driving a Porsche car. A friend of ours named K.D. was also in the vehicle. After the car moved, we dropped K.D. off at his house and headed towards T.C. 's house. We waited for our friend D.O.O. in front of T.C. 's house, and after 10 minutes, I guess, a dark-colored Volvo car driven by Demir arrived. As far as I remember, D.O.O. Z.H.D. and P.T.E. were in the vehicle. There were 5 of us in total, and we left the site. I got into the Porsche with T.C. . D.O.O. Z.H.D. and P.T.E. followed us in the Volvo. We picked up our friends Y.E.A. and K.A. from a different site. K.A. and Y.E.A. also got into the Volvo car. We were 7 people in total, and we drove around Göktürk and went to Kemer Country Square. While we were sitting in the square, we saw my friend M.E.Y. who is in the same class as me. Next to M.E.Y. we saw B. and A. whose last names I did not know, whom I saw for the first time, and we started chatting, so we ended up being 10 people in total. We then left there with the vehicles. Our friend named D.O.O. was driving the Volvo vehicle. K.A. Y.E.A. M.E.Y. P.T.E. and Z.H.D. got into this Volvo vehicle with D.O.O. T.C. was driving the Porsche, and T.C. was accompanied by me, B. and A. We left the Kemer Country site and went to the Shell gas station in the center. The Volvo brand

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)       EXT-TOK-00121

vehicle was refueled here, and we left the gas station and entered the Bahçeköy forest road. When we entered the forest road, D.O.O. was driving in front of us with his own vehicle. After a while, D.O.O. gestured at us and asked us to pass him, so we overtook D.O.O. and drove ahead of him. We reached a speed bump in the road. T.C. slowed down a bit when he saw the speed bump and accelerated when he passed the speed bump. Then T.C. saw that there were something on the right side of the road in our direction, and in order to avoid hitting the objects, he suddenly swerved the steering wheel to the left, and the vehicle suddenly started to slide. The right side of the vehicle, the side I was on, started to slide towards ATV-style vehicles. As a result of the slide, the vehicle T.C. was driving and I was in suddenly hit the ATV-style vehicles. After the impact, our vehicle went up the slope on the left. Afterward, T.C. , myself, B. and A. got out of the vehicle. After I got out, I saw two people lying injured on the ground on the side of the road. We went to them and tried to communicate. Later, I heard from the crowd that there was a injured person on the other side of the road, on the side of the cliff. T.C. went in front of his car and told us that there was a person under the car. Afterward, other vehicles on the road stopped to help. I heard someone in the crowd calling 112. Then, we learned that there was another injured person at the bottom of the slope on the side of the road. The citizens around tried to help by going near to the injured person. Meanwhile, T.C. called his chauffeur on his own phone and told him that he had an accident. After a while, T.C. called his mother and said that he had an accident. The fire brigade arrived at the scene and started to intervene. During the intervention, T.C. 's mother came to the scene with a female in an old model vehicle whose license plate number I could not get. They put T.C. , D.O.O. and me in the car they came in. Then, she also got into the vehicle, and we drove away from the scene. They dropped me and D.O.O. off at the entrance of the Kemer Country site and continued on. While we were in front of the site, we saw that the mobile phone belonging to one of the injured was left with a friend named Z.H.D. . Afterward, I went to my friend K. who lives on the Kemer Country site.

Today, on 02/03/2024, I learned that my friends involved in the accident were taken by the police, and I came to your Directorate to give a statement. This is what I have seen, what I know, and what I have to say about the incident.

Upon receiving the information, the giver stated that he did not have anything more to say; this record hereby has been made to be read and understood by him and drawn up and undersigned by us. 02.03.2024 - 21:27

| INFORMATION TAKEN BY | INFORMATION WRITTEN BY | INFORMATION GIVEN BY |
|---|---|---|
| 276231 | 377952 | |
| Polis Officer | Polis Officer | A.K. |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00122

