# Exhibit F

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

In the Matter of the Extradition of EYLEM TOK  )
) Case No. 24-mc-21741-UNA
)
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EYLEM TOK ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Pursuant to the extradition treaty between the United States and Türkiye and Title 18, United States Code, Section 3184, Türkiye seeks the extradition of Eylem Tok so that she may be prosecuted for protecting an offender in violation of Turkish law.

Date: 05/07/2024

*Issuing officer's signature*

City and state: Miami, Florida

Hon. Lisette M. Reid, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*