UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EYLEM TOK,<br>    Petitioner,<br><br>        v.<br><br>BRIAN A. KYES, UNITED STATES MARSHAL, DISTRICT OF MASSACHUSETTS,<br>    Respondent. | Docket No. 25-cv-10649 |

**EYLEM TOK'S ASSENTED-TO MOTION FOR LEAVE TO FILE
A COMBINED OVERSIZED BRIEF**

Pursuant to Local Rule 7.1(b)(3)-(4), petitioner Eylem Tok ("Petitioner" or "Ms. Tok") respectfully moves for leave to file an oversized brief including Ms. Tok's opposition to the government's motion to dismiss and her reply to the government's substantive opposition to her habeas petition. The government combined its motion to dismiss and substantive response into a single 29-page brief. (D. 16). In order to streamline her briefing and address arguments raised by the government's filing, Ms. Tok requests leave to file up to a 30-page combined brief containing both her opposition to the dismissal arguments and a reply regarding the habeas petition. *See* Local Rule 7.1(b)(2)-(4) (party may oppose a motion with a 20-page brief and seek leave to file a reply).

Counsel for the government assents to this motion.

Respectfully submitted,
EYLEM TOK,
By her attorneys,

*/s/ Jennifer M. Herrmann*
Emma Quinn-Judge (BBO #664798)
David A. Russcol (BBO #670768)
Jennifer M. Herrmann (BBO # 708231)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
equinn-judge@zalkindlaw.com
drusscol@zalkindlaw.com
jherrmann@zalkindlaw.com

Dated: April 14, 2025

## **CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1**

I hereby certify that I have conferred with Kristen A Kearney, counsel for the government, who assents to the relief requested in this motion.

*/s Jennifer M. Herrmann*
Jennifer M. Herrmann

## **CERTIFICATE OF SERVICE**

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jennifer M. Herrmann*
Jennifer M. Herrmann