UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EYLEM TOK,<br>    Petitioner,<br><br>           v.<br><br>BRIAN A. KYES, UNITED STATES<br>MARSHAL, DISTRICT OF<br>MASSACHUSETTS,<br>    Respondent. | Docket No. 25-cv-10649 |

### EYLEM TOK'S ASSENTED-TO MOTION FOR LEAVE
### TO FILE EXHIBITS UNDER SEAL

Pursuant to Local Rule 7.2, petitioner Eylem Tok ("Petitioner" or "Ms. Tok") respectfully moves for leave to file certain exhibits to her brief under seal. As grounds therefor, Ms. Tok states that these exhibits consist of an unredacted copy of the vital record of a minor and a police report related to Ms. Tok's extradition, both of which contain personally identifying information and the names and birthdates of minor participants. Ms. Tok will file redacted versions of these exhibits on the public docket. Counsel for the government assents to this motion.

1

Respectfully submitted,
EYLEM TOK,
By her attorneys,

*/s/ Jennifer M. Herrmann*
Emma Quinn-Judge (BBO #664798)
David A. Russcol (BBO #670768)
Jennifer M. Herrmann (BBO # 708231)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
equinn-judge@zalkindlaw.com
drusscol@zalkindlaw.com
jherrmann@zalkindlaw.com

Dated: April 14, 2025

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1**

I hereby certify that I have conferred with Kristen A Kearney, counsel for the government, who assents to the relief requested in this motion.

*/s Jennifer M. Herrmann*
Jennifer M. Herrmann

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jennifer M. Herrmann*
Jennifer M. Herrmann