# Exhibit 1

Unredacted exhibit filed under seal pursuant to leave to file under seal granted April 14, 2025.

| NÜFUS KAYIT ÖRNEĞİ | | | | İLİ<br>Kars | | | İLÇESİ<br>Kars Merkez | | MAHALLESİ/KÖYÜ<br>BOĞAZ | | CİLT NO<br>18 | HANE NO<br>12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SIRA | BSN | C | YAKINLIK | T.C. NO | ADI | SOYADI | BABA ADI | ANA ADI | DOĞUM YERİ VE TARİHİ | MED.HALİ VE DİNİ | TESCİL TARİHİ | OLAYLAR VE TARİHLER |
| 1 | 236 | E | Kendisi | ■■■ | ■■■ | ■■■ | BÜLENT | EYLEM | EXETER/A.B. ■/2007 | Bekar Bilinmeyen | ■/2007 | Ölüm: SAĞ<br>Evlenme: ——<br>Boşanma: —— |

| KİŞİLERİN OLAYLARI | | |
|---|---|---|
| BSN | | DÜŞÜNCELER |
| 236 | ■ | Doğum |
| 236 | ■ | Velayet 25/04/2011: MUDANYA 2 NO'LU ASLİYE HUKUK MAHKEMESİ 2011/132 ESAS NO, 2011/139 KARAR NO, 12.04.2011 KESİNLEŞME TARİHLİ KARARINA GÖRE, BURSA - MUDANYA İLÇESİ TARAFINDAN 2011/113 NO İLE TESCİL EDİLMİŞTİR. VELAYETİ 30011380556 KİMLİK NUMARALI EYLEM CİHANTİMUR ADLI ANNESİNE VERİLMİŞTİR. |

| İLGİLİ KİŞİNİN YERLEŞİM YERİ |
|---|
| ■■■ İSTANBUL |

| AÇIKLAMALAR:<br>KİŞİ VEYA KİŞİLERİN KAYDI KÜTÜĞE UYGUNDUR.<br>İŞBU NÜFUS KAYIT ÖRNEĞİ ŞİŞLİ Çocuk Suçları Soruşturma Bürosu'NE İBRAZ EDİLMEK ÜZERE DÜZENLENMİŞ OLUP BAŞKA AMAÇLA KULLANILAMAZ. | BU RAPOR 13/03/2024 10:10 TARİHİNDE ELEKTRONİK ORTAMDA MERNİSTEN ALINMIŞTIR.<br><br>DÜZENLEYEN<br>SRSSAVCI - 199136 |
|---|---|



ANNEX-17

| IDENTITY REGISTER COPY | | | | | PROVINCE<br>Kars | | DISTRICT<br>Kars Merkez | QUARTER/VILLAGE<br>BOĞAZ | | Volume No<br>18 | Section No.<br>12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE | IND. LINE NO. | SEX | RELATION | IDENTITY NO. | NAME | SURNAME | FATHER'S NAME | MOTHER'S NAME | PLACE AND DATE OF BIRTH | MARITAL STATUS & RELIGION | REGISTRATION DATE | CASES & DATES |
| 1 | 236 | M | Himself | ▮ | ▮ | ▮ | BÜLENT | EYLEM | EXETER / USA ▮/2007 | Single Unknown | ▮2007 | Death: ALIVE<br>Marriage: --------<br>Divorce: -------- |

### EVENTS

| Ind. Line No. | NAME | OPINIONS |
|---|---|---|
| 236 | ▮ | Birth |
| 236 | ▮ | Guardianship 25/04/2011: BY THE DECISION OF MUDANYA 2ND CIVIL COURT OF FIRST INSTANCE DOCKET NUMBERED 2011/132, DECISION NUMBERED 2011/139, FINALIZED ON 12/04/2011, IT IS REGISTERED BY BURSA – MUDANYA DISTRICT UNDER THE NUMBER 2011/113. THE GUARDIANSHIP WAS GIVEN TO HIS MOTHER NAMED EYLEM CİHANTİMUR (ID NO.30011380556). |

CONCERNING PERSON'S RESIDENTIAL ADDRESS: ▮ İSTANBUL

| EXPLANATIONS: | THIS REPORT WAS TAKEN FROM ELECTRONIC ENVIRONMENT FROM CENTRAL CIVIL REGISTRATION SYSTEM ON 13/03/2024 and 10:10 |
|---|---|
| 1) Personal data of person/persons complies with the registration log.<br>2) This identity registration copy was issued for its submission to Şişli Investigation Bureau for Juvenile Crimes and it cannot be used for other purposes. | DRAFTED BY:<br>SRSSAVCI - 199136 |

İşbu tercüme tarafımdan aslına uygun olarak tercüme edilmiştir.
The translation is true, accurate and correct to the best of my knowledge and ability.
Saygın KARABIYIK
Mütercim - Bilirkişi (Translator - Expert)