# Exhibit 4

## UNITED STATES OF AMERICA

## MASSACHUSETTS DISTRICT COURT

| IN THE MATTER OF THE EXTRADITION OF EYLEM TOK TO TURKIYE | **1:24-MJ-01365-DLC** |

### AFFIDAVIT ON STATUS of INVESTIGATION DOCKET

I, Dilan Şabanoğlu Çakmak, hereby declare that the following is true to the best of my knowledge, experience and belief:

(1)   I am an attorney registered with the Istanbul Bar Association. [Registration number 68463]

(2)   I have been asked by the attorneys for Eylem Tok to examine the contents of the Investigation Docket no 2024/56578 at the Istanbul Office of the Chief Public Prosecutor and to report whether if there is a decision by the prosecutor to withhold the phone taken by Berna Öcalgiray as evidence.

(3)   As of the day of this affidavit, I did not locate any such decisions in the docket:

In witness whereof, under the sanctions and penalties against perjury, false testimony, false expertise and misconduct in office I have affixed my signature below. **This 3rd day of September in the year 2024.**

Atty. Dilan Şabanoğlu Çakmak

[ 1 / 1 ]