ANNEX – 11

## STATEMENT RECORD

Place of Record : Eyüpsultan District Police Directorate, Public Order Bureau

Date and Time of the Record : 08.03.2024 – 20:41

Incident : RECKLESS KILLING – RECKLESS INJURY – PROTECTING AN OFFENDER

Year-Number of the Incident/Document : 2024/223

## CLEAR IDENTITY OF THE INFORMATION GIVER

Republic of Türkiye ID No : ███████

Name and Surname : Samet KORKMAZ

Father's and Mother's Name : Ayhan - Cemile

Place and Date of Birth : Şişli – ████ 1992

Volume-Family Serial-Serial No : ███████

Registered Province-/Neighbourhood-Village: Yozgat-Sarıkaya-Selimli

Residence Address : ██████████████████ Eyüpsultan

Occupation and Monthly Income : Teacher – Not stated

Telephone (home-work-mobile-contact) : - - ███████

Education : College (Bachelor's Degree)

Marital Status-Sex : Single – Male

In his taken statement, he STATED the following:

The above information is true and belongs to me. I reside at the address that I have indicated. The line number ███████ that I have declared is the line registered in my name. I have been using this line for about 1 year.

On the day of the incident, that is to say on 01/03/2024, at around 23:10 as far as I remember, I was on the way towards Göktürk direction from Belgrade Forest with my vehicle registered with the license plate number 34 GP 5370, which was in my charge and control. While driving on the road, I came across the accident in question and I pulled over my vehicle to a suitable place after passing the accident. When I got out of my vehicle and went to the accident scene, I saw that a Porsche branded vehicle went into the irrigation canal. When I looked around a little more, there was no other passenger vehicle in the vicinity. I also did not see an ATV-style vehicle on or near the road. Around the Porsche branded vehicle, there were 3-4 children aged 15-17 that I did not know. I learned from the children there that there were 2 injured persons on the cliff which is located on the right side of the road. I also saw that there were 3 injured persons around the irrigation canal. I started to take care of the injured persons. One of the injured persons said to me, ''Brother, someone took my phone from me. Can you find it?''. When I asked the aforesaid person ''Did your phone fall during the accident?''. The injured person replied ''No, they took it.''. Upon this, I looked on the road and around. However, I could not see a phone. I reported this to the injured person, and I reported the Police Officers on duty who came later that the injured person's phone was taken. 3-4 children, who were standing over the vehicle that had been involved in the accident, were talking among themselves and talking on the phone with others.

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00123

However, I did not hear what they were saying. For a moment, only one of the children said something like "Shall I say I did it?". However, since it was dark, I do not know who made this sentence, I did not see it. While I was taking care of the injured persons, I called the 112 hotline with the number I have declared above. During the denunciation made to the hotline, I gave the address by stating that there was an accident and that the number of the injured persons was high, and I requested an ambulance. The injured persons were in shock. I applied first aid as much as I knew and waited for 112 teams. After a while, fire brigade crews arrived. I explained the situation to the officers. The firefighters pulled out the people who were on the cliff below. Then, the traffic police and ambulance arrived. They also started to do their duties on their part. After that the ambulance took the injured persons and when I saw that the traffic police had also arrived, I went from the incident scene to my residence with my vehicle so that there would not be a crowd. After that I took care of the injured persons, when I looked around, I did not see the children who were standing by the vehicle that had been involved in the accident. When I looked around, I could not see them. When I looked at the road side, a few more vehicles had arrived. I came across the incident while I was passing by the road and I helped the injured persons by doing my civic duty and calling the 112 hotline. This is all I have to say on the matter.

Upon the information giver stated that he did not have anything more to say, this record hereby has been made to be read and understood by him, and drawn up and undersigned by us. 08.03.2024 - 20:41

INFORMATION TAKEN BY        INFORMATION WRITTEN BY        INFORMATION GIVEN BY

374768                                      377952
Police Officer                          Police Officer                          Samet KORKMAZ

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00124

**EGYPT AIR**

**ANNEX – 12**

**13/03/2024**

## TO EYÜP SULTAN DISTRICT SECURITY DIRECTORATE

**Public Order Branch**

**Reference:** Based on the investigation document numbered 2024/56578 of Istanbul Chief Public Prosecutor's Office, the flight and ticket information of the persons named EYLEM TOK and **T.C.** . is given below. In addition, one copy of the tickets and the documents about the purchase of tickets from our ticket office are sent in the attachment.

One-way tickets as Istanbul - Cairo were purchased on 2 MARCH 2024 in cash from Istanbul Airport Office of PSSA TURKEY EAST TRAVEL, our authorized sales agent.

## T.C.

**EYLEM / TOK**

**Ticket No: 077-2444687832**

**Ticket No: 077-2444687833**

It is kindly submitted for your information.

OMNIA ABDELAZIZ

GENERAL MANAGER

EGYPT AIR TURKEY

(seal and signature)

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT TOK-00125

**ANNEX – 13**

## CD ANALYSIS AND EXAMINATION MINUTES

Based on the investigation dated 12/03/2024 and numbered 2024/56578 CBS, carried out by the General Investigation Bureau of Istanbul Chief Public Prosecutor's Office; with regard to the incident which is the subject of the investigation about the suspects; the following information was requested:

1. Whether they were seen purchasing airline tickets to Cairo, and whether the tickets were one way tickets.

2. Whether the tickets were purchased before or after the crash; (information about purchasing time and date of the tickets) whether the tickets were purchased online or from ticket office. It was also requested for these issues to be examined and for the images to be detected, and then, for the necessary documents to be prepared and sent to our Chief Public Prosecutor's Office.

When the camera footages, requested from Istanbul Airport Security Branch Directorate, was watched and analyzed by the unit code-numbered 79-66 of Eyüpsultan Public Order Branch Office on 12.03.2024 at about 22:30 p.m.; it was detected as follows:



On 02.03.2024 at 02:35:33 a.m., the suspect Eylem TOK (T.R. Identity Number: ▇▇▇▇▇) and T.C. ▇▇▇▇ (T.R. Identity Number: ▇▇▇▇▇), the juvenile pushed to crime, moved forward to the company EGYPTAIR AIRLINES.

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)



EXT-TOK-00126



On 02.03.2024 at 02:40:03 a.m., the suspect Eylem TOK (T.R. Identity Number: ▉▉▉) and T.C. (T.R. Identity Number: ▉▉▉), the juvenile pushed to crime, waited in front of the company EGYPTAIR AIRLINES.



On 02.03.2024 at 02:43:47 a.m., the suspect Eylem TOK (T.R. Identity Number: ▉▉▉) and T.C. (T.R. Identity Number: ▉▉▉), the juvenile pushed to crime, went away from the ticket office of the company EGYPTAIR AIRLINES. The flight tickets were purchased physically from the ticket office of the company named EGYPTAIR AIRLINES.

This minute was prepared and signed by the officials below. 13.03.2024 03:00 a.m.

246566
Police Officer
(signature)

464537
Police Officer
(signature)

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00127

As the vehicle plated numbered 34 UE 147, in which there were the persons named  T.C.
    T.C.     , Eylem TOK and Aşye Ceren SALTOĞLU, went towards D-20 Airport
direction; PTS (License Plate Recognition System) images, obtained from Airport entrance,
were added. **(PHOTOGRAPH 41)**

## PHOTOGRAPH 41



When the camera footages, obtained from Istanbul Airport during the examination of images,
were analyzed; according to the updated camera time on 02/03/2024; the persons named Eylem
TOK  and        T.C.          passed from the airport security point at 02:11 a.m.
**(PHOTOGRAPH 42)**. Then, they came to passport control point at 02:56 a.m.
**(PHOTOGRAPH 43)**. They moved forward to ticket control point and boarding point of the
plane at 04:00 a.m. **(PHOTOGRAPH 44)**. Afterwards, the persons moved forward to the plane
through boarding bridge at 04:01 a.m. **(PHOTOGRAPH 45)**.

## PHOTOGRAPH 42



İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00128

## PHOTOGRAPH 43



## PHOTOGRAPH 44



İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00129

## PHOTOGRAPH 45



This minute on incident examination, camera footage and camera image analysis was prepared and signed by the officials below.

338246
Police Officer
(signature)

377952
Police Officer
(signature)

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)       EXT-TOK 00130





ANNEX – 14

## RECORD OF IDENTIFICATION FROM PHOTOGRAPH

**RECORD DRAFTED AT** : Eyüpsultan Security Bureau

**DRAFT DATE AND TIME** : 12/03/2024 at 20:55

### THE SUSPECT SUBJECTED TO IDENTIFICATION

**Eylem TOK (Republic of Türkiye ID No:** ⬛⬛⬛⬛ **)**



## BRIEF SUMMARY OF WHY THE IDENTIFICATION PROCEDURE WAS CONDUCTED

The person named          A.K.          whose statement was taken as witness in relation to the incident of **"RECKLESS KILLING – RECKLESS INJURY"** which occurred on    01/03/2024    at    the    address:    Mithatpaşa    Mahallesi    Davutpaşa    Caddesi Eyüpsultan/İSTANBUL which is regulated by our administration, stated that; after the accident, the person named Eylem TOK who is the mother of the person named          T.C. arrived at the place where the accident happened with an old model sedan looking car together with another woman and she took T.C. , D.O.O. and him into the car and drove away. With regard to this statement;

Concerning the statement of the person named          A.K.          , identity information and photograph (which was taken over the Pol-Net4 system) of the person named Eylem who is the mother of the juvenile pushed to crime named          T.C.       , was shown to the person named          A.K.          . Upon this,          A.K. **CLEARLY** and **DEFINITELY IDENTIFIED** that the woman on the photograph is Eylem TOK, the mother of the person named          T.C.          who was driving the car during the accident. This is the same person who came after the accident with an old model sedan looking car together with another woman and took them away from the place of the accident. This Record of Identification from Photograph was signed after it was read and confirmed. Done on 12/03/2024 at 21:05

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)                    EXT-TOK-00133

## RESULT OF IDENTIFICATION PROCEDURE:

# 1- IDENTIFICATION HAS BEEN SUCCESSFULLY MADE.

| **Identification Procedure Conducted By** | **Record Written By** | **Identification Made By** |
|---|---|---|
| 241625 | 377952 | A.K. |
| Police Officer | Police Officer | //signed// |
| //signed// | //signed// | |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00134

**REPUBLIC OF TÜRKİYE**                                    **ANNEX – 15**

**İSTANBUL**

**7ᵗʰ CRIMINAL JUDGESHIP OF PEACE**

**MISCELLANEOUS DECISION**

**MISCELLANEOUS NO.: 2024/1952 (miscellaneous number)**

**JUDGE**         : Şeyma KAFALI 220131

**CLERK**         : Güldeniz AKGÜN 237581

By the letter dated 06/03/2024 and numbered 2024/56578 of İstanbul Chief Public Prosecutor's Office, issuance of an arrest warrant against Eylem TOK, who is suspect due to the offence of Protecting an Offender, has been requested pursuant to the Articles 248/5 and 100 of the Code of Criminal Procedure.

The investigation file has been examined.

### IT IS DECIDED THAT:

Upon examination of the file, it has been identified that with the existence of concrete facts indicating the existence of strong suspicion pointing to commission of an offence, the suspect committed the offence imputed on her and there has been a reason for detention. The suspect herself could not be summoned, she could not be reached despite all searches. As a result of examinations, it has been understood that the suspect left the country and that T.C. _____ who is the son of the suspect was also sought for the offence of reckless killing and reckless injury under investigation with the file numbered 2024/56350. There exists facts and evidence with strong offence suspicion pointing that he was abducted abroad by the suspect Eylem Tok. It has been understood that the suspect who has been under investigation for the offence imputed on her, was abroad, and she could not be reached and therefore *issuance of a red notice/extradition request has been planned*. Due to this, by taking into consideration the amount of sanctions foreseen in the Turkish Criminal Code No. 5237 for the offence imputed on the suspect, the upper limit of the penalty and the existence of concrete evidence containing strong offence suspicion in the file pointing to commission of the offence by the suspect, it has been decided as follows to issue an arrest warrant for the suspect to detain her pursuant to the Article 100 of the Criminal Procedure Code No. 5271 with reference to the Article 248/5.

### DECISION: Pursuant to the above-stated grounds, it has been decided that;

1- As per Articles 248/5 and 100 of Criminal Procedure Code, an **ARREST WARRANT FOR DETENTION BE ISSUED** for EYLEM TOK (Republic of Türkiye ID No. ███████) who is suspect due to the offence of Protecting an Offender,

2- When the suspect is arrested, she be brought before İstanbul Chief Public Prosecutor's Office within 24 hours of her arrest, if possible. In the event that she is not brought

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)               EXT-TOK-00135

before the judicial authority within the specified time limit, **İSTANBUL CHIEF PUBLIC PROSECUTOR'S OFFICE BE CONTACTED** by the Chief Public Prosecutor's Office of the place where she was arrested, and **PRIMARILY BY THE INVESTIGATING PROSECUTOR IN ORDER FOR THE STATEMENT OF THE SUSPECT BE TAKEN AND SHE BE REFERRED TO AN INQUIRY FOR DETENTION**,

*With a view to affecting the arrest as soon as possible, the arrest warrant accompanied by its cover letter be sent to İstanbul Chief Public Prosecutor's Office Arrest Bureau,*

The file be RETURNED to İstanbul Chief Public Prosecutor's Office,

As a result of the examination on the basis of the file, objections can be filed with İstanbul 8th Criminal Peace Judgeship.06/03/2024

Clerk 237581

e-signed

Judge 220131

e-signed

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00136

**REPUBLIC OF TÜRKİYE**
**İSTANBUL**
**7th CRIMINAL JUDGESHIP OF PEACE**

### ARREST WARRANT

| | |
|---|---|
| **The Court ordering the Arrest** | : İstanbul 7th Criminal Judgeship of Peace |
| **Miscellaneous Number** | : 2024/1952 Misc. |
| **Investigation Number of Chief** | |
| **Public Prosecutor's Office** | : 2024/56578 |

**Suspect's:**

| | |
|---|---|
| **T.R. ID Number** | : ▆▆▆▆▆ |
| **Name- Surname** | : EYLEM TOK |
| **Father's Name** | : Yaşar |
| **Mother's Name** | : Samiye |
| **Date of Birth** | : ▆▆▆ 1979 |
| **Place of Birth** | : AKÇAABAT |
| **Registered** | |
|     **Province** | : Trabzon |
|     **District** | : Akçaabat |
|     **Quarter/ Village** | : Derecik quarter/village |
|     **Volume No** | : |
|     **Family Serial No** | : ▆ |
|     **Registration No** | : ▆ |
| **Address of Domicile** | |
| **Address of Workplace** | ▆▆▆▆▆▆▆ |

| | |
|---|---|
| **Imputed Offence** | : Protecting an offender |
| **Date of Offence** | : 01/03/2024 |
| **Statutory Basis** | : Article 283/1 of the Turkish Criminal Code |
| **Apprehension Reason** | : Red Notice - When the suspect is apprehended, if it is possible, she shall be made present in İstanbul Chief Public Prosecutor's Office within 24 hours after the apprehension. If she cannot be made present during this period of time, **ISTANBUL CHIEF PUBLIC PROSECUTOR'S OFFICE AND PRIMARILY THE INVESTIGATION PROSECUTOR SHALL BE CONTACTED** by the Chief Public Prosecutor's Office, located where she is apprehended **AS TRANSFER FOR TAKING HER STATEMENT AND ARREST OF THE SUSPECT FOR INTERROGATION WILL BE EVALUATED.** |

It has been ordered that the suspect be apprehended due to above-mentioned reasons. 06.03.2024

Clerk 237581

*e-signed*

Judge 220131

*e-signed*

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00137

**REPUBLIC OF TÜRKİYE**

**İSTANBUL**

**ANNEX – 16**

**10th CRIMINAL JUDGESHIP OF PEACE**

**MISCELLANEOUS DECISION**

**MISCELLANEOUS NO.:** 2024/2766 Miscellaneous

**JUDGE**     : Selçuk AYLAN  195765

**CLERK**     :Zafer ÇOBAN    204688

It was understood from the letter of İstanbul Chief Public Prosecutor's Office dated 13/03/2024, with arrest no. 2024/56578 that **Eylem Tok** (daughter of YAŞAR and SAMİYE, born on ████1979 in AKÇAABAT, registered in TRABZON, AKÇAABAT, DERECİK quarter/village) who is a suspect in the investigation for the offence of destroying, concealing or altering evidence, escaped abroad. The son of the suspect,     T.C.     , investigated in the file numbered 2024/56350, is also being sought for the offences of reckless killing and reckless injury. There are facts and evidence showing the existence of strong criminal suspicion that the suspect Eylem Tok helped him escape abroad. It was found that the suspect Eylem Tok is abroad and cannot be reached; therefore, it is considered to issue a red notice/extradition request against the suspect. As a result, it was decided to issue an arrest warrant against her pursuant to Article 248/5 of the Criminal Procedure Code No. 5271.

The investigation document was examined.

**IT WAS DECIDED:**

1- **An arrest warrant shall be issued** against the suspect pursuant to Article 248/5 of the Criminal Procedure Code No. 5271 since **Eylem Tok,** who is a suspect in the investigation for the offence of destroying, concealing or altering evidence, is abroad and cannot be reached, and it is considered to issue a red notice/extradition request against her.

2- A sufficient number of **arrest warrants shall be issued** against the suspect,

3- When the suspect is captured, a relative of her or a person to be determined by her **shall be informed** via the Chief Public Prosecutor's Office at the place of capture.

4- When the suspect is captured, **her statement shall be taken by the relevant law enforcement unit and İstanbul Chief Public Prosecutor's Office shall be contacted for deciding on whether to arrest the suspect without releasing her.**

5- The investigation file **shall be returned** to İstanbul Chief Public Prosecutor's Office.

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK

Mütercim - Bilirkişi (Translator - Expert)          EXT-TOK-00138

The decision was rendered as a result of the examination conducted on the file and an appeal may be made before İstanbul 1st Criminal Judgeship of Peace within 7 days following the notification of the decision by filing a petition to our Judgeship or to the relevant Criminal Judgeship of Peace to be conveyed to our Judgeship or by giving a statement to the court clerk to be recorded.

Clerk 204688

e-signed

Judge 195765

e-signed

---

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT-TOK-00139

**REPUBLIC OF TÜRKİYE**
**İSTANBUL**
**10ᵗʰ CRIMINAL JUDGESHIP OF PEACE**

### ARREST WARRANT

| | |
|---|---|
| **The Court ordering the Arrest** | : İstanbul 10ᵗʰ Criminal Judgeship of Peace |
| **Miscellaneous Number** | : 2024/2766 Misc. |
| **Investigation Number of Chief** | |
| **Public Prosecutor's Office** | : 2024/56578 |

**Suspect's:**

| | |
|---|---|
| **T.R. ID Number** | : █████ |
| **Name- Surname** | : EYLEM TOK |
| **Father's Name** | : Yaşar |
| **Mother's Name** | : Samiye |
| **Date of Birth** | : ████ 1979 |
| **Place of Birth** | : AKÇAABAT |
| **Registered** | |
|     **Province** | : Trabzon |
|     **District** | : Akçaabat |
|     **Quarter/ Village** | : Derecik quarter/village |
|     **Volume No** | : █ |
|     **Family Serial No** | : |
|     **Registration No** | : |
| **Address of Domicile** | |
| **Address of Workplace** | |
| **Phone Number** | : -/- |
| **Imputed Offence** | : Destroying, concealing or altering evidence of an offence |
| **Date of Offence** | : 01/03/2024 |
| **Place of Offence** | : ………….. |
| **Statutory Basis** | : Article 281/1 of the Turkish Criminal Code |
| **Apprehension Reason** | : Arrest Warrant for Fugitives whose location is unknown and who are abroad (Article 248/5 of Criminal Procedure Code) |
| **Where she will be sent** **when she is captured** | : When the suspect is captured, **her statement shall be taken** by the law enforcement units. **After her statement is taken, as it is evaluated whether she will be arrested, it shall be contacted with Istanbul Chief Public Prosecutor's Office.** |

It has been ordered that the suspect be apprehended due to above-mentioned reasons. 13.03.2024

Clerk 204688

*e-signed*

Judge 195765

*e-signed*

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.

The translation is true, accurate and correct to the best of my knowledge and ability.

Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)

EXT_TOK-00140

| EXTRACT OF VITAL RECORD | | | | | | PROVINCE<br>Trabzon | | DISTRICT<br>Akçaabat | | QUARTER/VILLAGE<br>DERECİK | | VOLUME<br>NO. ▇ | HOUSEHOLD<br>NO. ▇ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEQ. | ISN | S | RELATION | T.R. ID. NO. | NAME | SURNAME | FATHER'S NAME | MOTHER'S NAME | PLACE AND DATE OF BIRTH | MARITAL STATUS AND RELIGION | DATE OF REGISTRY | EVENTS AND DATES | |
| ▇ | ▇ | F | Herself | ▇ | EYLEM | TOK | YAŞAR | SAMİYE | AKÇAABAT<br>▇/1979 | Divorced<br>Unknown | | Death. ALIVE<br>Marriage: 29/06/2002<br>Divorce: 12/04/2011 | |

**EVENTS OF PERSONS**

| ISN | NAME | OBSERVATIONS |
|---|---|---|
| | EYLEM | Birth |
| | EYLEM | Other 22/11/1999: REGISTERED BY AKÇAABAT DISTRICT OF TRABZON WITH NO. 1999/99, ACCORDING TO THE DECISION OF MUDANYA CIVIL COURT OF FIRST INSTANCE DOCKET NUMBERED 1999/185, DECISION NUMBERED 1999/316, FINALIZATION DATE 22.11.1999. NAME INFORMATION HAS BEEN CORRECTED FROM DERYA TO EYLEM. |
| | EYLEM | Marriage 29/06/2002: REGISTERED BY AKÇAABAT DISTRICT OF TRABZON WITH NO. 2002/1303. SHE WAS TRANSFERRED TO MERKEZ DISTRICT OF KARS, BOĞAZ VILLAGE, VOLUME NUMBER ▇ HOUSEHOLD NUMBER ▇ INDIVIDUAL SEQUENTIAL NUMBER ▇ |
| | EYLEM | Divorce 12/04/2011: REGISTERED BY MUDANYA DISTRICT OF BURSA WITH NO. 2011/121 ACCORDING TO THE DECISION OF MUDANYA 2nd CIVIL COURT OF FIRST INSTANCE DOCKET NUMBER 2011/132, DECISION NUMBER 2011/139, 12.04.2011, FINALİZATİON DATE OF 12.04.2011. SHE WAS TRANSFERRED FROM MERKEZ DISTRICT OF KARS, BOĞAZ VILLAGE, VOLUME NUMBER ▇ HOUSEHOLD NUMBER ▇, INDIVIDUAL SEQUENTIAL NUMBER ▇ |
| | EYLEM | Other 12/02/2014: REGISTERED BY THE DIRECTORATE GENERAL WITH NO. 2014/401. SHE WAS TRANSFERRED FROM TRABZON - AKÇAABAT DISTRICT DERECİK-DERECİK QUARTER, VOLUME NUMBER ▇ HOUSEHOLD NUMBER ▇ INDIVIDUAL SEQUENTIAL NUMBER ▇ |
| | EYLEM | Custody 25/04/2011: REGISTERED BY MUDANYA DISTRICT OF BURSA WITH NO. 2011/113, ACCORDING TO THE DECISION OF MUDANYA 2nd CIVIL COURT OF FIRST INSTANCE, DOCKET NUMBERED 2011/132, DECISION NUMBERED 2011/139, FINALIZATION DATE 12.04.2011, CUSTODY OF THE CHILD WITH T.R. ID NUMBER ▇ NAMED ▇ T.C. ▇ WAS GIVEN TO HIS MOTHER. |

RESIDENCE OF THE PERSON CONCERNED

▇ İSTANBUL

| REMARKS:<br>1. VITAL RECORD OF THE INDIVIDUAL OR INDIVIDUALS CORRESPONDS TO THE REGISTER.<br>2. THIS EXTRACT OF VITAL RECORD WAS ISSUED TO BE SUBMITTED TO ANKARA Bureau of Extradition AND CANNOT BE USED FOR OTHER PURPOSES.<br>3. | THIS REPORT WAS PRINTED OUT FROM THE CENTRAL CIVIL REGISTRATION SYSTEM (MERNİS) AT 12:13 ON 07/03/2024.<br><br>ISSUED BY<br>BUREAU OF EXTRADITION CLERK – 222400 |
|---|---|